UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, | ) ) ) | Civil Action No. 04-1488 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TRANSUNION, LLC and TRUELINK, INC., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR
APPOINTMENT OF INTERIM COUNSEL**

Plaintiff Robert V. Townes IV hereby moves this Court, on Monday, March 21, or on a date and at such time as may be designated by the Court, at 844 N. King Street, Wilmington, DE, for an order appointing the firms Milberg Weiss Bershad & Schulman LLP and Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP as interim class counsel pursuant to Rule 23(g)(2)(A) of the Federal Rules of Civil Procedure. Oral argument on the motion will be on a date and at a time to be designated by the Court. In support of this motion, Plaintiff respectfully submits herewith a memorandum and the attached proposed order.

Dated: March 10, 2005

          Respectfully submitted,

          **MILBERG WEISS BERSHAD**
            **& SCHULMAN LLP**

By: _/s/ Ralph Sianni_
Seth D. Rigrodsky (DSBA #3147)
Ralph N. Sianni (DSBA #4151)
919 North Market Street -- Suite 411
Wilmington, DE 19801
(302) 984-0597
(302) 984-0870 (Facsimile)

Melvyn I. Weiss
Michael C. Spencer
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
(212) 868-1229 (Facsimile)

**POPE, McGLAMRY, KILPATRICK,**
    **MORRISON & NORWOOD, LLP**
C. Neal Pope
Wade H. Tomlinson, III
Alan G. Snipes
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, GA 31901
(706) 324-0050
(706)-327-1536 (Facsimile)
--and--
Michael L. McGlamry
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, Georgia 30326-3243
(404) 523-7706
(404) 524-1648 (Facsimile)

*Plaintiffs' Proposed Interim Counsel*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1488 |
| Plaintiff, | | |
| vs. | | |
| TRANSUNION, LLC and TRUELINK, INC., | | |
| Defendants. | | |

### CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on March 10, 2005, two true and correct copies of PLAINTIFFS MOTION FOR THE APPOINTMENT OF INTERIM COUNSEL, PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM COUNSEL, and the [PROPOSED] INTERIM COUNSEL ORDER, were served upon the following counsel of record by hand delivery:

> William M. Lafferty
> Erika Y. Tross
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market St.
> Wilmington, DE 19801

> /s/ Ralph N. Sianni
> Ralph N. Sianni (DSBA No. 4151)
> MILBERG WEISS BERSHAD
> & SCHULMAN LLP
> 919 N. Market Street, Suite 411
> Wilmington, DE 19801
> (302) 984-0597

DOCS\267339v1