# EXHIBIT B

# Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP

## *Firm Resume*

Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP is a 10 attorney law firm specializing in complex litigation, class action litigation and consumer litigation cases. Pope McGlamry has extensive appellate experience in both class actions and complex litigation (as evidenced in the case listing below), and maintains an excellent reputation in the legal community. The Firm's attorneys include:

**C. Neal Pope, (P.C.)**, (Member) born Montgomery, Alabama, January 24, 1939; admitted to bar, 1966, Alabama; 1968, U.S. Supreme Court, U.S. Court of Appeals, Fifth Circuit and U.S. District Court, Middle District of Alabama; 1980, U.S. District Court, Northern District of Alabama; 1981, U.S. Court of Appeals, Eleventh Circuit; 1985, Georgia and U.S. Court of Appeals, Fourth Circuit; 1986, Florida and District of Columbia; U.S. District Court, Southern District of Alabama; U.S. District Court, Northern, Middle and Southern Districts of Georgia; 1994, U.S. Court of Federal Claims. **Education:** Auburn University (B.A., 1961); University of Alabama (LL.B., 1966). **Member:** Russell County and American Bar Associations; Alabama State Bar; State Bar of Georgia; The Florida Bar; District of Columbia Bar; Alabama Trial Lawyers Association (Member, Executive Committee, 1974—); Georgia Trial Lawyers Association (Representative to ATLA, 1986; Member, Lawyers Advisory Committee to Eleventh Circuit, 1985-1987); The Association of Trial Lawyers of America. [Lt., U.S Marine Corps, 1961-1963]. **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Pharmaceutical Law; Medical Device Litigation; Class Action Litigation; Commercial Litigation; Wrongful Death.

**Paul V. Kilpatrick, Jr.**, (Member) born Hendersonville, North Carolina, March 28, 1941; admitted to bar, 1964, Georgia; 1971, U.S. Supreme Court; 1986, Florida; 1987, Alabama; 1989, District of Columbia. **Education:** University of Georgia (A.B., 1963; J.D., 1965). Phi Delta Phi; Blue Key; Omicron Delta Kappa. Member, 1983-1990 and Chairman, 1988-1990, Georgia Indigent Defense Council. **Member:** Columbus (President, 1975-1976), Russell County and American Bar Associations; State Bar of Georgia (Member, Board of Governors, 1975-1991; Member, Executive Committee, 1989-1994; President-Elect, 1990-1991; President, 1992-1993; Immediate Past President, 1993-1994; Chairman, Family Law Section, 1980-1981; Member, Board of Bar Examiners, 2000—); The Florida Bar; Alabama State Bar; Georgia Trial Lawyers Association; Alabama Trial Lawyers Association; Southern Conference of Bar Presidents; American Board of Trial Advocates. [Capt., JAG, U.S. Army, 1965-1968]. **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Automotive Crashworthiness Law;

Wrongful Death.

**R. Timothy Morrison**, (Member) born Birmingham, Alabama, February 14, 1951; admitted to bar, 1976, Alabama; 1985, Georgia; 1986, District of Columbia. **Education:** University of Alabama (B.S., 1972; J.D., 1976). Member, University of Alabama Law Review, 1975-1976. **Member:** Birmingham, Atlanta, Russell County and American Bar Associations; Alabama State Bar; State Bar of Georgia; Bar Association of the District of Columbia; Alabama Trial Lawyers Association; Georgia Trial Lawyers Association; The Association of Trial Lawyers of America; Lawyers Club of Atlanta. **Practice Areas:** Tort Liability; Products Liability Law; Commercial Litigation; Automotive Crashworthiness Law; Consumer Class Actions; Wrongful Death.

**Michael L. McGlamry**, (Member) born Columbus, Georgia, November 3, 1956; admitted to bar, 1982, Georgia, Georgia Court of Appeals, Georgia Supreme Court, U.S. Court of Appeals, Eleventh Circuit, U.S. District Court, Southern, Middle and Northern Districts of Georgia and U.S. Court of Federal Claims. **Education:** Wake Forest University (B.A., magna cum laude, 1978); University of Georgia (J.D., cum laude, 1982). Omicron Delta Kappa; Phi Alpha Delta. Member, Georgia Law Review, 1981-1982. **Member:** Atlanta and American Bar Associations; State Bar of Georgia; The Association of Trial Lawyers of America; Georgia Trial Lawyers Association; Alabama Trial Lawyers Association. **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Commercial Litigation; Class Action Litigation; Wrongful Death.

**William Usher Norwood, III**, (Member) born Atlanta, Georgia, January 25, 1943; admitted to bar, 1967, Georgia; Georgia Court of Appeals; Georgia Supreme Court; U.S. Court of Appeals, Fifth and Eleventh Circuits; U.S. District Court, Northern and Middle Districts of Georgia; U.S. Court of Federal Claims. **Education:** Emory University; University of Georgia (A.B., 1965; LL.B., 1967). Phi Delta Phi. Fellow, American College of Trial Lawyers (State Chair, 1999-2000). **Member:** Atlanta and American Bar Associations; State Bar of Georgia (Board of Governors, 1973-1979; Member, 1991-1996, Chairman, 1996, Georgia Board of Bar Examiners; Member, Board to Determine Fitness, 1996-1999); American Board of Trial Advocates (Advocate); Georgia Trial Lawyers Association; International Academy of Trial Lawyers; International Society of Barristers **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Business Litigation; Class Actions; Wrongful Death.

**Earle F. Lasseter**, (Member) born Gadsden, Alabama, December 26, 1933; admitted to bar, 1966, Alabama; 1970, U.S. Court of Military Appeals; 1971, District of Columbia, U.S. Court of International Trade, Georgia, Supreme Court of Georgia, Court of Appeals of Georgia and U.S. District Court, Northern and Middle Districts of Georgia; 1972, U.S. Supreme Court; 1992, U.S. Court of Veterans Appeals; 1995, U.S. Court of Federal Claims; 1999, U.S. Court of Appeals, Fifth and Eleventh Circuits. **Education:** Auburn University (B.S., 1957); University of Alabama (LL.B., 1966). Member, Alabama Law Review, 1964-1966. Member, Board of Trustees, Institute of Continuing Legal Education, State Bar of Georgia, 1989-1995. **Member:** Columbus, Russell County and American (Treasurer, 1999-2002; Member: Board of Governors, 1996-2002; House of Delegates, 1991-2005; Nominating Committee, 1992-1995; Rules and Calendar, 1994-

2

1996; Standing Committee on Legal Assistance for Military Personnel, 1992-1995; Standing Committee on Meeting & Travel, 1993-1996; Chairman, General Practice Section, 1991-1992; Chairman, Standing Committee on Governmental Affairs, 2002—) Bar Associations; Alabama State Bar; State Bar of Georgia (Member, Board of Governors, 1995-2004); The District of Columbia Bar; Alabama Trial Lawyers Association; Georgia Trial Lawyers Association. [Col., JAG, U.S. Army, 1966-1988]. **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Automotive Crashworthiness Law; Wrongful Death.

**Jay F. Hirsch**, (Member) born Columbus, Georgia, June 16, 1961; admitted to bar, 1986, Georgia, Supreme Court of Georgia, U.S. Court of Appeals, Eleventh Circuit, U.S. District Court, Middle District of Georgia, U.S. District Court, Northern District of Georgia; 1988, Florida; 1995, U.S. Court of Federal Claims. **Education:** Tulane University of Louisiana (B.A., 1983); University of Georgia (J.D., 1986). **Member:** Atlanta and American Bar Associations; State Bar of Georgia (Member, Litigation Section); The Florida Bar; Georgia Trial Lawyers Association; Council of Young Lawyers Society, Atlanta, Georgia. **Practice Areas:** Tort Liability; Business Litigation; Wrongful Death; Personal Injury Law; Products Liability Law.

**Wade H. Tomlinson, III**, (Member) born Tampa, Florida, February 25, 1953; admitted to bar, 1987, Georgia. **Education:** University of Georgia (B.B.A., cum laude, 1976; J.D., cum laude, 1987). Judicial Clerk, U.S. District Court, Middle District of Georgia, 1987-1989 and U.S. Court of Appeals, Eleventh Circuit, 1989-1990. **Member:** State Bar of Georgia; American Bar Association (Associate Editor, Torts & Insurance Law Journal, 1995-1997); Henry Lumpkin Inn of Court. (Resident). **Practice Areas:** Litigation; Products Liability Law; Consumer Protection; Personal Injury Law; Tort Liability; Appellate Practice; Wrongful Death.

**Teresa Pike Tomlinson**, (Member) born Atlanta, Georgia, February 19, 1965; admitted to bar, 1991, Georgia, Georgia Supreme Court; Georgia Court of Appeals and U.S. District Court, Middle and Northern District of Georgia. **Education:** Sweet Briar College (B.A., cum laude, 1987); Emory University (J.D., 1991). **Member:** State Bar of Georgia; Joseph Henry Lumpkin American Inn of Court (Barrister, 1995-1997). **Practice Areas:** Tort Liability; Complex Litigation; Personal Injury Law; Product Liability Law; Wrongful Death.

**Corey M. Stern**, (Member) born Brooklyn, New York, July 14, 1977; admitted to bar, 2003, Georgia, Supreme Court of Georgia, Court of Appeals of Georgia. **Education:** University of Georgia (B.A., cum laude, 2000; J.D., cum laude, 2003). **Member:** State Bar of Georgia (Member, Products Liability Section); Atlanta Bar Association (Member, Atlanta Council of Younger Lawyers Section); Georgia Trial Lawyers Association (Member, Products Liability Section); The Association of Trial Lawyers of America. **Practice Areas:** Tort Liability; Personal Injury Law; Products Liability Law; Business Litigation; Wrongful Death; Class Action Litigation.

*A partial listing of cases in which Pope McGlamry and/or its members have concluded, and in which Pope McGlamry and/or its members have been determined adequate Class Counsel, is listed below:*

<u>Russell Henderson, et al. v. Scientific-Atlanta, Inc.</u>, Civil Action No. 1:88-CV-2208-RLV, United States District Court, Northern District of Georgia;

<u>Edgar H. Battle, et al. v. Liberty National Life Insurance Co., et al.</u>, Civil Action No. 70-752, United States District Court, Northern District of Alabama;

<u>Elizabeth R. Meyer, et al. v. Citizens and Southern National Bank</u>, Civil Action No. 84-103-COL, United States District Court, Middle District of Georgia;

<u>In Re: Consolidated "Non-Filing Insurance" Fee Litigation</u>, MDL-1130, United States District Court, Middle District of Alabama, Northern Division;

<u>Princess Nobels, et al. v. Associates Corporation of North America, et al.</u>, Civil Action No. CV-94-T-699-N, United States District Court, Middle District of Alabama, Northern Division;

<u>Elaine M. Jordan, et al. v. AVCO Financial Services, Inc., et al.</u>, Civil Action No. 95-51-COL, United States District Court, Middle District of Georgia, Columbus Division;

<u>Carolyn Kirby, et al. v. Heilig-Meyer Furniture Co., et al.</u>, Civil Action No. 2:95CV135PG, United States District Court, Southern District of Mississippi, Hattiesburg Division;

<u>Tonya Gordon, et al. v. Kentucky Finance Co., et al.</u>, Civil Action No. 2:96CV423PG, United States District Court, Southern District of Mississippi, Hattiesburg Division;

<u>Parsons, et al. v. Blazer Financial Services, Inc.</u>, Civil Action No. 5:96CV192-RH, United States District Court, Northern District of Florida, Panama City Division;

<u>Robert Keckler, et al. v. Commercial Credit Corp., et al.</u>, Civil Action No. 5:96CV213-RH, United States District Court, Northern District of Florida, Panama City Division;

<u>Vicki Foster, et al. v. TranSouth Financial Corporation, et al.</u>, Civil Action No. 1-96-1265, United States District Court, Western District of Tennessee, Eastern Division;

<u>Keesler Doby Brown, et al. v. W. S. Badcock Corp., et al.</u>, Civil Action No. 2:96CV152PG, United States District Court, Southern District of Mississippi, Hattiesburg Division;

<u>Tonya Gordon, et al. v. City Finance Company, et al.</u>, Civil Action No. 2:96CV367PG, United States District Court, Southern District of Mississippi, Hattiesburg Division;

Lynn Howell, et al. v. Security Finance Corporation of Georgia, et al., Civil Action No. 2:97CV63PG, United States District Court, Southern District of Mississippi, Hattiesburg Division;

Willis v. Quality Mortgage USA, Inc., Civil Action No. CV-94-T-1370-N, United States District Court, Middle District of Alabama, Northern Division;

Adams v. Southern Farm Bureau Life Insurance Company, Civil Action No. 1:98-CV-0983-JOF, United States District Court, Northern District of Georgia, Atlanta Division;

Patterson v. CUNA Mutual Insurance Society, Inc., Civil Action No. 1:98-CV-0983-JOF, United States District Court, Northern District of Georgia, Atlanta Division;

Anderson v. Fidelity and Guaranty Insurance Underwriters, Inc., et al., Civil Action File No. SU2000CV-4571, Superior Court of Muscogee County, State of Georgia;

Bagley v. Auto-Owners Insurance Company, et al., Civil Action File No. SU-02-CV-2273, Superior Court of Muscogee County, State of Georgia;

Bickerstaff and Shearon v. Alfa Insurance Corporation, et al., Civil Action File No. SU02CV2287, Superior Court of Muscogee County, State of Georgia;

Brookes v. Grange Mutual Casualty Company, et al., Civil Action File No. SU02CV325, Superior Court of Muscogee County, State of Georgia;

Brown v. Liberty Mutual Insurance Company, et al., Civil Action File No. SU-2002-CV-207-7, Superior Court of Muscogee County, State of Georgia;

Case v. GuideOne Insurance, et al., Civil Action File No. SU03CV2033, Superior Court of Muscogee County, State of Georgia;

Colquitt v. Southern Guaranty Insurance Company, et al., Civil Action File No. SU02CV2651, Superior Court of Muscogee County, State of Georgia;

Cudd v. American Home Assurance Company, et al., Civil Action File No. SU03CV1783, Superior Court of Muscogee County, State of Georgia;

Daughtry and Morgan v. Direct General Insurance Company, et al., Civil Action File No. SU02CV1380-7, Superior Court of Muscogee County, State of Georgia;

Earl v. Allstate Insurance Company, et al., Civil Action No. SU 01 CV 193, Superior Court of Muscogee County, Georgia;

Granberry and Gordon v. Amex Assurance Company, Civil Action File No. SU03CV1923, Superior Court of Muscogee County, State of Georgia;

Griffin v. Gateway Insurance Company, Civil Action File No. SU-03-CV-2588-7, Superior Court of Muscogee County, State of Georgia;

Head and Hamlet v. Georgia Farm Bureau, et al., Civil Action File No. SU2000CV-4573, Superior Court of Muscogee County, State of Georgia;

Hole v. Metropolitan Life, Civil Action File No. SU02CV364, Superior Court of Muscogee County, State of Georgia;

Humes v. The Continental Insurance Company, et al., Civil Action File No. SU02CV2275, Superior Court of Muscogee County, State of Georgia;

Hyatt v. Cotton States Mutual Insurance Company, Civil Action File No. SU2001CV-3783-9, Superior Court of Muscogee County, State of Georgia;

Lovelace, et al. v. Vesta Insurance Corporation, et al., Civil Action File No. SU03CV2035, Superior Court of Muscogee County, State of Georgia;

Mabry v. State Farm Mutual Automobile Insurance Co., Civil Action No. SU 99 CV 4915, Superior Court of Muscogee County, Georgia;

Martin and Wicker v. Government Employees Insurance Company, et al., Civil Action File No. SU01CV312, Superior Court of Muscogee County, State of Georgia;

McLean v. Progressive Casualty Insurance Company, et al., Civil Action File No. SU01CV1030, Superior Court of Muscogee County, State of Georgia;

Meier v. Hartford Casualty Insurance, et al., Civil Action File No. SU02CV2416-7, Superior Court of Muscogee County, State of Georgia;

Miller v. Horace Mann Insurance Company, Civil Action File No. SU02CV1295-7, Superior Court of Muscogee County, State of Georgia;

Miller v. Travco Insurance Company, et al., Civil Action File No. SU-2002-CV-255, Superior Court of Muscogee County, State of Georgia;

Nash v. SAFECO, et al., Civil Action File No. SU03CV1972, Superior Court of Muscogee

Oldham v. American Manufacturers Mutual Insurance Company, et al., Civil Action File No. SU-02-CV-2271, Superior Court of Muscogee County, State of Georgia;

Spangler v. Atlanta Casualty, et al., Civil Action File No. SU-02-CV-1075, Superior Court of Muscogee County, State of Georgia;

Stahl v. St. Paul Fire & Marine Insurance Company, et al., Civil Action File No. SU01CV1032, Superior Court of Muscogee County, State of Georgia;

Walton v. United Services Automobile Association, et al., Civil Action File No. SU01CV1732-7, Superior Court of Muscogee County, State of Georgia;

Yodlowski v. Merastar Insurance Company, et al., Civil Action File No. SU02CV2272, Superior Court of Muscogee County, State of Georgia.

Powell v. National General Insurance Company, et al., Civil Action File No. SU03CV1924, Superior Court of Muscogee County, State of Georgia;

Pressley v. Chicago Insurance Company, et al., Civil Action File No. SU-03-CV-2059, Superior Court of Muscogee County, State of Georgia;

*Pope McGlamry has also been involved in or is currently involved in the following other complex litigation cases:*

Chung v. Superior Insurance Company, Civil Action File No. SU03CV1922, Superior Court of Muscogee County, State of Georgia;

Black/Abel/Goins v. State Farm Mutual Automobile Insurance Company, Civil Action No. 99LA0478, Seventh Judicial District, State of Tennessee, Circuit Division, Law Court of Johnson City, Tennessee;

Franklin v. Tennessee Farmers Mutual Insurance Company, Civil Action File No. 17,792-IV, Circuit Court of Tennessee, Fourth Judicial District, Jefferson County;

McMahan v. Allstate Insurance Company, Civil Action File No. 17,873-IV, Circuit Court for Jefferson County, Tennessee, at Dandridge;

McMahan v. Nationwide Mutual Insurance Company, Civil Action File No. 26,935-II, Circuit Court for Cocke County, Tennessee;

Potts v. Metropolitan Property and Casualty Insurance Company, et al., Civil Action File No. 17,839-II, Circuit Court for Jefferson County, Tennessee;

Charlotte Buckner v. Brown Transport Corp., Civil Action No. D-23794, Superior Court of Fulton County, Georgia;

The Bush Ranch, Inc., et al. v. E. I. duPont de Nemours & Company, Civil Action No. 95-33-COL, United States District Court, Middle District of Georgia, Columbus Division;

Leroy Maynard Carleton v. ValuJet Airlines, Inc., et al., Civil Action No. 96VS0113979J, State Court of Fulton County, Georgia;

Francis M. Duvall, et al. v. General Motors Corporation, et al., Civil Action No. CV-88-190, Circuit for Russell County, State of Alabama;

James Eastham, et al. v. William K. Farr, Jr., D.D.S., Civil Action No. 9118336-18, Superior Court of Cobb County, Georgia;

David E. Elliott, Jr., et al. v. United States of America, Civil Action No. 91-55-COL, United States District Court, Middle District of Georgia, Columbus Division;

Elisher Feagins, Jr., et al. v. Overnite Trans. Co., Civil Action No. C-91-D-01013-N, United States District Court, Middle District of Alabama;

Ilo Grundberg v. Upjohn Co., Civil Action No. 89-C-274, United States District Court for the District of Utah;

Frank J. Hartley, et al. v. United States of America, Civil Action No. 83-T-787-N, United States District Court, Middle District of Alabama;

Darryl Wendell Holsey v. Whatley Contract Carriers, Inc., Civil Action No. CV-94-T-354-N, United States District Court, Middle District of Alabama;

INSLAW, Inc., et al. v. United States of America, Congressional Reference No. 95-338X, United States Court of Federal Claims;

Jim Walter Resources, Inc. v. Cotton Energy Corporation, et al., Civil Action No. CV-94-543, Circuit Court of Tuscaloosa County, Alabama;

Edward C. Lawrence, Jr., et al. v. ECK Miller, Civil Action No. CV-91-A-193-N, United States District Court, Middle District of Alabama;

Clarence Borom v. Eli Lily Co., Civil Action No. 83-38-COL, United States District Court, Middle District of Georgia;

<u>Mack Osborne v. CSX Container Corp. of America</u>, Civil Action No. 92-61-COL, United States District Court, Middle District of Georgia;

<u>C. H. DuBose v. First Security Saving Bank, etc., et al.</u>, Civil Action NO. 95-D-867-N, United States District Court, Middle District of Alabama, Northern Division;

<u>Lonnie and Dawn Glover v. Standard Federal Bank, ABN AMRO Mortgage Group, Inc., et al.</u>, Civil Action No. 97-2068-DWF/SRN, United States District Court, District of Minnesota;

<u>Pamela C. Hirsch, Individually, and on Behalf of All Other Similarly Situated v. BankAmerica Corp., a Delaware Corp.; and Bank of America FSB, Incorporated Under the Laws of the United States of America, Also Doing Business as BankAmerica Mortgage, a Division of Bank of America FSB</u>, Civil Action No. 1:98-CV-1032-ODE, United States District Court, Northern District of Georgia, Atlanta, Division;

<u>Beth A. Richardson, Individually, and on Behalf of All Others Similarly Situated v. BankAmerica Corp., a Delaware Corp.; and Bank of America FSB, Incorporated Under the Laws of the United States of America, Also Doing Business as BankAmerica Mortgage, a Division of Bank of America FSB</u>, Civil Action No. 1:98-CV-1031-ODE, United States District Court, Northern District of Georgia, Atlanta Division;

<u>Judith Louann Medlock, Individually, and on Behalf of All Others Similarly Situated v. Chase Manhattan Mortgage Corp., a New Jersey Corp.</u>, Civil Action No. 1:98-CV-1927-CAP, United States District Court, Northern District of Georgia, Atlanta Division;

<u>Willard A. Barnes v. Norwest Mortgage, Inc.</u>, Civil Action No. 4:98-C-9(JRE), United States District Court, Middle District of Georgia, Columbus Division;

<u>Jeff C. Briggs and Tom McGreggor as the Bankruptcy Trustee of Jeff C. Briggs Estate v. Countrywide Funding Corp. and Madison Equity Mortgage Corp., Inc.</u>, Civil Action No. 95-D-859-N, United States District Court, Middle District of Alabama, Northern Division;

<u>Earle Gordon Brigham v. North American Mortgage Company, a Delaware Corp.</u>, consolidated with <u>Leila Joelean and Glennon Ray McDuffie, etc. v. North American Mortgage Company</u>, Civil Action No. CV-94-T-1400, United States District Court, Middle District of Alabama, Northern Division;

<u>Daniel H. Cope and Hali C. Cope, Jointly, and on Behalf of All Others Similarly Situated v. FT Mortgage Company, Inc., a Kansas Corp.</u>, Civil Action No. 4:98-CV-11(JRE), United States District Court, Middle District of Georgia, Columbus Division;

<u>Daniel Heimmermann, et al. v. First Union Mortgage Corp.</u>, Civil Action No. CV-98-J-2357-NW, United States District Court, Northern District of Alabama;

<u>George S. Jones and Zeytee L. Jones, Jointly and on Behalf of All Others Similarly Situated v. MICAL Mortgage, Inc., a California Corp.</u>, Civil Action No. 4:98-CV-12(JRE), United States District Court, Middle District of Georgia, Columbus Division;

<u>Robert Trombley and Dianne E. Trombley, Jointly, and on Behalf of All Others Similarly Situated v. First Union Mortgage Corp., a North Carolina Corp.</u>, Civil Action No. 4:98-CV-19(JRE), United States District Court, Middle District of Georgia, Columbus Division;

<u>Myers v. Home Cable Concepts of Tennessee, Inc. and First Tennessee Bank, N.A.</u>, Civil Action No. 96-A-783-N, United States District Court, Middle District of Alabama, Northern Division;

<u>Carter v. First Tennessee Bank, et al.</u>, Civil Action No. 3894, Circuit Court of Fayette County, Tennessee.