# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, | ) ) ) | Civil Action No. 04-1488 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TRANSUNION, LLC and TRUELINK, INC., | ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF RALPH N. SIANNI IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM COUNSEL**

Ralph N. Sianni, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a member of the Bar of this Court and a member of the Firm of Milberg Weiss Bershad & Schulman LLP, counsel for Plaintiff Robert V. Townes in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Appointment of Interim Counsel.

2.    The statements made herein are based upon my personal knowledge and I am competent to testify to the statements set forth herein.

3.    A true and correct copy of the Firm Resume for Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP is attached hereto as Exhibit A.

4.    A true and correct copy of the Firm Resume for Milberg Weiss Bershad & Schulman is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 10, 2005, at Wilmington, Delaware.

By: _____
Ralph N. Sianni