UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>individually and on behalf of<br>all persons similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)   Civil Action No. 04-1488 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of C. Neal Pope to represent Plaintiffs in this matter.

Signed: _/s/ Ralph N. Sianni_

Ralph N. Sianni (DSBA No. 4151)
919 North Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597

Attorney for Plaintiffs

Date: March 16, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                                      United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Georgia, Alabama, Florida and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ C. Neal Pope_

Date: 3/9/05

1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, GA 31901-2412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and TRUELINK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)   Civil Action No. 04-1488 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, hereby certify that on March 16, 2005, I electronically filed a Motion and Order for Admission Pro Hac Vice for attorney C. Neal Pope with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>William M. Lafferty
>Erika Y. Tross
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market St.
>Wilmington, DE  19801
>E-mail: wlafferty@mnat.com
>         etross@mnat.com

>/s/ Ralph N. Sianni
>Ralph N. Sianni (DSBA No. 4151)
>MILBERG WEISS BERSHAD
>& SCHULMAN LLP
>919 N. Market Street, Suite 411
>Wilmington, DE  19801
>(302) 984-0597
>E-mail:  RSianni@milbergweiss.com