IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSUNION, LLC and TRUELINK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1488 (JJF)<br>)   Putative Class Action<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED this 21 day of March, 2005, by and among counsel for the parties, subject to the approval of the Court, that the time by which Defendants must respond to Plaintiff's Motion For Appointment Of Interim Counsel is hereby extended from March 21, 2005 until March 28, 2005.

| MILBERG WEISS BERSHAD<br>& SCHULMAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Seth D. Rigrodsky | /s/ Erika Y. Tross |
| Seth D. Rigrodsky (#3147)<br>Ralph N. Sianni (#4151)<br>919 N. Market Street, Suite 411<br>Wilmington, Delaware 19801<br>(302) 984-0597<br>  Attorneys for Plaintiffs Robert V.<br>  Townes, IV, individually and on Behalf<br>  of All Others Similarly Situated. | William M. Lafferty (#2755)<br>Erika Y. Tross (#4506)<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 658-9200<br>  Attorneys for Defendants Trans Union,<br>  LLC and TrueLink, Inc. |

SO ORDERED this _____ day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE