FILED
2005 Mar-16 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK L. ROSSER, individually and on behalf of all persons similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TRUELINK, INC.; and TRANSUNION, L.L.C<br><br>Defendants. | Case Number: CV-05-CO-0245-S |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, Mark L. Rosser, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of his dismissal of the above-styled action without prejudice.

*Brent D. Hitson*
Brent D. Hitson

OF COUNSEL:

E. Clayton Lowe, Jr., Esq. (SBN# 4108O60E)
Peter A. Grammas, Esq. (SBN# 8577M71P)
Brent D. Hitson, Esq. (SBN# 3209O49B)
LOWE GRAMMAS & HITSON LLP
Liberty Park, 1952 Urban Center Parkway
Vestavia Hills, Alabama
Telephone: (205) 380-2400
Facsimile: (205) 380-2408

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing discovery has been served upon the following by depositing a copy of same in the United States Mail, properly addressed and first-class postage prepaid, this 16th day of March, 2005:

James R. Shaw
Huie, Fernambuq & Stewart, LLC
The Protective Center, Bldg. 3
2801 Hwy 280 S., Ste. 200
Birmingham, Alabama 35223

_____
OF COUNSEL

2