CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, the foregoing **Defendants' Response To Motion For Appointment Of Interim Counsel** was served upon the following counsel of record in the manner indicated:

**BY ELECTRONIC SERVICE**

Seth D. Rigrodsky, Esquire
Ralph N. Sianni, Esquire
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE  19801

William M. Lafferty (#2755)