IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>TRANSUNION, LLC and TRUELINK, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brad N. Friedman, from the law firm Milberg Weiss Bershad & Schulman LLP, One Pennsylvania Plaza, New York, NY 10119, to represent plaintiff Robert V. Townes IV in this matter.

Signed:   /s/ Ralph N. Sianni
Ralph N. Sianni (DSBA No. 4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597

Date: March 28, 2005

*Attorney for Robert V. Townes IV*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Brad N. Friedman
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Date: March 28, 2005

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on March 28, 2005, I electronically filed a Motion and Order for Admission Pro Hac Vice for attorney Brad N. Friedman with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>William M. Lafferty
>Erica Y. Tross
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market St.
>Wilmington, DE 19801
>E-mail: wlafferty@mnat.com
>         etross@mnat.com

>/s/ Ralph N. Sianni
>Ralph N. Sianni (DSBA No. 4151)
>MILBERG WEISS BERSHAD
>& SCHULMAN LLP
>919 N. Market Street, Suite 411
>Wilmington, DE 19801
>(302) 984-0597
>E-mail: RSianni@milbergweiss.com