UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and TRUELINK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the following documents:

1. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TRUELINK, INC.;

2. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TRANS UNION, LLC;

3. PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT TRUELINK, INC.;

4. PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT TRANS UNION, LLC;

5. PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT TRUELINK, INC.; and

6. PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT TRANS UNION, LLC

were served by hand delivery on June 29, 2005, upon the following counsel of record:

William M. Lafferty
Erica Y. Tross
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market St.
Wilmington, DE  19801

Dated: June 29, 2005                    **MILBERG WEISS BERSHAD
                                        & SCHULMAN LLP**

                                        By: */s/ Brian D. Long*
                                            Seth D. Rigrodsky (DSBA #3147)
                                            Ralph N. Sianni (DSBA #4151)
                                            Brian D. Long (DSBA #4347)
                                            919 N. Market Street, Suite 411
                                            Wilmington, DE 19801
                                            Tel:    (302) 984-0597

                                        *Attorneys for Plaintiff*