## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on June 29, 2005, I electronically filed

the foregoing **NOTICE OF SERVICE** re: Plaintiff's First Requests for Production of

Documents To Defendant Truelink, Inc.; Plaintiff's First Requests for Production of Documents

To Defendant Trans Union, LLC; Plaintiff's First Requests for Admissions to Defendant

TrueLink, Inc.; Plaintiff's First Requests for Admissions to Defendant Trans Union, LLC;

Plaintiff's First Interrogatories to Defendant TrueLink, Inc.; and Plaintiff's First Interrogatories

to Defendant Trans Union, LLC, with the Clerk of Court using CM/ECF, which will send

notification of such filing(s) to the following:

> William M. Lafferty
> Erica Y. Tross
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market St.
> Wilmington, DE 19801
> (302) 658-9200
> E-mail: wlafferty@mnat.com
>            etross@mnat.com


> _/s/ Brian D. Long_
> Brian D. Long (DSBA No. 4347)
> MILBERG WEISS BERSHAD
> & SCHULMAN LLP
> 919 N. Market Street, Suite 411
> Wilmington, DE 19801
> (302) 984-0597
> E-mail: Blong@milbergweiss.com