IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>TRANSUNION LLC and TRUELINK, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1488 (JJF)<br>)  Putative Class Action<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT

This matter coming to be heard on Defendants Trans Union, LLC and TrueLink, Inc.'s Unopposed Motion For Leave To File Amended Answer To Complaint (the "Motion")[1]; due and adequate notice having been given thereof; and sufficient cause for the relief sought having been established;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED this 22 day of August, 2005 that the Motion is granted and that the Amended Answer attached to the Motion is deemed filed as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.