IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION LLC and TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1488 (JJF)<br>)  Putative Class Action<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that a copy of DEFENDANT TRANS UNION, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES, RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS and DEFENDANT TRUELINK, INC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES, RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS were served on September 21, 2005, upon the following individuals in the manner indicated:

**BY FIRST CLASS MAIL**
Seth D. Rigrodsky, Esquire
Ralph N. Sianni, Esquire
Brian D. Long, Esquire
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Dated: September 21, 2005
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Erika Y. Tross*

William M. Lafferty (#2755)
Erika Y. Tross (#4506)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
   Attorneys for Defendants, Trans Union LLC and TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
**DLA Piper Rudnick Gray Cary US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000