# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF

JOSEPH J. FARNAN, JR.

JUDGE

LOCKBOX 27

844 KING STREET

U.S. COURTHOUSE

WILMINGTON, DELAWARE 19801

(302) 573-6155

November 2, 2005

Ralph N. Sianni, Esquire
Milberg Weiss Bershad & Shulman LLP
919 North Market Street, Suite 980
Wilmington, DE 19801

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
P. O. Box 1347
Wilmington, DE 19899

RE:    Townes v. Transunion LLC, et al.
       Civil Action No. 04-1488 JJF

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Thursday, November 17, 2005.**

Enclosed is a sample form of Order which should serve as a basis for your discussions. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial. If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court