# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

November 17, 2005

**VIA E-FILING**

The Honorable Joseph J. Farnan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   *Townes v. TransUnion LLC, et al,* C.A. No. 04-1488 JJF

Dear Judge Farnan:

    Pursuant to Your Honor's November 2, 2005 letter to counsel, enclosed is a copy of the parties' Proposed Joint Rule 16 Scheduling Order, all terms of which have been agreed to by counsel. However, the parties wish to note and explain the proposed schedule with regard to summary judgment motions, which we recognize represents a departure from Your Honor's Memorandum Order regarding the briefing and submission of such motions. The parties are in agreement in their belief that there may be significant issues in this case that may be determined as a matter of law. For this reason, the parties have proposed a schedule which combines substantive briefing on summary judgment motions with the exchange of Statements and Counter-Statements of material facts in order to better define the overall schedule for this litigation. Of course, if Your Honor has any concerns or questions about the foregoing, counsel for the parties will make themselves available at the convenience of the Court to address them.

                                    Respectfully,

                                    William M. Lafferty (#2755)

cc:    Clerk, U.S. District Court
        Ralph N. Sianni, Esquire
        Brad Friedman, Esquire
        Michael L. McGlamry, Esquire
        Beth Parr, Esquire