# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

December 19, 2005

**VIA E-FILING**

Mr. Peter T. Dalleo
Clerk of Court
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    *Townes v. TransUnion LLC, et al*, C.A. No. 04-1488 JJF

Dear Mr. Dalleo:

    Pursuant to Local Rule 3.1(b), I write to inform the Court of the filing of a case that is related to the above-referenced action, which is assigned to Judge Farnan. On August 16, 2005, 2005, a putative class action captioned *Millett v. TrueLink, Inc.*, C.A. No. 05-599-SLR was transferred into this District from the Federal Court in Kansas City, Missouri, and was assigned to Judge Robinson. On December 6, 2005, the plaintiffs in the *Millett* case filed a motion seeking leave to file a second amended complaint to add certain claims against TrueLink similar to those at issue in the above-referenced action against TransUnion and TrueLink (TrueLink is an affiliate of TransUnion). Defendants did not oppose the motion to amend in the *Millett* case and, thus, on December 14, 2005, Judge Robinson granted the motion to amend and the second amended complaint was deemed filed. In light of the overlapping claims and putative classes in the *Millett* and *Townes* cases, we believed it appropriate to identify these cases to the Court as related. Defendants' counsel previously provided notice to the parties of the related nature of these actions.

    If the Court has any questions about the foregoing, counsel for the parties will make themselves available at the convenience of the Court to address them.

                                         Respectfully,

                                         William M. Lafferty (#2755)

Mr. Peter T. Dalleo
December 19, 2005
Page 2

cc.  Ralph N. Sianni, Esquire
     Brad Friedman, Esquire
     Michael L. McGlamry, Esquire
     Beth Parr, Esquire
     Christopher J. Curtin, Esquire
     Barry R. Grissom, Esquire
     B. Joyce Yeager, Esquire
     Bryson R. Cloon, Esquire
     Michael W. Blanton, Esquire