Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all persons similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>TRANS UNION, LLC, and TRUELINK, INC.,  )<br>)<br>Defendants.  ) | CIVIL ACTION<br>FILE NO. 04-1488<br><br><br>CLASS ACTION |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wilson F. Green to represent Plaintiff in this matter.

Signed: _____

Ralph N. Sianni (DSBA No. 4151)
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597

Attorney for: Plaintiff

Date: 1/19/06

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                     United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ ☒ the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: January 9, 2006

Battle, Fleenor, Green, Winn & Clemmer, LLP
The Financial Center, Suite 1150
404 N. 20th Street
Birmingham, AL 35203
(205) 397-8160

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on the 19th of January, 2006 I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE for attorney Wilson F. Green** with the Clerk of Court using CM/ECF, which will send notification of such filings to the following:

>William M. Lafferty
>Erica Y. Tross
>**MORRIS NICHOLS ARSHT**
>  **& TUNNELL LLP**
>1201 N. Market St.
>Wilmington, DE 19801
>(302) 658-9200
>E-mail: wlafferty@mnat.com
>        etross@mnat.com

>/s/ Ralph N. Sianni
>Ralph N. Sianni (DSBA No. 4151)
>**MILBERG WEISS BERSHAD**
>  **& SCHULMAN LLP**
>919 N. Market Street, Suite 980
>Wilmington, DE 19801
>(302) 984-0597
>E-mail: rsianni@milbergweiss.com