Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT V. TOWNES, IV,  Individually )
and on behalf of all persons similarly situated, )
                                   )         **CIVIL ACTION**
       Plaintiff, )         **FILE NO. 04-1488**
                                   )
vs. )
                                     )
TRANS UNION, LLC, and TRUELINK, INC., )         **CLASS ACTION**
                                     )
       Defendants. )

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of
Harlan F. Winn, III _____ to represent __Plaintiff_____ in this matter.

Signed: _____

Ralph N. Sianni (DSBA No. 4151)
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597

Attorney for: ___Plaintiff_____

Date: __1/19/06_____

**ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,
practicing and in good standing as a member of the Bar of __Alabama_____ and pursuant to Local Rule
83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the
preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.
In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual
fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be
submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: __01·13·2006_____

Battle, Fleenor, Green, Winn & Clemmer, LLP
The Financial Center, Suite 1150
404 N. 20th Street
Birmingham, AL 35203
(205) 397-8160

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on the 19th of January, 2006 I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE for attorney Harlan F. Winn, III** with the Clerk of Court using CM/ECF, which will send notification of such filings to the following:

> William M. Lafferty
> Erica Y. Tross
> **MORRIS NICHOLS ARSHT**
>    **& TUNNELL LLP**
> 1201 N. Market St.
> Wilmington, DE 19801
> (302) 658-9200
> E-mail: wlafferty@mnat.com
>        etross@mnat.com

> /s/ Ralph N. Sianni
> Ralph N. Sianni (DSBA No. 4151)
> **MILBERG WEISS BERSHAD**
>    **& SCHULMAN LLP**
> 919 N. Market Street, Suite 980
> Wilmington, DE 19801
> (302) 984-0597
> E-mail: rsianni@milbergweiss.com