## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on the 20th of January, 2006 I electronically filed the foregoing **NOTICE OF SUBSEQUENTLY FILED ACTION AGAINST DEFENDANT TRUELINK, INC.** with the Clerk of Court using CM/ECF, which will send notification of such filings to the following:

> William M. Lafferty
> Erica Y. Tross
> **MORRIS NICHOLS ARSHT**
>   **& TUNNELL LLP**
> 1201 N. Market St.
> Wilmington, DE 19801
> (302) 658-9200
> E-mail: wlafferty@mnat.com
>       etross@mnat.com

>   /s/ Ralph N. Sianni
> Ralph N. Sianni (DSBA No. 4151)
> **MILBERG WEISS BERSHAD**
>   **& SCHULMAN LLP**
> 919 N. Market Street, Suite 980
> Wilmington, DE 19801
> (302) 984-0597
> E-mail: rsianni@milbergweiss.com