IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>TRANSUNION LLC and TRUELINK, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 04-1488 (JJF)<br>)   Putative Class Action<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William M. Lafferty, Esquire, hereby certify that copies of (1) **TrueLink's First Set of Interrogatories to Plaintiff** and (2) **TrueLink's First Request for Production of Documents to Plaintiff** in the Townes case were served via U.S. Mail postage prepaid on June 5, 2006, upon the following:

Wilson F. Green
Battle Fleenor Green Winn & Clemmer
505 North 20th St.
Birmingham, AL 35203

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman
919 North Market St., Ste. 411
Wilmington, DE 19801

Melvyn I. Weiss
Michael C. Spencer
Milberg Weiss Bershad & Schulman
One Pennsylvania Plaza
New York, NY 10019

C. Neal Pope
Wade H. Tomlinson, III
Pope, McGlamry Kilpatrick, Morrison & Norwood
P.O. Box 2128
Columbus, GA 31901

Michael L. McGlamry
Pope, McGlamry Kilpatrick, Morrison & Norwood
P.O. Box 191625
Atlanta, GA 31119-1625

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        /s/ William M. Lafferty
                        William M. Lafferty (#2755)
                        Jerry C. Harris, Jr. (#4262)
                        1201 N. Market Street
                        Wilmington, Delaware 19801
                        (302) 658-9200
                           Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000

June 6, 2006

CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on June 6, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>Seth D. Rigrodsky
>Milberg Weiss Bershad & Schulman
>919 North Market St., Ste. 411
>Wilmington, DE 19801

I also certify that copies were caused to be served via U.S. Mail postage prepaid on June 6, 2006 upon the following:

| | |
|---|---|
| Wilson F. Green<br>Battle Fleenor Green Winn & Clemmer<br>505 North 20th St.<br>Birmingham, AL 35203 | C. Neal Pope<br>Wade H. Tomlinson, III<br>Pope, McGlamry Kilpatrick, Morrison & Norwood<br>P.O. Box 2128<br>Columbus, GA 31901 |
| Melvyn I. Weiss<br>Michael C. Spencer<br>Milberg Weiss Bershad & Schulman<br>One Pennsylvania Plaza<br>New York, NY 10019 | Michael L. McGlamry<br>Pope, McGlamry Kilpatrick, Morrison & Norwood<br>P.O. Box 191625<br>Atlanta, GA 31119-1625 |

>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>*/s/ William M. Lafferty*
>William M. Lafferty (#2755)
>1201 N. Market Street
>Wilmington, Delaware 19801
>(302) 658-9200
>wlafferty@mnat.com
>  Attorneys for Defendant TrueLink, Inc.

June 6, 2006