IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 04-1488 (JJF) Putative Class Action |
| TRANSUNION LLC and TRUELINK, INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, William M. Lafferty, Esquire, hereby certify that copies of (1) Trans Union LLC's Response to Plaintiff's Third Request for Production of Documents and (2) TrueLink's Response to Plaintiff's Third Request for Production of Documents in the Townes case were served via U.S. Mail postage prepaid on June 27, 2006, upon the following:

>Michael L. McGlamry
>Wade H. Tomlinson, III
>Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
>The Pinnacle, Suite 925
>345 Peachtree Road, N.E.
>P.O. Box 191625 (31119-1625)
>Atlanta, Georgia 30326-3243

>Wilson F. Green
>Harlan F. Winn III
>Battle Fleenor Green Winn & Clemmer
>The Financial Center
>505 North 20th Street, Ste. 1150
>Birmingham, Alabama 35203

I also certify that copies were caused to be served by hand on June 28, 2006 upon the following:

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman
919 North Market St., Ste. 411
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
   Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000

June 28, 2006

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on June 28, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman
919 North Market St., Ste. 411
Wilmington, DE 19801

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ William M. Lafferty
        William M. Lafferty (#2755)
        1201 N. Market Street
        Wilmington, Delaware 19801
        (302) 658-9200
        wlafferty@mnat.com
          Attorneys for Defendant TrueLink, Inc.

June 28, 2006