IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>TRANSUNION LLC and TRUELINK, INC.,<br><br>      Defendants. | Case No. 04-1488 (JJF)<br>Putative Class Action |

## NOTICE OF SERVICE

I, Jerry C. Harris, Jr., Esquire, hereby certify that copies of Trans Union LLC's Supplemental Answers to Plaintiff's First Interrogatories were served via electronic mail and via U.S. Mail postage prepaid on July 6, 2006, upon the following:

  Michael L. McGlamry
  Wade H. Tomlinson, III
  Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
  The Pinnacle, Suite 925
  345 Peachtree Road, N.E.
  Atlanta, Georgia  30326-3243

  Wilson F. Green
  Harlan F. Winn III
  Battle Fleenor Green Winn & Clemmer
  The Financial Center
  505 North 20th Street, Ste. 1150
  Birmingham, Alabama  35203

  Seth D. Rigrodsky
  Brian D. Long
  Milberg Weiss Bershad & Schulman
  919 North Market St., Ste. 411
  Wilmington, DE  19801

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ signature

                    William M. Lafferty (#2755)
                    Jerry C. Harris, Jr. (#4262)
                    1201 N. Market Street
                    Wilmington, Delaware 19801
                    (302) 658-9200
                       Attorneys for Defendants

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000


July 7, 2006

## CERTIFICATE OF SERVICE

I, Jerry C. Harris, Jr., hereby certify that on July 7, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman
919 North Market St., Ste. 411
Wilmington, DE 19801

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _____
        Jerry C. Harris, Jr. (#4262)
        1201 N. Market Street
        Wilmington, Delaware 19801
        (302) 658-9200
        jharris@mnat.com
         Attorneys for Defendants

July 7, 2006