## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1488-JJF |
| | ) |
| TRANSUNION LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Erika Yvonne Tross hereby withdraws her appearance as attorney in the above-captioned matter because she is no longer associated with the law firm of Morris, Nichols, Arsht & Tunnell LLP and is no longer counsel for the Defendants.

**Dated:** July 10, 2006        STATE OF DELAWARE
                                DEPARTMENT OF JUSTICE

                                */s/ Erika Y. Tross*
                                Erika Y. Tross, (Atty. I.D. 4506)
                                Deputy Attorney General
                                Delaware Department of Justice
                                820 North French Street, 6th Fl.
                                Wilmington, DE  19801
                                (302) 577-8400
                                erika.tross@state.de.us

## **CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on July 10, 2006, I electronically filed *Notice of Withdrawal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Ralph Nicholas Sianni, Esq., and William M. Lafferty, Esq.

*/s/ Erika Y. Tross*
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Erika.Tross@state.de.us