IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 04-1488-JJF<br>)<br>) CLASS ACTION<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Carmella P. Keener, Esquire of Rosenthal, Monhait & Goddess, P.A., as counsel for plaintiff in this matter.

              ROSENTHAL, MONHAIT & GODDESS, P.A.

              By: /s/ Carmella P. Keener
OF COUNSEL:         Carmella P. Keener (DSBA #2810)
              919 N. Market Street, Suite 1401
POPE, MCGLAMRY, KILPATRICK,  P.O. Box 1070
MORRISON & NORWOOD, LLP   Wilmington, DE 19899-1070
C. Neal Pope          (302) 656-4433
Wade H. Tomlinson, III      ckeener@rmgglaw.com
1111 Bay Avenue, Suite 450    *Attorney for Plaintiff*
P.O. Box 2128 (31902-2128)
Columbus, GA 31901
(706) 324-0550
(706) 327-1536 (Facsimile)
– and –
Michael L. McGlamry
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
(404) 523-7706
(404) 524-1648 (Facsimile)

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 10th day of August, 2006, I electronically filed **Entry of Appearance of Carmella P. Keener** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Ralph Nicholas Sianni, Esquire<br>Milberg Weiss Bershad & Schulman LLP<br>919 N. Market Street, Suite 980<br>Wilmington, DE 19801 | William M. Lafferty, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

Michael L. McGlamry, Esquire
Pope, McGlamry, Kilpatrick,
 Morrison & Norwood, LLP
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625
Atlanta, GA 30326-3243

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
  *Attorney for Plaintiffs*