IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, | ) ) ) | Case No. 04-1488-JJF |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | DEMAND FOR A JURY TRIAL |
| TRANSUNION, LLC and TRUELINK, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF MILBERG WEISS BERSHAD & SCHULMAN LLP**

Milberg Weiss Bershad and Schulman LLP hereby withdraws as counsel for plaintiff, Robert V. Townes, IV, in this matter, for the reason that it has closed its Delaware office and the Delaware law firm of Rosenthal, Monhait & Goddess, P.A. has now entered its appearance for plaintiffs.

DATED: August 11, 2006         MILBERG WEISS BERSHAD & SCHULMAN LLP

                               By: __/s/ Brad N. Friedman_____
                               Brad N. Friedman
                               One Pennsylvania Plaza
                               New York, NY 10119-0165
                               Telephone: (212) 594-5300
                               Facsimile: (212) 868-1229
                               bfriedman@milbergweiss.com

                               *Withdrawing Attorneys for Plaintiff*

LOCAL COUNSEL FOR PLAINTIFF:

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener, Esq.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
ckeener@rmgglaw.com

OF COUNSEL:

POPE, MCGLAMRY, KILPATRICK,
 MORRISON & NORWOOD LLP
C. Neal Pope
Wade H. Tomlinson, III
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, GA 31901
Telephone: (706) 324-0550
Facsimile: (706) 327-1536
- and-
Michael L. McGlamry
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 11th day of August, 2006, I electronically filed **Withdrawal of Appearance of Milberg Weiss Bershad & Schulman LLP** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Ralph Nicholas Sianni, Esquire
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael L. McGlamry, Esquire
Pope, McGlamry, Kilpatrick,
 Morrison & Norwood, LLP
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625
Atlanta, GA 30326-3243

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
 *Attorney for Plaintiffs*