# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

August 31, 2006

Clerk of Court
U. S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

RE: *Townes v. Transunion LLC, et al.*
    C.A. No. 04-1488-JJF

Dear Clerk of Court:

Enclosed is a copy of my Notice of Withdrawal as counsel filed in the above-captioned matter (D.I. 41). I respectfully request that the Court remove my name from the notice of electronic filing as I am no longer involved in the above-captioned case.

Should the Court have any questions or concerns, I remain available at the Court's convenience. Thank you for your consideration.

Sincerely,

/s/ Erika Y. Tross

Erika Y. Tross
Deputy Attorney General

EYT/vd
Enclosure