## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1488-JJF |
| | ) | |
| TRANSUNION LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Erika Yvonne Tross hereby withdraws her appearance as attorney in the above-captioned matter because she is no longer associated with the law firm of Morris, Nichols, Arsht & Tunnell LLP and is no longer counsel for the Defendants.

**Dated:** July 10, 2006

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross, (Atty. I.D. 4506)
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 6th Fl.
Wilmington, DE 19801
(302) 577-8400
erika.tross@state.de.us

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on July 10, 2006, I electronically filed *Notice of Withdrawal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Ralph Nicholas Sianni, Esq., and William M. Lafferty, Esq.

/s/ Erika Y. Tross
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Erika.Tross@state.de.us