IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all persons similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-1488-JJF : |
| TRANS UNION, LLC. and TRUELINK, INC., | : : : |
| Defendants. | : |

## O R D E R

WHEREAS, the Court granted parties joint proposed Amended Rule 16 Scheduling Order (D.I. 45);

WHEREAS, the new schedule conflicts with the Pretrial Conference currently set for November 9, 2006 at 12:00 p.m.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The November 9, 2006 Pretrial Conference is canceled.

2) A Pretrial Conference will be held on **Thursday, February 8, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


August 31, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE