Robert V. Townes IV, et. al., Plaintiff(s)
vs.
Transunion, LLC, et. al., Defendant(s)

RECEIVED
JUN 12 2006
P.M.K.M. & N.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 077466-0004

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

**Service of Process on:**
--Be Free, Inc.
Court Case No. 04-1488

POPE, MCGLAMRY, ET AL
Ms. Vicky Laverty
3455 Peachtree Rd., N.E., Suite 925
Atlanta, GA 30326

Customer File:    04-024

---

State of: _MA_  ) ss.
County of: _MIDDLESEX_  )

**Name of Server:** _KEVIN KOHLER_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
**Subpoena in a Civil Case; Exhibit "A"**

**Service of Process on:** The undersigned attempted to serve the documents on
**Be Free, Inc.**

and after due and diligent efforts, was unable to effect service.
**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 154 Crane Meadow Rd. #100, Marlborough, MA 01752
Reason for Non-Service: _COMPANY NO LONGER AT ADDRESS; NO FORWARDING INFO._

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kevin Kohler  6/1/06_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_1ST_ day of _JUNE_, 20 _06_

Notary Public _[signature]_ (Commission Expires)

[Notary Seal: DAVID AYLES, MY COMMISSION EXPIRES JANUARY 18, 2013, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 04-1488-JJF<br>)<br>)　Class Action<br>)<br>)　Demand for Jury Trial<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

　　　　I, Carmella P. Keener, do hereby certify that on this 25th day of September, 2006, I caused the accompanying Affidavit of Due and Diligent Attempt Re: Service of Process on Be Free, Inc. to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

　　　　　　　　William M. Lafferty, Esquire
　　　　　　　　Morris, Nichols, Arsht & Tunnell, LLP
　　　　　　　　1201 N. Market Street
　　　　　　　　P.O. Box 1347
　　　　　　　　Wilmington, DE 19899-1347

　　　　　　　　　　　　　　ROSENTHAL, MONHAIT & GODDESS, P.A.

　　　　　　　　　　　　　　By: /s/ Carmella P. Keener
　　　　　　　　　　　　　　Carmella P. Keener (DSBA No. 2810)
　　　　　　　　　　　　　　919 Market Street, Suite 1401
　　　　　　　　　　　　　　Citizens Bank Building
　　　　　　　　　　　　　　Wilmington, DE 19899-1070
　　　　　　　　　　　　　　(302) 656-4433
　　　　　　　　　　　　　　ckeener@rmgglaw.com
　　　　　　　　　　　　　　　Attorney for Plaintiff