Robert V. Towns, IV, et. al., Plaintiff(s)
vs.
Transunion, LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 077668-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Digital Impact
Court Case No. 04-1488

POPE, MCGLAMRY, ET AL
Ms. Vicky Laverty
3455 Peachtree Rd., N.E., Suite 925
Atlanta, GA 30326

State of: **California** ) ss.
County of: **Santa Clara** )

**Name of Server:** **Antonio Paulo III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **June**, 20 **06**, at **4:30** o'clock **P** M

**Place of Service:** at **177 Bouet Road**, in **San Mateo, CA 94402**

**Documents Served:** the undersigned served the documents described as:
**Subpoena; Exhibit A; Letter; Stipulation & Protective Order Governing the Production and Exchange of Information.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Digital Impact**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Gemma Reyes, Legal Administrator**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **tan** ; Hair Color **black** ; Facial Hair ___
Approx. Age **25** ; Approx. Height **5'4"** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Antonio Paulo III_
Signature of Server

Subscribed and sworn to before me this **15th** day of **June**, 20 **06**

_Robina Luis Alves_ 07/01/09
Notary Public    (Commission Expires)

**APS International, Ltd.**



ROBINA LUIS ALVES
Comm. # 1589605
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires July 1, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>         Defendants. | )<br>)<br>)<br>)   Civil Action No. 04-1488-JJF<br>)<br>)<br>)   <u>Class Action</u><br>)<br>)   Demand for Jury Trial<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Carmella P. Keener, do hereby certify that on this 25th day of September, 2006, I caused the accompanying Affidavit of Service Re: Service of Process on Digital Impact to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

        William M. Lafferty, Esquire
        Morris, Nichols, Arsht & Tunnell, LLP
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

        ROSENTHAL, MONHAIT & GODDESS, P.A.

        By: /s/ Carmella P. Keener
        Carmella P. Keener (DSBA No. 2810)
        919 Market Street, Suite 1401
        Citizens Bank Building
        Wilmington, DE 19899-1070
        (302) 656-4433
        ckeener@rmgglaw.com
          Attorney for Plaintiff