Robert V. Towns, IV, et. al., Plaintiff(s)
vs.
Transunion, LLC, et. al., Defendant(s)

RECEIVED
JUN 23 2006
P.M.K.M. & N.



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 077668-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TargetCom, LLC, c/o Illinois Corporation Service
Court Case No. 04-1488

POPE, MCGLAMRY, ET AL
Ms. Vicky Laverty
3455 Peachtree Rd., N.E., Suite 925
Atlanta, GA 30326

State of: ILLINOIS ) ss.
County of: SANGAMON )

**Name of Server:** Philip B. Cravens, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of June, 20 06, at 11:38 o'clock A M

**Place of Service:** at 801 Adlai Stevenson Drive, in Springfield, IL 62703

**Documents Served:** the undersigned served the documents described as:
Subpoena; Exhibit A; Letter; Stipulation & Protective Order Governing the Production and Exchange of Information.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
TargetCom, LLC, c/o Illinois Corporation Service

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MARSHA MONTGOMERY - RECEPTIONIST

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color brown ; Facial Hair NO
Approx. Age 50's ; Approx. Height 5-5 ; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Philip B Cravens
Signature of Server

Subscribed and sworn to before me this 15th day of June, 20 06

Paula S Mirto   01/14/07
Notary Public   (Commission Expires)

APS International, Ltd.

"OFFICIAL SEAL"
PAULA S. MIRTO
Notary Public, State of Illinois
My Commission Expires 01/14/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488-JJF<br>)<br>)  <u>Class Action</u><br>)<br>)  Demand for Jury Trial<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, do hereby certify that on this 25th day of September, 2006, I caused the accompanying Affidavit of Service Re: Service of Process on TargetCom, LLC, c/o Illinois Corporation Service to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

    William M. Lafferty, Esquire
    Morris, Nichols, Arsht & Tunnell, LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    ROSENTHAL, MONHAIT & GODDESS, P.A.

    By: /s/ Carmella P. Keener
    Carmella P. Keener (DSBA No. 2810)
    919 Market Street, Suite 1401
    Citizens Bank Building
    Wilmington, DE 19899-1070
    (302) 656-4433
    ckeener@rmgglaw.com
      Attorney for Plaintiff