Robert V. Towns, IV, et. al., Plaintiff(s)
vs.
Transunion, LLC, et. al., Defendant(s)

RECEIVED
JUN 29 2006
P.M.K.M. & N.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 077668-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Credit Expert, Consumer Info.com, Inc.
Court Case No. 04-1488

POPE, MCGLAMRY, ET AL
Ms. Vicky Laverty
3455 Peachtree Rd., N.E., Suite 925
Atlanta, GA 30326

State of: **California** ) ss.
County of: **Orange** )

**Name of Server:** _B. Tustison_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16** day of **Jun**, 20 **06**, at **4:55** o'clock **p** M

**Place of Service:** at **475 Anton Blvd.**, in **Costa Mesa, CA 92626**

**Documents Served:** the undersigned served the documents described as:
**Subpoena; Exhibit A; Letter; Stipulation & Protective Order Governing the Production and Exchange of Information.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Credit Expert, Consumer Info.com, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Phillip Hood, security-authorized to accept**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _m_ ; Skin Color _cauc_ ; Hair Color _brn_ ; Facial Hair ____
Approx. Age _35_ ; Approx. Height _5'9_ ; Approx. Weight _180_

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this
**20** day of **Jun**, 20 **06**

_[signature]_
Notary Public   (Commission Expires)

**APS International, Ltd.**

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488-JJF<br>)<br>)<br>)  <u>Class Action</u><br>)<br>)  Demand for Jury Trial<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, do hereby certify that on this 25th day of September, 2006, I caused the accompanying Affidavit of Service Re: Service of Process on Credit Expert, Consumer Info.com, Inc. to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> William M. Lafferty, Esquire
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

> > ROSENTHAL, MONHAIT & GODDESS, P.A.
> >
> > By: /s/ Carmella P. Keener
> > Carmella P. Keener (DSBA No. 2810)
> > 919 Market Street, Suite 1401
> > Citizens Bank Building
> > Wilmington, DE 19899-1070
> > (302) 656-4433
> > ckeener@rmgglaw.com
> >   Attorney for Plaintiff