6-127

| | | |
|---|---|---|
| Robert V. Towns, IV, et. al., Plaintiff(s)<br>vs.<br>Transunion, LLC, et. al., Defendant(s) | RECEIVED<br>JUN 23 2006<br>P.M.K.M. & N. |  Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 077668-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--One Up Web, So Do It, LLC
Court Case No. 04-1488

POPE, MCGLAMRY, ET AL
Ms. Vicky Laverty
3455 Peachtree Rd., N.E., Suite 925
Atlanta, GA  30326

State of: _MI_ ) ss.
County of: _LEELANAU_ )

**Name of Server:** _PHILIP C. WILLIAMS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14TH_ day of _JUNE_, 20_06_, at _6:20_ o'clock _P_ M

**Place of Service:** at _7322 E. Euck Lake Road_, in _Lake Leelanau, MI  49653_

**Documents Served:** the undersigned served the documents described as:
**Subpoena; Exhibit A; Letter; Stipulation & Protective Order Governing the Production and Exchange of Information.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**One Up Web, So Do It, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _TIM KAUFFOLD   "DIRECTOR OF BUS. DEVELOPMENT"_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHT_ ; Hair Color _BRO_ ; Facial Hair _NONE_
Approx. Age _40_ ; Approx. Height _6'0"_ ; Approx. Weight _185_

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Philip C. Williams_
Signature of Server

Subscribed and sworn to before me this _14th_ day of _June_, 20_06_

_Mary E Williams_       7-14-2011
Notary Public        (Commission Expires)

**APS International, Ltd.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488-JJF<br>)<br>)  <u>Class Action</u><br>)<br>)  Demand for Jury Trial<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, Carmella P. Keener, do hereby certify that on this 25th day of September, 2006, I caused the accompanying Affidavit of Service Re: Service of Process on One Up Web, So Do It, LLC to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

    William M. Lafferty, Esquire
    Morris, Nichols, Arsht & Tunnell, LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    ROSENTHAL, MONHAIT & GODDESS, P.A.

    By: /s/ Carmella P. Keener
    Carmella P. Keener (DSBA No. 2810)
    919 Market Street, Suite 1401
    Citizens Bank Building
    Wilmington, DE 19899-1070
    (302) 656-4433
    ckeener@rmgglaw.com
      Attorney for Plaintiff