IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC and TRUELINK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1488 (JJF)<br>)  Putative Class Action<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Jay N. Moffitt, Esquire, hereby certify that copies of (1) Trans Union LLC's Responses to Plaintiff's Second Request for Production of Documents and (2) Trans Union LLC's Answers to Plaintiff's Second Set of Interrogatories in the Townes case were served via U.S. Mail postage prepaid on October 25, 2006, upon the following:

    Michael L. McGlamry
    Wade H. Tomlinson, III
    Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
    The Pinnacle, Suite 925
    345 Peachtree Road, N.E.
    Atlanta, Georgia  30326-3243

    Wilson F. Green
    Harlan F. Winn III
    Battle Fleenor Green Winn & Clemmer
    The Financial Center
    505 North 20th Street, Ste. 1150
    Birmingham, Alabama  35203

    Carmella P. Keener
    Rosenthal, Monhait & Goddess, P.A.
    919 North Market St., Ste. 1401
    P.O. Box 1070
    Wilmington, DE  19801

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jay N. Moffitt*

                                      William M. Lafferty (#2755)
                                      Jay N. Moffitt (#4742)
                                      1201 N. Market Street
                                      Wilmington, Delaware  19801
                                      (302) 658-9200
                                        Attorneys for Defendants

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000


October 26, 2006

2

## **CERTIFICATE OF SERVICE**

I, Jay N. Moffitt, hereby certify that on October 26, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 North Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jmoffitt@mnat.com
   Attorneys for Defendants

October 26, 2006