## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1488 (JJF) |
| | ) | Putative Class Action |
| TRANSUNION LLC and TRUELINK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, William M. Lafferty, Esquire, hereby certify that copies of (1) Trans Union LLC's First Set of Interrogatories to Plaintiff and (2) Trans Union LLC's First Set of Requests to Admit were served in the manner indicated on November 7, 2006, upon the following counsel of record:

### BY FEDERAL EXPRESS

Michael L. McGlamry
Wade H. Tomlinson, III
Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
The Pinnacle, Suite 925
345 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243

Wilson F. Green
Harlan F. Winn III
Battle Fleenor Green Winn & Clemmer
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203

**BY HAND**

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 North Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE  19801


MORRIS, NICHOLS, ARSHT & TUNNELL LLP


William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
   Attorneys for Defendants

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000


November 7, 2006

## CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on November 7, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> 919 North Market St., Ste. 1401
> P.O. Box 1070
> Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
Attorneys for Defendants

November 7, 2006