IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES IV, individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSUNION LLC and TRUELINK, INC., )<br>)<br>Defendants. ) | Case No. 04-1488 (JJF)<br>Putative Class Action |

## NOTICE OF CHANGE OF LAW FIRM NAME TO
## DLA PIPER US LLP

PLEASE TAKE NOTICE that effective September 5, 2006, the name of the law firm serving as of counsel of record for Defendants, formerly known as DLA Piper Rudnick Gray Cary US LLP, has been changed to "DLA Piper US LLP." The telephone numbers of the firm will not change; however, all future correspondence should be addressed as follows:

DLA PIPER US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William M. Lafferty
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601
(312) 368-4000

November 9, 2006

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on November 9, 2006 I electronically filed the foregoing **Notice Of Service**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>Carmella P. Keener
>Rosenthal, Monhait & Goddess, P.A.
>919 North Market St., Ste. 1401
>P.O. Box 1070
>Wilmington, DE  19801

I also certify that copies were caused to be served on November 9, 2006 upon the following in the manner indicated:

### BY FIRST-CLASS MAIL

>Michael L. McGlamry
>Wade H. Tomlinson, III
>Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
>The Pinnacle, Suite 925
>345 Peachtree Road, N.E.
>Atlanta, Georgia  30326-3243
>
>Wilson F. Green
>Harlan F. Winn III
>Battle Fleenor Green Winn & Clemmer
>The Financial Center
>505 North 20th Street, Ste. 1150
>Birmingham, Alabama  35203

>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>/s/ William M. Lafferty
>William M. Lafferty (#2755)
>1201 N. Market Street
>Wilmington, Delaware 19801
>(302) 658-9200
>wlafferty@mnat.com
>    Attorneys for Defendants

November 9, 2006