IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION 04-1488 |
| vs. | ) ) | |
| TRANS UNION, LLC,    AND TRUELINK, INC., | ) ) ) | CLASS ACTION |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINES
SET FORTH IN THE AMENDED RULE 16 SCHEDULING ORDER**

The parties hereby jointly move the Court for an extension of deadlines set forth in the Amended Rule 16 Scheduling Order entered on August 29, 2006, including the initial discovery and final fact discovery cut-off dates and related deadlines, and deadlines for filing motions for summary judgment and class certification in this action. The grounds for this Motion are as follows:

1.  This is a putative nationwide class action lawsuit. The parties have engaged in substantial discovery in this case. Defendant TrueLink, Inc. has produced thousands of pages of documents to Plaintiff and has tendered numerous witnesses for depositions. Defendant TransUnion, LLC has also produced documents and tendered witnesses for depositions. Those depositions have taken place over at least 13 days during the discovery period.

2.  Despite the parties' diligence and efforts, the parties need additional time to conduct the discovery necessary to file their respective motions for summary judgment and Plaintiff's motion for class certification. While both Defendants and Plaintiff have answered

written discovery, and produced some documents, the parties still need to resolve certain issues with that written discovery. In addition, the Defendants proposed a date in early December 2006 for Plaintiff's deposition, but need the written discovery issues resolved before Plaintiff's deposition can take place. Also, Plaintiff still needs to take at least one additional deposition.

   3.  Based on the foregoing, all parties have agreed that an extension of the initial discovery and final discovery cut-off dates and related deadlines, and deadlines for filing motions for summary judgment and class certification will be sufficient to complete the remaining discovery.

   4.  The specific deadlines of which the parties request extensions are the following:

   a.  the initial discovery deadline (in paragraph 4(a) of the Amended Rule 16 Scheduling Order entered on August 29, 2006 ("Amended Order") be extended to January 31, 2007;

   b.  the case dispositive motion deadline and class certification motion deadline (in paragraphs 7 and 8 of said Amended Order) be extended to January 31, 2007, and that the deadlines in the same paragraph for responding to such motions be extended to March 2, 2007;

   c.  the final fact discovery cut-off date (in paragraph 4(h) of said Amended Order) be extended to March 30, 2007; and

   d.  the reports from retained experts due from Plaintiff(s) be extended to April 30, 2007, and the reports from retained experts due from Defendants be extended to May 30, 2007 (in paragraph 4(f) of said Amended Order).

   5.  In addition, by Order dated August 31, 2006, this matter was scheduled for a Pretrial Conference on February 8, 2007, at 1:30 p.m. The parties request that the Pretrial

Conference be rescheduled approximately 45 to 60 days after the deadline for case dispositive motions. The parties have left the date blank for the Court to insert the new date for a Pretrial Conference.

6. A [Joint Proposed] Second Amended Rule 16 Scheduling Order is attached which would replace this Court's August 29, 2006, Amended Rule 16 Scheduling Order.

WHEREFORE, the parties jointly request that the Court grant an extension of deadlines set forth herein.

ROSENTHAL, MONHAIT & GODDESS, P.A.

/s/ *Carmella P. Keener*
Carmella P. Keener (#2810)
919 Market Street, Suite 1401
Wilmington, Delaware 19801
(302) 656-4433
*Attorneys for Plaintiff*

OF COUNSEL:

Michael L. McGlamry
Wade H. Tomlinson III
Pope McGlamry Kilpatrick Morrison & Norwood LLP
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
Post Office Box 191625 (31119-1625)
Atlanta, Georgia 30326-3243
(404) 523-7706

Wilson F. Green
Harlan F. Winn III
Battle Fleenor Green Winn & Clemmer LLP
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
(205) 397-8160

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ *William M. Lafferty*
                    William M. Lafferty (#2755)
                    1201 N. Market Street
                    Wilmington, DE 19801
                    (302) 658-9200
                      *Attorneys for Defendants*

OF COUNSEL:

Roger L. Longtin
Michael C. O'Neil
Monica Thompson
Paula D. Friedman
Sonya Naar
Denise Castillo
**DLA Piper US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000

November 28, 2006

4