IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSUNION, LLC and TRUELINK, INC., <br><br> Defendants. | ) ) ) ) ) Civil Action No. 04-1488-JJF ) ) ) <u>Class Action</u> ) ) ) Demand for Jury Trial ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused two copies of the following documents:

1. This Notice of Service;

2. Plaintiff's Objections and Responses to TransUnion, LLC's First Requests to Admit; and

3. Plaintiff's Objections and Responses to TransUnion, LLC's First Interrogatories

to be served on December 7, 2006, upon the following individuals in the manners indicated below:

**Via Hand Delivery**

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via First Class Mail**

Michael O'Neil, Esquire
Roger L. Longtin, Esquire
Jacob W. Harrell, Esquire
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Building
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
Attorney for Plaintiff