IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT V. TOWNES, IV,                    :
Individually and on behalf of            :
all persons similarly situated,          :
                                         :
        Plaintiffs,                      :
                                         :
    v.                                   : Civil Action No. 04-1488-JJF
                                         :
TRANS UNION, LLC. and                    :
TRUELINK, INC.,                          :
                                         :
        Defendants.                      :

## O R D E R

WHEREAS, the Court granted parties joint proposed Second Amended Rule 16 Scheduling Order (D.I. 60);

WHEREAS, the new schedule conflicts with the Pretrial Conference currently set for February 8, 2007 at 1:30 p.m.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The February 8, 2007 Pretrial Conference is cancelled.

2) A Pretrial Conference will be held on **Thursday, October 4, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


December 19, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE