IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488-JJF<br>)<br>)  <u>Class Action</u><br>)<br>)  Demand for Jury Trial<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER
<u>MODIFYING SECOND AMENDED RULE 16 SCHEDULING ORDER</u>**

The parties hereby stipulate and agree, subject to the approval of the Court, that the Second Amended Rule 16 Scheduling Order entered by this Court on November 30, 2006 (D.I. 60) is hereby modified in the following respects:

1. Paragraph 4(a) is modified in that the January 31, 2007 deadline for the completion of initial discovery is hereby extended to March 14, 2007.

2. Paragraph 8 is modified in that the January 31, 2007 deadline for plaintiff to file any motion for class certification together with an opening brief, is hereby extended to March 14, 2007.

3. The Second Amended Scheduling Order shall remain in full force and effect in all other respects.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL |
| By: /s/ Carmella P. Keener<br>Carmella P. Keener (DSBA No. 2810)<br>919 N. Market Street, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>*Attorneys for Plaintiff, Robert V. Townes, IV* | By: /s/ William M. Lafferty<br>William M. Lafferty (DSBA No. 2755)<br>Jay Moffitt (DSBA No. 4742)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Defendants, TransUnion, LLC<br>and TrueLink, Inc.* |

SO ORDERED this \_\_\_\_\_ day of _____, 2007.

_____
      U.S.D.J.

Case 1:04-cv-01488-JJF    Document 63    Filed 01/24/2007    Page 3 of 3

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 24th day of January, 2007, I electronically filed **STIPULATION AND [PROPOSED] ORDER MODIFYING SECOND AMENDED RULE 16 SCHEDULING ORDER** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Michael L. McGlamry, Esquire<br>Pope, McGlamry, Kilpatrick,<br> Morrison & Norwood, LLP<br>The Pinnacle, Suite 925<br>3455 Peachtree Road, N.E.<br>P.O. Box 191625<br>Atlanta, GA 30326-3243 | William M. Lafferty, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
  *Attorney for Plaintiff*