IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | Civil Action No. 04-1488-JJF<br><br>Class Action<br><br>Demand for Jury Trial |

### SECOND STIPULATION AND [PROPOSED] ORDER
### MODIFYING SECOND AMENDED RULE 16 SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the Second Amended Rule 16 Scheduling Order entered by this Court on November 30, 2006 (D.I. 60) and amended by this Court by Order dated January 25, 2007 (D.I. 63) is further hereby modified in the following respects:

1. Paragraph 8 is modified in that the deadline for plaintiff to file any motion for class certification together with an opening brief, is hereby extended to March 28, 2007.

2. The Second Amended Rule 16 Scheduling Order shall remain in full force and effect in all other respects.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ Carmella P. Keener<br>Carmella P. Keener (DSBA No. 2810)<br>919 N. Market Street, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>*Attorneys for Plaintiff, Robert V. Townes, IV* | By: /s/ William M. Lafferty<br>William M. Lafferty (DSBA No. 2755)<br>Jay N. Moffitt (DSBA No. 4742)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Defendants, TransUnion, LLC and TrueLink, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
    U.S.D.J.

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 8th day of March, 2007, I electronically filed **SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING SECOND AMENDED RULE 16 SCHEDULING ORDER** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Michael L. McGlamry, Esquire
Pope, McGlamry, Kilpatrick,
 Morrison & Norwood, LLP
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625
Atlanta, GA 30326-3243

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
 *Attorney for Plaintiff*