IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-1488-JJF<br>)<br>)  <u>Class Action</u><br>)<br>)  Demand for Jury Trial<br>)<br>)<br>)<br>) |

### SECOND STIPULATION AND [REDACTED] ORDER
### MODIFYING SECOND AMENDED RULE 16 SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the Second Amended Rule 16 Scheduling Order entered by this Court on November 30, 2006 (D.I. 60) and amended by this Court by Order dated January 25, 2007 (D.I. 63) is further hereby modified in the following respects:

1. Paragraph 8 is modified in that the deadline for plaintiff to file any motion for class certification together with an opening brief, is hereby extended to March 28, 2007.

2. The Second Amended Rule 16 Scheduling Order shall remain in full force and effect in all other respects.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ Carmella P. Keener<br>Carmella P. Keener (DSBA No. 2810)<br>919 N. Market Street, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>*Attorneys for Plaintiff, Robert V. Townes, IV* | By: /s/ William M. Lafferty<br>William M. Lafferty (DSBA No. 2755)<br>Jay N. Moffitt (DSBA No. 4742)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Defendants, TransUnion, LLC<br>and TrueLink, Inc.* |

SO ORDERED this 13 day of March, 2007.

_____
U.S.D.J.