ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 5, 2007

**VIA CM/ECF and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

      Re:    Robert V. Townes, IV v. TransUnion, LLC and TrueLink, Inc.,
              D. Del., C.A. No. 04-1488-JJF

Dear Judge Farnan:

      I am pleased to enclose for the Court's consideration the parties' Stipulation of Settlement and supporting papers. If Your Honor finds the papers to be satisfactory, I would be glad to work with Ms. Krett to coordinate a date for hearing on the proposed settlement that is convenient to the Court and the parties. Because certain dates in the Hearing Order and the Notice will be determined based on the hearing date, we will submit a completed copy of the proposed scheduling order with those dates filled in after a hearing date has been set.

      Also, for the Court's information, and in follow up to the telephonic status conference call of March 27, 2007, we remind the Court that pending in the U.S. District Court for the District of Delaware is a putative class action captioned <u>Steven G. Millett, et. al. v. TrueLink, Inc.</u>, Case No. 05-599-SLR (the "<u>Millett</u> Action"), which has been brought against one of the defendants in the above-referenced action. <u>See</u> Document No. 32, Letter to Peter T. Dalleo, dated December 19, 2005. Because the enclosed Stipulation of Settlement for the above-referenced matter excludes from the proposed settlement class those individuals who are named plaintiffs in any other action pending against the

The Honorable Joseph F. Farnan, Jr.
April 5, 2007
Page 2

defendants (Section 2.24(v)), the claims of the named plaintiffs in the <u>Millett</u> Action are not affected by the proposed settlement. The claims of the individuals in the uncertified class alleged in the <u>Millett</u> Action could be affected, however, if those individuals choose not to opt-out of the settlement. I am unaware of any other pending cases which would be affected by the proposed settlement.

                                               Respectfully submitted,

                                               /s/ Carmella P. Keener

                                               Carmella P. Keener (DSBA No. 2810)
                                               ckeener@rmgglaw.com
                                               *Attorneys for Plaintiff, Robert V. Townes, IV*

CPK/jls

Enclosure

cc:    William M. Lafferty, Esquire (via CM/ECF)
        Michael L. McGlamry, Esquire (via CM/ECF)