ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 11, 2007

**VIA CM/ECF and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

  Re: Robert V. Townes, IV v. TransUnion, LLC and TrueLink, Inc.,
     D. Del., C.A. No. 04-1488-JJF

Dear Judge Farnan:

  Based on the September 11, 2007 hearing date on the proposed Settlement which has been coordinated among the Court and counsel, I have caused to be electronically filed today a new Hearing Order which includes the hearing date and associated dates (notice, objection, opt-out, etc.). The attachments to the Hearing Order have also been modified to include the relevant dates. I have arranged to have a copy of the Order and its attachments sent to Judicial Chambers, for the Court's convenience.

  Counsel are available at the Court's convenience should Your Honor have any question regarding these matters.

            Respectfully submitted,

            /s/ Carmella P. Keener

            Carmella P. Keener (DSBA No. 2810)
            ckeener@rmgglaw.com
            *Attorneys for Plaintiff, Robert V. Townes, IV*

CPK/jls

Enclosure

  cc: William M. Lafferty, Esquire (via CM/ECF)
     Michael L. McGlamry, Esquire (via CM/ECF)