IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Robert v. Townes, IV )
v. ) Civil Action No. 04-1488
TransUnion, LLC and TrueLink, Inc. )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael W. Blanton to represent Steven G. Millett and Melody J. Millett in this matter.

Signed: *Christopher J. Curtin*

Erisman & Curtin
Christopher James Curtin
DE Bar I.D. No. 0226
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577

Attorney for: Steven J. Millett and Melody J. Millett

Date: _____          _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Kansas and pursuant to Lcoal Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Signed: *Michael W Blanton*
Date: May 14, 2007

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108