IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all Persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 04-1488-JJF |
| TRANS UNION, LLC and TRUELINK, INC., | ) ) ) ) | |
| Defendant, | ) ) | |
| STEVEN G. MILLETT and MELODY J. MILLETT, Individually and on behalf of all Persons similarly situated, | ) ) ) ) ) | |
| Intervenors | ) | |

## MOTION FOR LEAVE TO INTERVENE

Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, on behalf of themselves and other similarly situated persons, pursuant to Federal Rule of Civil Procedure 24(a), hereby move this Court for leave to intervene in the above-referenced action. A Brief in Support of this Motion is being filed contemporaneously herewith.

Respectfully submitted,


/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

/s/ Barry R. Grissom
Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR INTERVENORS

**CERTIFICATE OF SERVICE**

  I, Christopher J. Curtin, Esq., hereby certify that on May 15, 2007, I electronically filed the foregoing Motion for Leave to Intervene with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

  William M. Lafferty, Esq.
  Jerry Clyde Harris, Jr., Esq.
  Morris Nichols Arsht & Tunnell
  1201 N. Market St.
  Wilmington, DE 19801

        ERISMAN & CURTIN

        /s/ Christopher J. Curtin
        Christopher J. Curtin
        DE Bar Id. No. 0226
        Erisman & Curtin
        629 Mount Lebanon Road
        Wilmington, Delaware 19803
        Phone: (302) 478-5577
        Facsimile: (302) 478-5494
        Email: ccurtin659@aol.com

DATE: May 15, 2007