IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of all<br>Persons similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and<br>TRUELINK, INC.,<br><br>                 Defendant,<br><br>STEVEN G. MILLETT and<br>MELODY J. MILLETT,<br>Individually and on behalf of all<br>Persons similarly situated,<br><br>                 Intervenors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.: 04-1488-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT REQUIRED BY LOCAL RULE 7.1.1**

    The undersigned counsel states that the parties have made a reasonable effort to resolve the issue raised in the attached motion by discussing the issue raised in the attached motion and the parties are not able to reach agreement.

Respectfully submitted,

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

/s/ Barry R. Grissom
Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR INTERVENORS