# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of all<br>Persons similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and<br>TRUELINK, INC.,<br><br>               Defendant,<br><br>STEVEN G. MILLETT and<br>MELODY J. MILLETT,<br>Individually and on behalf of all<br>Persons similarly situated,<br><br>               Intervenors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.: 04-1488-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR ORAL ARGUMENT
## REGARDING MOTION FOR LEAVE TO INTERVENE

      Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, on behalf of themselves and other similarly situated persons, pursuant to Local Rule 7.1.4, hereby request that oral argument be scheduled for the Motion for Leave to Intervene that is being filed contemporaneously with this Application.

Respectfully submitted,


<u>/s/ Christopher J. Curtin</u>
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

<u>/s/ Barry R. Grissom</u>
Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR INTERVENORS

**CERTIFICATE OF SERVICE**

I, Christopher J. Curtin, Esq., hereby certify that on May 15, 2007, I electronically filed the foregoing Application for Oral Argument Regarding Motion for Leave to Intervene with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: May 15, 2007