# EXHIBIT 1

4months, CLASS, LEAD, PROTO, SUBMDJ

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:04-cv-03400-TCB

Hillis v. Equifax Consumer Services, Inc. et al    Date Filed: 11/19/2004
Assigned to: Judge Timothy C. Batten, Sr    Jury Demand: Plaintiff
Member case: (View Member Case)    Nature of Suit: 360 P.I.: Other
Cause: 15:1692 Fair Debt Collection Act    Jurisdiction: Federal Question

### Plaintiff

**Robbie Hillis**                represented by **Arthur R. Miller**
*Individually and on behalf of all*              Arthur R. Miller, P.C.
*persons similarly situated*              Areeda Hall 225
                   Cambridge, MA 02138
                   617-495-1278
                   Email: arthur@law.harvard.edu
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Brad N. Friedman**
                   Milberg Weiss & Bershad, LLP
                   One Pennsylvania Plaza
                   48th Floor
                   New York, NY 10119-0165
                   212-946-9450
                   Email: bfriedman@milbergweiss.com
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Charles Neal Pope**
                   Pope McGlamry Kilpatrick, Morrison
                   & Norwood, LLP
                   P.O. Box 2128
                   1111 Bay Avenue (Zip Code 31901-
                   2412)
                   Suite 450
                   Columbus, GA 31902-2128
                   706-324-0050
                   Email: efile@pmkm.com
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Harlan F. Winn, III**
                   Battle, Fleenor, Green, Winn &
                   Clemmer, LLP
                   1150 Financial Center
                   505 North 20th Street

Birmingham, AL 35203
205-397-8160
Email: hwinn@bfgwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvyn I. Weiss**
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165
212-594-5300
Email: mweiss@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
Pope McGlamry Kilpatrick Morrison &
Norwood
925 The Pinnacle
P.O. Box 191625
3455 Peachtree Road, N.E.
Atlanta, GA 31119-1625
404-523-7706
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wade H. Tomlinson, III**
Pope McGlamry Kilpatrick, Morrison
& Norwood, LLP
P.O. Box 2128
1111 Bay Avenue (Zip Code 31901-
2412)
Suite 450
Columbus, GA 31902-2128
706-324-0050
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wilson F. Green**
Battle, Fleenor, Green, Winn &
Clemmer, LLP
1150 Financial Center
505 North 20th Street
Birmingham, AL 35203
205-397-8160
Email: wgreen@bfgwc.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Christy Slack**
*Individually and On Behalf of All*
*Persons Similarly Situated*

represented by **Alan G. Snipes**
Pope McGlamry Kilpatrick, Morrison
& Norwood, LLP
P.O. Box 2128
1111 Bay Avenue (Zip Code 31901-
2412)
Suite 450
Columbus, GA 31902-2128
706-324-0050
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Neal Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harlan F. Winn, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvyn I. Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wade H. Tomlinson, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wilson F. Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Spencer**
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza
48th Floor

New York, NY 10119-0165
212-594-5300

V.
**Defendant**

**Equifax Consumer Services, Inc.**          represented by **Alexander Stephens Clay, IV**
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
Email: sclay@kilpatrickstockton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audra Ann Dial**
Kilpatrick Stockton-Atlanta
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
Email: adial@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Cindy Dawn Hanson**
Kilpatrick Stockton-Atlanta
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
Email:
chanson@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Craig Edward Bertschi**
Kilpatrick Stockton-Atlanta
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
Email:
cbertschi@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Kenneth M. Kliebard**
Howrey, LLP
Suite 3400
321 North Clark Street
Chicago, IL 60610

312-595-2255
Fax: 312-264-0362
Email: kliebardk@howrey.com
*ATTORNEY TO BE NOTICED*

**Samantha M. Rein**
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308-3201
404-527-8408
Email: srein@mckennalong.com
*ATTORNEY TO BE NOTICED*

**Todd L. McLawhorn**
Howrey, LLP
Suite 3400
321 North Clark Street
Chicago, IL 60610
312-595-1138
Fax: 312-264-0363
Email: mclawhornt@howrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fair Isaac, Inc.**                    represented by    **Frederick A. Brown**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8204
Email: fbrown@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh S. Hines-Shah**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8212
Email: jhinesshah@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S. Sanders**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104

415-393-8268
Email: jsanders@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Bradley**
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308-3201
404-527-4000
Email: pbradley@mckennalong.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8296
Email: rjustice@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha M. Rein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Fair Isaac Corporation**          represented by  **Jayesh S. Hines-Shah**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S. Sanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Myfico Consumer Services, Inc.**          represented by  **Jayesh S. Hines-Shah**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S. Sanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**The Morrison Agency**
*Non-Party / Subpoena*

**Objector**

**Robert C. Rollings**                    represented by **Robert C. Rollings**
                                                         PRO SE

**Objector**

**Steven F. Helfand**                     represented by **Steven F. Helfand**
                                                         PRO SE

**Objector**

**Karen Shapiro**                         represented by **Karen Shapiro**
                                                         PRO SE

**Objector**

**Craig Friedberg**                       represented by **A. Thomas Stubbs**
                                                         A. Thomas Stubbs, Esquire
                                                         Suite 720
                                                         755 Commerce Drive
                                                         Decatur, GA 30030
                                                         404-378-3633
                                                         Fax: 404-377-8304
                                                         Email: stubbs@trialattorney.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Objector**

**Diana Poulson**                         represented by **A. Thomas Stubbs**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Objector**

**Richard D. Adams**                      represented by **A. Thomas Stubbs**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Objector**

**Velma Lawson**                          represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Richard Lawson**                        represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Panina Aviles**                         represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Janice Tate**                           represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Nathan Lang**                           represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Melissa Huelsman**                      represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Andy Ogilvie**                          represented by  **A. Thomas Stubbs**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Objector**
**Meredith Whittington**

**Objector**
**Taren Hill**

**Objector**

**Christine Baker**                    represented by **Christine Baker**
                                                       PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/19/2004 | 1 | COMPLAINT with Jury Demand filed and summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions given to attorney ( Filing fee $ 150 receipt number 529989.), filed by Robbie Hillis. (Attachments: # 1 Summons)(fkt) (Entered: 11/23/2004) |
| 12/10/2004 | 2 | CONSENT ORDER TO EXTEND TIME TO 01/12/05 for defendant Equifax to ANSWER signed by Judge Beverly B. Martin on 12/10/04. (aaq) (Entered: 12/13/2004) |
| 12/10/2004 | 3 | CERTIFICATE OF SERVICE (Consent Order) filed by Equifax Consumer Services, Inc. (aaq) (Entered: 12/13/2004) |
| 01/07/2005 | 4 | PROPOSED ORDER Extending Time for Fair Isaac, Inc. to Respond to the Complaint re: 1 Complaint,. (Bradley, Phillip) (Entered: 01/07/2005) |
| 01/12/2005 | 5 | MOTION for Extension of Time to File Answer re 1 Complaint, *and Supporting Memorandum of Law* by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 01/12/2005) |
| 01/12/2005 | 6 | MOTION to Dismiss with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Brief Memorandum of Law)(Bertschi, Craig) (Entered: 01/12/2005) |
| 01/13/2005 | 7 | ORDER granting defendant Equifax's 5 Motion for Extension of Time to Answer Complaint until 10 days after the court rules on defendant's 6 Motion to Dismiss. Signed by Judge Beverly B. Martin on 1/13/2005. (pdw) (Entered: 01/13/2005) |
| 01/14/2005 | 8 | CONSENT ORDER EXTENDING TIME TO 01/19/05 for defendant Fair Isaac, Inc. to ANSWER the complaint signed by Judge Beverly B. Martin on 01/14/05. (aaq) (Entered: 01/18/2005) |
| 01/19/2005 | 9 | ANSWER to Complaint by Fair Isaac, Inc.. Discovery ends on 6/20/2005.(Rein, Samantha) (Entered: 01/19/2005) |
| 01/19/2005 | 10 | MOTION to Dismiss with Brief In Support by Fair Isaac, Inc.. (Attachments: # 1 Brief in support# 2 Exhibit A)(Rein, Samantha) (Entered: 01/19/2005) |
| 01/21/2005 | 11 | NOTICE of Appearance by Phillip A. Bradley on behalf of Fair Isaac, Inc. (Bradley, Phillip) (Entered: 01/21/2005) |
| 01/27/2005 | 12 | MOTION for Extension of Time to File Response re: 6 MOTION to Dismiss *by Equifax* by Robbie Hillis. (Tomlinson, Wade) (Entered: 01/27/2005) |
| 01/27/2005 | 13 | PROPOSED ORDER Consent Order Extending Time for Plaintiff to |

| | | Respond to Defendant Equifax's Motion to Dismiss re: 12 MOTION for Extension of Time to File Response re: 6 MOTION to Dismiss *by Equifax*. (Tomlinson, Wade) (Entered: 01/27/2005) |
|---|---|---|
| 01/28/2005 | 14 | CONSENT ORDER granting the plaintiff's 12 Motion for Extension of Time to respond to the 6 MOTION to Dismiss to 02/07/05. Signed by Judge Beverly B. Martin on 01/28/05.(aaq) (Entered: 02/01/2005) |
| 02/07/2005 | 15 | RESPONSE in Opposition re 10 MOTION to Dismiss *by Fair Isaac, Inc.* filed by Robbie Hillis. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Tomlinson, Wade) (Entered: 02/07/2005) |
| 02/07/2005 | 16 | RESPONSE in Opposition re 6 MOTION to Dismiss *by Equifax Consumer Services, Inc.* filed by Robbie Hillis. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Tomlinson, Wade) (Entered: 02/07/2005) |
| 02/07/2005 | 17 | MOTION for Leave to File Amended Complaint with Brief In Support by Robbie Hillis. (Attachments: # 1 Exhibit 1)(Tomlinson, Wade) (Entered: 02/07/2005) |
| 02/11/2005 | 18 | Certificate of Interested Persons by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 02/11/2005) |
| 02/11/2005 | 19 | Joint MOTION for Extension of Time File Initial Disclosures by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 02/11/2005) |
| 02/11/2005 | 20 | PRELIMINARY REPORT AND DISCOVERY SCHEDULE filed by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 02/11/2005) |
| 02/16/2005 | 21 | SCHEDULING ORDER approving 20 Preliminary Report. The court will establish the discovery schedule in its Order on the outstanding motions to dismiss. Signed by Judge Beverly B. Martin on 2/16/2005. (pdw) (Entered: 02/16/2005) |
| 02/16/2005 | 22 | SCHEDULING ORDER approving 20 Preliminary Report. The court will establish the discovery schedule in its Order on the outstanding motions to dismiss. Signed by Judge Beverly B. Martin on 2/16/2005. (**ORDER REFILED BY DEPUTY CLERK TO CORRECT CASE STYLE AND NUMBER**)(pdw) (Entered: 02/16/2005) |
| 02/16/2005 | 23 | ORDER granting plaintiff's 17 Motion to Amend his Complaint. Amended Complaint may be served upon defendants forthwith. Signed by Judge Beverly B. Martin on 2/16/2005. (pdw) (Entered: 02/16/2005) |
| 02/16/2005 | 24 | ORDER granting the 19 Motion for Extension of Time to 02/24/05 to file Initial Disclosures signed by Judge Beverly B. Martin on 02/16/05. (aaq) (Entered: 02/17/2005) |
| 02/18/2005 | 25 | AMENDED COMPLAINT *to Class Action Complaint* against all defendants, filed by Robbie Hillis.(McGlamry, Michael) (Entered: 02/18/2005) |
| 02/22/2005 | | Submission of the 10 MOTION to Dismiss and 6 MOTION to Dismiss to District Judge Beverly B. Martin. (aaq) (Entered: 02/22/2005) |

| | | |
|---|---|---|
| 02/24/2005 | 26 | ACKNOWLEDGEMENT OF SERVICE Executed as to Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 02/24/2005) |
| 02/24/2005 | 27 | Initial Disclosures by Robbie Hillis. (Attachments: # 1 Attachment A# 2 Attachment C)(McGlamry, Michael) (Entered: 02/24/2005) |
| 02/24/2005 | 28 | Initial Disclosures by Fair Isaac, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Rein, Samantha) (Entered: 02/24/2005) |
| 02/24/2005 | 29 | ACKNOWLEDGEMENT OF SERVICE Executed as to Fair Isaac, Inc.. (Rein, Samantha) (Entered: 02/24/2005) |
| 02/24/2005 | 30 | Initial Disclosures by Equifax Consumer Services, Inc..(Bertschi, Craig) (Entered: 02/24/2005) |
| 03/02/2005 | 38 | APPLICATION for the Admission of Arthur R. Miller Pro Hac Vice filed by Robbie Hillis.Filing Fee received $150.00, Receipt #534118. (Attachments: # 1 Text of Proposed Order)(aaq) (TO BBM) (Entered: 03/08/2005) |
| 03/02/2005 | 39 | APPLICATION for the Admission of Michael C. Spencer Pro Hac Vice filed by Robbie Hillis.Filing Fee received $150.00, Receipt #534119. (Attachments: # 1 Text of Proposed Order)(aaq) (TO BBM) (Entered: 03/08/2005) |
| 03/02/2005 | 40 | APPLICATION for the Admission of Melvyn I. Weiss Pro Hac Vice filed by Robbie Hillis.Filing Fee received $150.00, Receipt #534120. (Attachments: # 1 Text of Proposed Order)(aaq) (TO BBM) (Entered: 03/08/2005) |
| 03/03/2005 | 31 | MOTION to Appoint Counsel *(Interim)* by Robbie Hillis. (Attachments: # 1 Exhibit A - McGlamry Affidavit# 2 Exhibit B - Spencer Affidavit# 3 Exhibit C - Proposed Order)(Tomlinson, Wade) (Entered: 03/03/2005) |
| 03/03/2005 | 32 | REPLY BRIEF re 31 MOTION to Appoint Counsel *(Interim) Plaintiffs' Memorandum in Support of Motion for Appointment of Interim Counsel* filed by Robbie Hillis. (Tomlinson, Wade) (Entered: 03/03/2005) |
| 03/03/2005 | 33 | NOTICE of Appearance by Cindy Dawn Hanson on behalf of Equifax Consumer Services, Inc. (Hanson, Cindy) (Entered: 03/03/2005) |
| 03/04/2005 | 34 | CERTIFICATE OF SERVICE by Robbie Hillis *of Discovery on Equifax Consumer Services, Inc.* (McGlamry, Michael) (Entered: 03/04/2005) |
| 03/04/2005 | 35 | CERTIFICATE OF SERVICE by Robbie Hillis *of Discovery on Fair Isaac, Inc.* (McGlamry, Michael) (Entered: 03/04/2005) |
| 03/07/2005 | 36 | MOTION to Dismiss with Brief In Support by Fair Isaac, Inc.. (Attachments: # 1 Brief in support to partial motion to dismiss)(Rein, Samantha) (Entered: 03/07/2005) |
| 03/07/2005 | 37 | ANSWER to Complaint *(Amended)* by Fair Isaac, Inc..(Rein, Samantha) (Entered: 03/07/2005) |
| | | |

| 03/09/2005 | 41 | Consent MOTION for Extension of Time Respond to Amended Complaint by Equifax Consumer Services, Inc.. (Hanson, Cindy) (Entered: 03/09/2005) |
|---|---|---|
| 03/09/2005 | 42 | PROPOSED CONSENT ORDER Extending Time for Equifax Consumer Services, Inc. to Respond to the Amended Complaint. (Hanson, Cindy) (Entered: 03/09/2005) |
| 03/15/2005 | 43 | ORDER granting the 41 Motion for Extension of Time through and including 03/18/05 for defendant Equifax to respond to the 25 Amended Complaint signed by Judge Beverly B. Martin on 3/15/05. (aaq) (Entered: 03/16/2005) |
| 03/22/2005 | | Submission of the 31 MOTION to Appoint Counsel to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 03/22/2005) |
| 03/23/2005 | 44 | Consent MOTION for Extension of Time Respond to Amended Complaint and Establish Briefing Schedule on Defendant's Motion to Dismiss with Brief In Support by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 03/23/2005) |
| 03/25/2005 | 45 | MOTION to Dismiss *Plaintiff's First Amended Complaint* with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Brief Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint)(Bertschi, Craig) (Entered: 03/25/2005) |
| 03/28/2005 | 46 | ORDER granting the 44 Consent MOTION for Extension of Time Respond to Amended Complaint and Establish Briefing Schedule on Defendant's Motion to Dismiss signed by Judge Beverly B. Martin on 03/28/05. The time in which defendant Equifax Consumer Services, Inc. maymove, plead or otherwise respond to the Amended Complaint filed against it inthe captioned case is hereby extended through and including March 25, 2005. Plaintiff shall have through and including April 8, 2005 to file briefsin opposition to Defendant Fair Isaac, Inc.'s 36 Partial Motion to Dismiss and defendant Equifax's 45 MOTION to Dismiss Plaintiff's First Amended Complaint.(aaq) (Entered: 03/29/2005) |
| 03/28/2005 | | ORDER TO EXTEND TIME TO ANSWER ruled on by Judge Beverly B. Martin on 03/28/05 (within the 46 Consent Order). (aaq) (Entered: 03/29/2005) |
| 03/29/2005 | 47 | INTERIM COUNSEL ORDER granting the 31 Motion to Appoint Counsel signed by Judge Beverly B. Martin on 03/29/05. (aaq) (Entered: 03/30/2005) |
| 04/08/2005 | 48 | RESPONSE in Opposition re 45 MOTION to Dismiss *Plaintiff's First Amended Complaint Response In Opposition To Defendant Equifax Consumer Services, Inc.'s Motoin To Dismiss Plaintiff's First Amended Complaint* filed by Robbie Hillis. (Attachments: # 1 Exhibit)(Tomlinson, Wade) (Entered: 04/08/2005) |
| 04/08/2005 | 49 | RESPONSE in Opposition re 36 MOTION to Dismiss *Response In Opposition To Defendant Fair Isaac, Inc.'s Partial Motion To Dismiss* |

| | | |
|---|---|---|
| | | *Plaintiff's First Amended Complaint* filed by Robbie Hillis. (Attachments: # 1)(Tomlinson, Wade) (Entered: 04/08/2005) |
| 04/08/2005 | 50 | Request to File Original Discovery by Fair Isaac, Inc., Fair Isaac, Inc. *Objections to Plaintiff's Interrogatories, 30(b)(6) Deposition, Request for Admission and Request for Production of Documents* by Fair Isaac, Inc., Fair Isaac, Inc..(Rein, Samantha) (Entered: 04/08/2005) |
| 04/11/2005 | | ORDER (BY DOCKET ENTRY ONLY) approving Applications for Admission Pro Hac Vice of 38 Arthur R. Miller, 39 Michael C. Spencer, and 40 Melvyn I. Weiss. Entered by Judge Beverly B. Martin on 4/11/2005. (pdw) (Entered: 04/11/2005) |
| 04/11/2005 | | Submission of the 36 MOTION to Dismiss and 45 MOTION to Dismiss Plaintiff's First Amended Complaint to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 04/11/2005) |
| 04/22/2005 | 51 | REPLY BRIEF re 36 MOTION to Dismiss *Plaintiff's Amended Complaint* filed by Fair Isaac, Inc.. (Rein, Samantha) (Entered: 04/22/2005) |
| 04/22/2005 | 52 | REPLY BRIEF re 45 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Equifax Consumer Services, Inc.. (Attachments: # 1) (Bertschi, Craig) (Entered: 04/22/2005) |
| 04/29/2005 | 53 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *OBJECTIONS TO PLAINTIFF FIRST INTERROGATORIES* (Hanson, Cindy) (Entered: 04/29/2005) |
| 04/29/2005 | 54 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS* (Hanson, Cindy) (Entered: 04/29/2005) |
| 04/29/2005 | 55 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS* (Hanson, Cindy) (Entered: 04/29/2005) |
| 04/29/2005 | 56 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *OBJECTIONS TO PLAINTIFF'S NOTICE OF TAKING 30(b)(6) DEPOSITION* (Hanson, Cindy) (Entered: 04/29/2005) |
| 05/24/2005 | 57 | ORDER: Defendant Equifax Consumer Services, Inc.'s Motion to Dismiss 6 is DENIED AS MOOT; Defendant Fair Isaac Corporation's Motion to Dismiss 10 is DENIED AS MOOT; Defendant Fair Isaac Corporation's Motion to Dismiss Plaintiff's Amended Complaint 36 is DENIED; and Defendant Equifax Consumer Services, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint 45 is DENIED. The case is assigned to a four-month discovery period, to conclude on September 23, 2005. The parties may allocate this four-month period to class discovery or discovery on the merits as they see fit. Signed by Judge Beverly B. Martin on 5/23/2005. (pdw) (Entered: 05/24/2005) |
| 05/24/2005 | | Discovery ends on 9/23/2005, per this court's 57 Order. (pdw) (Entered: 05/24/2005) |

| 05/24/2005 | 58 | NOTICE of Appearance by Audra Ann Dial on behalf of Equifax Consumer Services, Inc. (Dial, Audra) (Entered: 05/24/2005) |
|---|---|---|
| 06/02/2005 | 59 | CERTIFICATE OF SERVICE by Robbie Hillis *on Defendant Equifax Consumer Services, Inc.* (McGlamry, Michael) (Entered: 06/02/2005) |
| 06/02/2005 | 60 | CERTIFICATE OF SERVICE by Robbie Hillis *on Defendant Fair Isaac Corporation* (McGlamry, Michael) (Entered: 06/02/2005) |
| 06/07/2005 | 61 | ANSWER to Complaint *and*, ANSWER to Amended Complaint by Equifax Consumer Services, Inc..(Hanson, Cindy) (Entered: 06/07/2005) |
| 06/08/2005 | 62 | Corporate Disclosures pursuant to Rule 7.1 by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 06/08/2005) |
| 06/10/2005 | 63 | APPLICATION for Admission of Todd L. McLawhorn Pro Hac Viceby Equifax Consumer Services, Inc..Filing Fee received $$150.00, Receipt #538004. (dcs) (Entered: 06/13/2005) |
| 06/10/2005 | 64 | APPLICATION for Admission of Kenneth M. Kliebard Pro Hac Viceby Equifax Consumer Services, Inc..Filing Fee received $$150.00, Receipt #538004. (dcs) (Entered: 06/13/2005) |
| 06/13/2005 | | ORDER (BY DOCKET ENTRY ONLY) approving 63 Application for Admission Pro Hac Vice by Todd M. McLawhorn and approving 64 Application for Admission Pro Hac Vice by Kennth M. Kliebard. Entered by Judge Beverly B. Martin on 6/13/2005. (pdw) (Entered: 06/13/2005) |
| 06/13/2005 | 65 | Corporate Disclosures pursuant to Rule 7.1 by Fair Isaac, Inc..(Rein, Samantha) (Entered: 06/13/2005) |
| 06/13/2005 | 66 | CERTIFICATE OF SERVICE by Robbie Hillis *of Discovery to Equifax* (McGlamry, Michael) (Entered: 06/13/2005) |
| 06/13/2005 | 67 | CERTIFICATE OF SERVICE by Robbie Hillis *of Discovery to Fair Isaac* (McGlamry, Michael) (Entered: 06/13/2005) |
| 06/22/2005 | 68 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *of Equifax Consumer Services, Inc.'s Amended Supplemental Responses and Objections to Plaintiff's First Interrogatories* (Dial, Audra) (Entered: 06/22/2005) |
| 06/22/2005 | 69 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *of Equifax Consumer Services, Inc.'s Amended and Supplemental Responses and Objections to Plaintiff's First Requests for Admission* (Dial, Audra) (Entered: 06/22/2005) |
| 06/22/2005 | 70 | CERTIFICATE OF SERVICE by Equifax Consumer Services, Inc. *of Equifax Consumer Services, Inc.'s Supplemental Responses and Objections to Plaintiff's First Request for Production of Documents* (Dial, Audra) (Entered: 06/22/2005) |
| 06/23/2005 | 71 | CERTIFICATE OF SERVICE by Fair Isaac, Inc. *of Fair Isaac's (1) Amended Responses and Objections to Plaintiff's interrogatories; (2) Amended Responses and Objections to Plaintiff's Request for Production* |

| | | |
|---|---|---|
| | | *of Documents; and (3) Amended Objections and Responses to Plaintiff's Request for Admission* (Rein, Samantha) (Entered: 06/23/2005) |
| 06/23/2005 | 72 | CERTIFICATE OF SERVICE by Fair Isaac, Inc. *for Objections of Fair Isaac, Inc. to Plaintiff's Notices of Deposition of Ryan Sjoblad and Cheri St. John* (Bradley, Phillip) (Entered: 06/23/2005) |
| 06/29/2005 | 73 | MOTION for Protective Order with Brief In Support by Fair Isaac, Inc.. (Attachments: # 1 Text of Proposed Order # 2 Brief in Support of Defendant Fair Isaac Corporation's Motion for Protective Order# 3 Exhibit Exhibit A# 4 Exhibit Exhibit B# 5 Exhibit Exhibit C# 6 Exhibit Exhibit D# 7 Exhibit Exhibit E)(Rein, Samantha) (Entered: 06/29/2005) |
| 06/29/2005 | 74 | Emergency MOTION for Protective Order with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Dial, Audra) (Entered: 06/29/2005) |
| 06/30/2005 | 75 | MOTION to Compel Discovery *Responses of Equifax and Moton for Expedited Consideration* by Robbie Hillis. (Attachments: # 1 Exhibit Ex. 1# 2 Exhibit Ex. 2# 3 Exhibit Ex. 3# 4 Proposed Order)(McGlamry, Michael) (Entered: 06/30/2005) |
| 06/30/2005 | 76 | Memorandum of Law in Support of 75 Motion to Compel by Robbie Hillis. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (McGlamry, Michael) Modified on 7/1/2005 to correct docket text to accurately reflect e-filed pleading (fmm). (Entered: 06/30/2005) |
| 06/30/2005 | 77 | Exhibits E-J to 76 Memorandum in support of 75 Motion to Compel by Robbie Hillis. (Attachments: # 1 Exhibit E# 2 Exhibit F# 3 Exhibit G# 4 Exhibit H# 5 Exhibit I# 6 Exhibit J# 7 Exhibit J Continued)(McGlamry, Michael) Modified on 7/1/2005 to correct docket text to accurately reflect e-filed pleading (fmm). (Entered: 06/30/2005) |
| 06/30/2005 | 78 | MOTION for Leave to File Excess Pages *RE: Memorandum of Law in Support of Motion to Compel Discovery from Equifax, etc.* by Robbie Hillis. (Attachments: # 1 Text of Proposed Order Proposed Order) (McGlamry, Michael) (Entered: 06/30/2005) |
| 06/30/2005 | 79 | MOTION to Compel Discovery Responses *of Fair Isaac Corporation and Moton for Expedited Consideration* with Brief In Support by Robbie Hillis. (Attachments: # 1 Brief # 2 Text of Proposed Order # 3 Exhibit 1 to Motion# 4 Exhibit 2 to Motion# 5 Exhibit 3 to Motion# 6 Exhibit A to Memorandum# 7 Exhibit B to Memorandum# 8 Exhibit C to Memorandum# 9 Exhibit D to Memorandum# 10 Exhibit E to Memorandum# 11 Exhibit F to Memorandum# 12 Exhibit G to Memorandum# 13 Errata H to Memorandum# 14 Exhibit I to Memorandum# 15 Exhibit J to Memorandum# 16 Exhibit J (Cont.) to Memorandum)(McGlamry, Michael) (Entered: 06/30/2005) |
| 06/30/2005 | 80 | MOTION for Leave to File Excess Pages by Robbie Hillis. (Attachments: # 1 Text of Proposed Order)(McGlamry, Michael) (Entered: 06/30/2005) |

| 07/05/2005 | 81 | CERTIFICATE OF SERVICE *of First Request for Production of Documents to Plaintiff* by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 07/05/2005) |
|---|---|---|
| 07/05/2005 | 82 | CERTIFICATE OF SERVICE *of First Interrogatories to Plaintiff* by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 07/05/2005) |
| 07/05/2005 | 83 | CERTIFICATE OF SERVICE *of Fair Isaac's Responses and Objections to Plaintiff's Second Interrogatories and Second Request for Production of Documents* (Rein, Samantha) (Entered: 07/05/2005) |
| 07/05/2005 | 84 | NOTICE Of Filing Revision Of Deposition Schedule by Robbie Hillis (Tomlinson, Wade) (Entered: 07/05/2005) |
| 07/11/2005 | 85 | RESPONSE in Opposition re 75 MOTION to Compel Discovery *Responses of Equifax and Moton for Expedited Consideration and In Further Support of Equifax' Moton for Protective Order* filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit A)(Dial, Audra) (Entered: 07/11/2005) |
| 07/12/2005 | 86 | ORDER granting the plaintiff's 78 Motion for Leave to File Excess Pages in his Brief signed by Judge Beverly B. Martin on 07/12/05. (aaq) (Entered: 07/12/2005) |
| 07/12/2005 | 87 | ORDER granting the plaintiff's 80 Motion for Leave to File Excess Pages in his Brief signed by Judge Beverly B. Martin on 07/12/05. (aaq) (Entered: 07/12/2005) |
| 07/12/2005 | 88 | RESPONSE in Support re 75 MOTION to Compel Discovery *Responses of Equifax and Moton for Expedited Consideration* filed by Robbie Hillis. (McGlamry, Michael) (Entered: 07/12/2005) |
| 07/12/2005 | 89 | Minute Entry for proceedings held before Judge Beverly B. Martin : Telephone Conference held on 7/12/2005 regarding outstanding motions. (Court Reporter Montrell Vann.)(pdw) (Entered: 07/13/2005) |
| 07/14/2005 | 90 | ORDER: It is the Order of this court that Mr. Hillis be permitted to take discovery from defendants on the subject of products (dealing with credit ratings) offered by them, or on their behalf, other than Score Power; and that Mr. Hillis also be permitted to discover from defendants any third party entities through which defendants market, distribute or sell products dealing with credit ratings. The Motion for Protective Order filed by Fair Isaac 73 and the Emergency Motion for Protective Order filed by Equifax 74 are each hereby DENIED.. Signed by Judge Beverly B. Martin on 7/14/2005. (pdw) (Entered: 07/14/2005) |
| 07/27/2005 | | Submission of the 75 MOTION to Compel Discovery and 79 MOTION to Compel Discovery Responses to District Judge Beverly B. Martin. (aaq) (Entered: 07/27/2005) |
| 07/27/2005 | 94 | APPLICATION for the Admission of Frederick L. Brown Pro Hac Vice for by Fair Isaac, Inc.Filing Fee received $150.00, Receipt #539824. (Attachments: # 1 Text of Proposed Order)(aaq) (Entered: 08/02/2005) |

| 07/27/2005 | 95 | APPLICATION for the Admission of Joel S. Sanders Pro Hac Vice forby Fair Isaac, Inc.Filing Fee received $150.00, Receipt #539826. (Attachments: # 1 Text of Proposed Order)(aaq) (Entered: 08/02/2005) |
|---|---|---|
| 07/27/2005 | 96 | APPLICATION for the Admission of Rebecca Justice Lazarus Pro Hac Vice forby Fair Isaac, Inc.Filing Fee received $150.00, Receipt #539825. (Attachments: # 1 Text of Proposed Order)(aaq) (Entered: 08/02/2005) |
| 07/29/2005 | 91 | RESPONSE re 79 MOTION to Compel Discovery Responses *of Fair Isaac Corporation and Moton for Expedited Consideration* filed by Fair Isaac, Inc.. (Rein, Samantha) (Entered: 07/29/2005) |
| 08/01/2005 | 92 | CERTIFICATE OF SERVICE *of 1st Requests for Production of Documents, First Request for Admissions and First Interrogatories to Plaintiff* by Fair Isaac, Inc..(Rein, Samantha) (Entered: 08/01/2005) |
| 08/01/2005 | 93 | PROPOSED CONSENT ORDER Consent Protective Order. (Attachments: # 1 Exhibit A)(Rein, Samantha) (Entered: 08/01/2005) |
| 08/02/2005 | 97 | CERTIFICATE OF SERVICE *of Discovery (Plaintiff's Objections and Responses to Equifax Consumer Services Inc.'s First Interrogatories; and Plaintiff's Objections and Responses to Equifax Consumer Services, Inc.'s First Request for Production)* by Robbie Hillis.(McGlamry, Michael) (Entered: 08/02/2005) |
| 08/02/2005 | | ORDER (BY DOCKET ENTRY ONLY) approving Applications for Admission Pro Hac Vice by 94 Frederick L. Brown, 95 Joel S. Sanders and 96 Rebecca Justice Lazarus. Signed by Judge Beverly B. Martin on 8/02/2005. (pdw) (Entered: 08/02/2005) |
| 08/02/2005 | 98 | CONSENT PROTECTIVE ORDER signed by Judge Beverly B. Martin on 08/02/05. (aaq) (Entered: 08/03/2005) |
| 08/03/2005 | 99 | ORDER executed simultaneously with the 98 Protective Orderas submitted by the parties. To the extent there is a conflict between the terms of the Protective Order and this Order, deference should be given to this Order. ---SEE ORDER FOR SPECIFICS--- Signed by Judge Beverly B. Martin on 8/02/2005. (pdw) (Entered: 08/03/2005) |
| 08/08/2005 | 100 | CERTIFICATE OF SERVICE *of Third Supplemental Responses and Objections to Plaintiff's First Request for Admission* by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 08/08/2005) |
| 08/08/2005 | 101 | CERTIFICATE OF SERVICE *of Second Amended and Supplemental Responses and Objections to Plaintiff's First Interrogatories* by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 08/08/2005) |
| 08/08/2005 | 102 | CERTIFICATE OF SERVICE *of Supplemental Responses and Objections to Plaintiff's First Request for Production of Documents* by Equifax Consumer Services, Inc..(Dial, Audra) (Entered: 08/08/2005) |
| 08/12/2005 | | Submission of the 75 MOTION to Compel Discovery and 79 MOTION to Compel Discovery Responses to District Judge Beverly B. Martin. (aaq) (Entered: 08/12/2005) |

| 08/19/2005 | 103 | CERTIFICATE OF SERVICE filed by Equifax Consumer Services, Inc. *Equifax' Second Amended and Supplemental Responses and Objections to Plaintiff's First Request for Production of Documents* (Dial, Audra) (Entered: 08/19/2005) |
|---|---|---|
| 08/30/2005 | 104 | CERTIFICATE OF SERVICE *of Discovery* by Robbie Hillis. (McGlamry, Michael) (Entered: 08/30/2005) |
| 09/07/2005 | 105 | RESPONSE re 34 Certificate of Service *OBJECTION OF THE MORRISON AGENCY TO THIRD-PARTY SUBPOENA* (King, Michael) (Entered: 09/07/2005) |
| 09/08/2005 | 106 | Consent MOTION for Extension of Time to Complete Discovery by Equifax Consumer Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Dial, Audra) (Entered: 09/08/2005) |
| 09/09/2005 | 107 | ORDER granting 106 Motion for Extension of Time to Complete Discovery. Discovery ends on 10/21/2005. Signed by Judge Beverly B. Martin on 9/9/2005. (pdw) (Entered: 09/09/2005) |
| 09/12/2005 | 108 | NOTICE Of Filing Subpoena by Robbie Hillis *for Production of Documents on Yahoo! Inc.* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 109 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Microsoft Corporation for Producton of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 110 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Suze Orman Media, Inc. for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 111 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Carat Interactive for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 112 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Miva, Inc. for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 113 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Be Free, Inc. for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 114 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Google, Inc. for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 115 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on The Morrison Agency for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
| 09/12/2005 | 116 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Nurun/Ant Farm Interactive for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |

| 09/12/2005 | 117 | NOTICE Of Filing Affidavit of Service of Subpoena by Robbie Hillis *on Ask Jeeves, Inc. for Production of Documents* (McGlamry, Michael) (Entered: 09/12/2005) |
|---|---|---|
| 10/20/2005 | 118 | NOTICE of Hearing on Motion: the court will hear oral argument and/or evidence on plaintiff's 75 MOTION to Compel Discovery Responses of Equifax and plaintiff's 79 MOTION to Compel Discovery Responses of Fair Issac on Friday, 11/4/2005 10:00 AM in Courtroom 2308 before Judge Beverly B. Martin. (pdw) (Entered: 10/20/2005) |
| 10/20/2005 | | Memo from CRD to counsel not registered for CM/ECF: The Court's docket in this matter indicates that attorneys Frederick L. Brown, Kenneth M. Kliebard, Rebecca Justice Lazarus, Todd L. McLawhorn, Arthur R. Miller, Joel S. Sanders, Michael C. Spencer and Melvyn I. Weiss have not yet registered for the Court's CM/ECF electronic filing system. The Court required CM/ECF registration for all members of its bar and attorneys admitted pro hac vice as of January 1, 2005, with mandatory electronic filing of documents beginning thereafter on July 15, 2005. As of this date, the above-named individuals will no longer receive copies of any orders or other documents from the Court via United States Postal Service. Any attorney not yet registered for CM/ECF may do so by contacting the office of the Clerk of Court at 404-215-1600 or by visiting the Court's website at www.gand.uscourts.gov. (pdw) (Entered: 10/20/2005) |
| 10/21/2005 | 119 | CERTIFICATE OF SERVICE filed by Equifax Consumer Services, Inc. *for Defendant Equifax Consumer Services, Inc.'s Third Amended and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories* (Dial, Audra) (Entered: 10/21/2005) |
| 10/27/2005 | 120 | NOTICE of Cancellation of Hearing: hearing previously scheduled for Friday 11/04/2005 at 10:00 a.m. is hereby CANCELLED. (pdw) (Entered: 10/27/2005) |
| 10/27/2005 | 121 | ORDER denying as moot 75 Motion to Compel, denying as moot 79 Motion to Compel. The court has been advised by counsel for Mr. Hillis that the issues raised by these Motions have been resolved as between the parties. Signed by Judge Beverly B. Martin on 10/27/2005. (pdw) (Entered: 10/27/2005) |
| 11/03/2005 | 122 | MOTION to Stay *Consideration of the Underlying Merits of Plaintiff's Claims Pending a Decision on Class Certification* with Brief In Support by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 11/03/2005) |
| 11/04/2005 | 123 | MOTION for Leave to File Excess Pages by Robbie Hillis. (Attachments: # 1 Text of Proposed Order)(McGlamry, Michael) Modified on 11/7/2005 to edit duplicate text. (aaq). (Entered: 11/04/2005) |
| 11/04/2005 | 124 | Withdrawal of Motion 123 MOTION for Leave to File Excess Pages filed by Robbie Hillis,. (McGlamry, Michael) Modified on 11/7/2005 to edit duplicate text. (aaq). (Entered: 11/04/2005) |

| 11/04/2005 | 125 | MOTION for Leave to File Excess Pages by Robbie Hillis. (Attachments: # 1 Text of Proposed Order)(McGlamry, Michael) Modified on 11/7/2005 to edit duplicate text. (aaq). (Entered: 11/04/2005) |
|---|---|---|
| 11/09/2005 | 126 | ORDER granting 125 Plaintiff's Motion for Leave to File Excess Pages . Signed by Judge Beverly B. Martin on 11/09/2005. (pdw) (Entered: 11/09/2005) |
| 11/10/2005 | 127 | MOTION to Certify Class by Robbie Hillis. (McGlamry, Michael) (Entered: 11/10/2005) |
| 11/10/2005 | 128 | NOTICE Of Filing Plaintiff's Brief in Support of Motion for Class Certification by Robbie Hillis (McGlamry, Michael) Modified on 11/10/2005 (adg)DOCUMENT FILED UNDER SEAL. (Entered: 11/10/2005) |
| 11/10/2005 | 129 | MOTION for Partial Summary Judgment *in Favor of the Class* with Brief In Support by Robbie Hillis. (Attachments: # 1 Brief FILED UNDER SEAL)(McGlamry, Michael) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.--Modified on 11/10/2005 (adg). (Entered: 11/10/2005) |
| 11/10/2005 | 130 | Plaintiff's Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried by Robbie Hillis (McGlamry, Michael) Modified on 11/10/2005 (adg) DOCUMENT FILED UNDER SEAL. (Entered: 11/10/2005) |
| 11/10/2005 | 131 | NOTICE Of Filing Redacted Depositions in Support of Plaintiff's Motion for Class Certification and Plaintiff's Motion for Summary Judgment by Robbie Hillis (McGlamry, Michael) (Entered: 11/10/2005) |
| 11/10/2005 | 132 | NOTICE Of Filing Unredacted Depositions in Support of Plaintiff's Motion for Class Certification and Plaintiff's Motion for Summary Judgment by Robbie Hillis (McGlamry, Michael) (Entered: 11/10/2005) |
| 11/10/2005 | 133 | DEPOSITION of ROBBIE HILLIS taken on September 20, 2005 by Robbie Hillis.(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 134 | REDACTED DEPOSITION of GARY POCH taken on August 10, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 135 | NOTICE Of Filing Appendix (4 Volumes) in Support of 127 MOTION to Certify Class and 129 MOTION for Partial Summary Judgment *in Favor of the Class*, by Robbie Hillis DOCUMENT FILED UNDER SEAL (adg) (Entered: 11/10/2005) |
| 11/10/2005 | 136 | REDACTED DEPOSITION of LARRY SIMONS taken on August 9, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 137 | REDACTED DEPOSITION of CHERI ST. JOHN taken on August 5, |

| | | 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) Modified on 11/10/2005 to indicate that deposition is redacted (adg). (Entered: 11/10/2005) |
|---|---|---|
| 11/10/2005 | 138 | REDACTED DEPOSITION of JAN EILEEN ELLIOTT-SINNOCK taken on August 16, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 139 | DEPOSITION of J. MICHAEL CUMMINS, PhD taken on October 5, 2005 by Robbie Hillis. (Exhibits filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 140 | REDACTED DEPOSITION of MICHAEL BRIDGES taken on August 4, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 141 | REDACTED DEPOSITION of VIRGIL PAUL GARDAYA taken on August 30, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 142 | DEPOSITION of MICHAEL STEELE taken on August 4, 2005 by Robbie Hillis.(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 143 | DEPOSITION of MICHAEL STEELE taken on October 28, 2005 by Robbie Hillis.(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 144 | REDACTED DEPOSITION of STEPHEN R. KILLEBREW taken on September 13, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 145 | REDACTED DEPOSITION of ANDREW JOLLS taken on August 3, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 146 | REDACTED DEPOSITION of ANDREW JOLLS taken on October 26, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 147 | REDACTED DEPOSITION of MICHELLE LENICH taken on October 12, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 148 | REDACTED DEPOSITION of DAVID RUBINGER taken on August 11, 2005 by Robbie Hillis. (Unredacted deposition filed under seal)(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 149 | DEPOSITION of RYAN SJOBLAD taken on October 11, 2005 by Robbie Hillis.(adg) (Entered: 11/10/2005) |
| 11/10/2005 | 150 | NOTICE Of Filing Appendix in Support of Plaintiff's Motion For Class Certification and Plaintiff's Moton for Summary Judgment by Robbie Hillis (Attachments: # 1 Exhibit 2# 2 Exhibit 12# 3 Exhibit 20# 4 Exhibit 25# 5 Exhibit 29# 6 Exhibit 30# 7 Exhibit 33# 8 Exhibit 34# 9 Exhibit 34 (cont.)# 10 Exhibit 34 (cont.)# 11 Exhibit 34 (cont.)# 12 Exhibit 35# 13 |

|  |  | Exhibit 36# 14 Exhibit 37# 15 Exhibit 50# 16 Exhibit 54# 17 Exhibit 54 (cont.)# 18 Exhibit 54 (cont.)# 19 Exhibit 54 (cont.)# 20 Exhibit 54 (cont.)# 21 Exhibit 60# 22 Exhibit 62# 23 Exhibit 64# 24 Exhibit 64 (cont.# 25 Exhibit 71# 26 Exhibit 81# 27 Exhibit 84# 28 Exhibit 85# 29 Exhibit 86# 30 Exhibit 88# 31 Exhibit 94# 32 Exhibit 107# 33 Exhibit 108# 34 Exhibit 108 (cont.)# 35 Exhibit (cont.)# 36 Exhibit 113# 37 Exhibit 116 (cont.)# 38 Exhibit 116 (cont.)# 39 Exhibit 123# 40 Exhibit 128# 41 Exhibit 131# 42 Exhibit 131 (cont.)# 43 Exhibit 131 (cont.)# 44 Exhibit 131 (cont.)# 45 Exhibit 136# 46 Exhibit 139# 47 Exhibit 143# 48 Exhibit 147# 49 Exhibit 148# 50 Exhibit 152# 51 Exhibit 165# 52 Exhibit 169# 53 Exhibit 181# 54 Exhibit 200# 55 Exhibit 201# 56 Exhibit 202# 57 Exhibit 203# 58 Exhibit 204# 59 Exhibit 205# 60 Exhibit 206# 61 Exhibit 207# 62 Exhibit 208# 63 Exhibit 209# 64 Exhibit 210# 65 Exhibit 211# 66 Exhibit 212# 67 Exhibit 213# 68 Exhibit 214# 69 Exhibit 215# 70 Exhibit 216# 71 Exhibit 217# 72 Exhibit 218# 73 Exhibit 219# 74 Exhibit 220# 75 Exhibit 220 (cont.)# 76 Exhibit 220 (cont.)# 77 Exhibit 220 (cont.)# 78 Exhibit 221# 79 Exhibit 221 (cont.)# 80 Exhibit 222# 81 Exhibit 223# 82 Exhibit 224# 83 Exhibit 225# 84 Exhibit 226# 85 Exhibit 227# 86 Exhibit 228# 87 Exhibit 228 (cont.)# 88 Exhibit 228 (cont.)# 89 Exhibit 228 (cont.)# 90 Exhibit 228 (cont.)# 91 Exhibit 228 (cont.)# 92 Exhibit 228 (cont.)# 93 Exhibit 229# 94 Exhibit 229 (cont.)# 95 Exhibit 230# 96 Exhibit 230 (cont.)# 97 Exhibit 230 (cont.))(McGlamry, Michael) (Entered: 11/10/2005) |
| 11/15/2005 | 151 | RESPONSE in Opposition re 122 MOTION to Stay *Consideration of the Underlying Merits of Plaintiff's Claims Pending a Decision on Class Certification and Brief in Support Thereof* filed by Robbie Hillis. (McGlamry, Michael) (Entered: 11/15/2005) |
| 11/29/2005 |  | Submission of the 122 MOTION to Stay *Consideration of the Underlying Merits of Plaintiff's Claims Pending a Decision on Class Certification* and 127 MOTION to Certify Class to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 11/29/2005) |
| 12/01/2005 | 152 | Consent MOTION for Extension of Time *to Respond to Plaintiff's Motions for Class Certification and for Partial Summary Judgment* by Equifax Consumer Services, Inc., Fair Isaac, Inc.. (Dial, Audra) (Entered: 12/01/2005) |
| 12/05/2005 | 153 | Amended MOTION for Extension of Time Respond to Plaintiff's Motions for Class Certification and for Partial Summary Judgment by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 12/05/2005) |
| 12/05/2005 | 154 | REPLY to Response to Motion re 122 MOTION to Stay *Consideration of the Underlying Merits of Plaintiff's Claims Pending a Decision on Class Certification* filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 12/05/2005) |
| 12/06/2005 | 155 | NOTICE by Robbie Hillis *of Related Case* (McGlamry, Michael) (Entered: 12/06/2005) |
| 12/06/2005 | 156 | Consent MOTION for Extension of Time Reply to Defendants' |

| | | |
|---|---|---|
| | | Responses to Plaintiff's Motions for Class Certification and for Partial Summary Judgment by Robbie Hillis. (Attachments: # 1 Text of Proposed Order)(McGlamry, Michael) (Entered: 12/06/2005) |
| 12/06/2005 | 157 | ORDER granting 156 Plaintiff's Consent Motion for Extension of Time through and including January 31, 2006 to Reply to Defendants' Responses to Plaintiff's Motions for Class Certification and for Partial Summary Judgment . Signed by Judge Beverly B. Martin on 12/06/2005. (pdw) (Entered: 12/06/2005) |
| 12/06/2005 | 158 | ORDER granting defendants' 152 Consent Motion and granting 153 defendants' Amended Consent Motion for Extension of Time through and including January 13, 2006 to respond to plaintiff's Motions for Class Certification and for Partial Summary Judgment. Signed by Judge Beverly B. Martin on 12/06/2005. (pdw) (Entered: 12/06/2005) |
| 12/07/2005 | 159 | NOTICE by Equifax Consumer Services, Inc. *of Related Case* (Attachments: # 1 Exhibit A)(Dial, Audra) (Entered: 12/07/2005) |
| 12/13/2005 | 160 | NOTICE Of Filing (Supplemental Appendix) by Robbie Hillis (McGlamry, Michael) (Entered: 12/13/2005) |
| 12/13/2005 | 161 | NOTICE Of Filing Redacted Discovery of Defendants by Robbie Hillis (McGlamry, Michael) (Entered: 12/13/2005) |
| 12/13/2005 | 162 | NOTICE Of Filing Unredacted Discovery of Defendants by Robbie Hillis (McGlamry, Michael) (Entered: 12/13/2005) |
| 12/13/2005 | 163 | NOTICE Of Filing Unredacted Discovery Documents by plaintiff. ---DOCUMENT FILED UNDER SEAL---(aaq) Modified on 12/14/2005 to edit filer information. (aaq). (Entered: 12/14/2005) |
| 12/13/2005 | 164 | Supplemental Appendix to the 127 MOTION to Certify Class, 129 Motion for Summary Judgment and Motion for Sanctions by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) Modified on 12/14/2005 to create document link and correct text. (aaq). (Entered: 12/14/2005) |
| 12/13/2005 | 165 | NOTICE Of Filing Redacted Discovery of Defendants by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 12/14/2005) |
| 12/13/2005 | 166 | Supplemental Appendix in support of the 127 MOTION to Certify Class, 129 MOTION for Partial Summary Judgment and Motion for Sanctions by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 12/14/2005) |
| 12/14/2005 | | Notification of Docket Correction as to the [163] Notice of Filing. Filer information corrected. (aaq) (Entered: 12/14/2005) |
| 12/14/2005 | 167 | MOTION for Sanctions with Brief In Support filed by Robbie Hillis. ---DOCUMENTS FILED UNDER SEAL--- (aaq) (Entered: 12/15/2005) |
| 12/21/2005 | 168 | Consent MOTION for Extension of Time Respond to Plaintiff's Motion for Sanctions re: [167] MOTION for Sanctions by Equifax Consumer |

| | | Services, Inc.. (Dial, Audra) (Entered: 12/21/2005) |
|---|---|---|
| 12/23/2005 | 169 | ORDER granting 168 Motion for Extension of Time . Signed by Judge Beverly B. Martin on 12/23/2005. (pdw) (Entered: 12/23/2005) |
| 01/03/2006 | 170 | MOTION to Amend *Answers* with Brief In Support by Equifax Consumer Services, Inc., Fair Isaac, Inc.. (Attachments: # 1 Brief in Support of Motion for Leave to Amend Answers)(Rein, Samantha) (Entered: 01/03/2006) |
| 01/10/2006 | 171 | NOTICE Of Filing Manual Filing of Supplement to Plaintiff's Motion for Sanctions by Robbie Hillis (McGlamry, Michael) (Entered: 01/10/2006) |
| 01/10/2006 | 172 | Supplement filed by Robbie Hillis to the [167] MOTION for Sanctions. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 01/11/2006) |
| 01/13/2006 | 173 | Consent MOTION for Extension of Time Respond to Plaintiff's Motion for Sanctions re: [167] MOTION for Sanctions *(Second)* by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 01/13/2006) |
| 01/13/2006 | 174 | Consent MOTION for Leave to File Excess Pages by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 01/13/2006) |
| 01/13/2006 | 175 | MOTION for Extension of Time Motion for Summary Judgment with Brief In Support by Fair Isaac, Inc.. (Attachments: # 1 Exhibit A# 2 Brief in Support of Motion for Enlargement of Time to File Motion for Summary Judgment)(Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 176 | Response to Statement of Material Facts re 129 MOTION for Partial Summary Judgment *in Favor of the Class and Equifax Consumer Services, Inc.'s Statement of Material Facts as to Which There is a Genuine Issue to be Tried* filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 177 | AFFIDAVIT in Opposition re 127 MOTION to Certify Class, 129 MOTION for Partial Summary Judgment *in Favor of the Class Declaration of Alicia Fluellen* filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 178 | AFFIDAVIT in Opposition re 127 MOTION to Certify Class, 129 MOTION for Partial Summary Judgment *in Favor of the Class Declaration of Jan Eileen Elliott-Sinnock* filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 179 | NOTICE Of Filing Manual Filing by Equifax Consumer Services, Inc. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 180 | RESPONSE in Opposition re 127 MOTION to Certify Class filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 181 | RESPONSE in Opposition re 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Equifax Consumer Services, Inc.. (Dial, Audra) (Entered: 01/13/2006) |
| 01/13/2006 | 182 | NOTICE Of Filing by Fair Isaac, Inc. *of Document Under Seal* |

| | | |
|---|---|---|
| | | *(Defendant Fair Isaac's Opposition to Plaintiff's Motion for Class Certification)* (Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 183 | NOTICE Of Filing by Fair Isaac, Inc. *of Document Under Seal (Defendant Fair Isaac's Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment* (Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 184 | NOTICE Of Filing by Fair Isaac, Inc. *of Document Under Seal (Defendant Fair Isaac Responses and Objections to Plaintiff's Statement of Material Fact* (Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 185 | NOTICE Of Filing by Fair Isaac, Inc. *of Document Under Seal (Defendant Fair Isaac's Statement of Disputed Material Facts)* (Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 186 | NOTICE Of Filing by Fair Isaac, Inc. *of Document Under Seal (Appendix to Fair Isaac's Brief in Opposition to Plaintiff's Motions for Summary Judgment and Class Certification)* (Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 187 | AFFIDAVIT in Opposition re 127 MOTION to Certify Class, 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Fair Isaac, Inc.. (Attachments: # 1 Exhibit 311# 2 Exhibit 312# 3 Exhibit 313# 4 Exhibit 314# 5 Exhibit 315# 6 Exhibit 316# 7 Exhibit 317# 8 Exhibit 318# 9 Exhibit 319# 10 Exhibit 320# 11 Exhibit 321# 12 Exhibit 322# 13 Exhibit 323# 14 Exhibit 324# 15 Exhibit 325, part 1# 16 Exhibit 325, part 2# 17 Exhibit 325, part 3# 18 Exhibit 325, part 4# 19 Exhibit 327# 20 Exhibit 328# 21 Exhibit 329, part 1# 22 Exhibit 329, part 2# 23 Exhibit 331# 24 Exhibit 333# 25 Exhibit 334# 26 Exhibit 335)(Rein, Samantha) (Entered: 01/13/2006) |
| 01/13/2006 | 188 | MOTION for Leave to File to file documents under seal by Equifax Consumer Services, Inc. ---DOCUMENT FILED UNDER SEAL--- (Entered: 01/17/2006) |
| 01/13/2006 | 189 | BRIEF in opposition to the 127 MOTION to Certify Class filed by Equifax Consumer Services, Inc. with APPENDIX (Vol. I) and APPENDIX (Vol. II). ---DOCUMENTS FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |
| 01/13/2006 | 190 | RESPONSE in Opposition to the 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Equifax Consumer Services, Inc. with RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AND STATEMENT OF MATERIAL FACTS, APPENDIX (Vol. I) and APPENDIX (Vol. II). ---DOCUMENTS FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |
| 01/13/2006 | 191 | Declaration of Alicia Fluellen filed by Equifax Consumer Services, Inc. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |
| 01/13/2006 | 192 | OPPOSITION to the 127 MOTION to Certify Class filed by Fair Isaac, Inc. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |

| 01/13/2006 | 193 | BRIEF in Opposition to the 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Fair Isaac, Inc. with RESPONSES AND OBJECTIONS TO PLAINTIFF'S STATEMENT OF MATERIAL FACT and STATEMENT OF MATERIAL FACTS. --- DOCUMENTS FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |
|---|---|---|
| 01/13/2006 | 194 | APPENDIX to the [192] and [193] Responses filed by Fair Isaac, Inc. --- DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 01/17/2006) |
| 01/17/2006 | | Submission of the [167] MOTION for Sanctions and 129 MOTION for Partial Summary Judgment *in Favor of the Class* to District Judge Beverly B. Martin. (FILE IN CHAMBERS)(aaq) (Entered: 01/17/2006) |
| 01/17/2006 | 195 | NOTICE Of Filing Original Deposition of Robbie Hillis by Equifax Consumer Services, Inc. (Dial, Audra) (Entered: 01/17/2006) |
| 01/17/2006 | 196 | ORDER granting the 173 Motion for Extension of Time to 01/18/06 to respond to the [167] Motion for Sanctions signed by Judge Beverly B. Martin on 01/17/06. (aaq) (Entered: 01/18/2006) |
| 01/17/2006 | 197 | DEPOSITION and EXHIBITS of Robbie Hillis taken on 09/20/05 filed by Equifax Consumer Services, Inc. (Attachments: # 1 Exhibits)(aaq) (Entered: 01/18/2006) |
| 01/18/2006 | 198 | RESPONSE re [167] MOTION for Sanctions filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Appendix # 2 Exhibit J to Appendix# 3 Exhibit H to Appendix# 4 Exhibit G to Appendix# 5 Exhibit F to the Appendix# 6 Exhibit E to the Appendix# 7 Exhibit I pp 1-10 to Appendix# 8 Exhibit I pp 11-20 to Appendix# 9 Exhibit A to Appendix# 10 Exhibit A to Appendix# 11 Exhibit D pp 1-9 to Appendix# 12 Exhibit D pp 10-17 to Appendix)(Bertschi, Craig) (Entered: 01/18/2006) |
| 01/18/2006 | 199 | AFFIDAVIT re [167] MOTION for Sanctions *Declaration of Cindy D. Hanson* by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit E to Appendix)(Bertschi, Craig) (Entered: 01/18/2006) |
| 01/18/2006 | 200 | AFFIDAVIT re [167] MOTION for Sanctions *Declaration of Audra Dial* by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit F# 2 Exhibit I pp 1-10# 3 Exhibit I pp 11-20)(Bertschi, Craig) (Entered: 01/18/2006) |
| 01/18/2006 | 201 | AFFIDAVIT *Declaration of Monica Roberts* by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 01/18/2006) |
| 01/18/2006 | 202 | AFFIDAVIT in Support re [167] MOTION for Sanctions *Declaration of Craig E.Bertschi* filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit a# 2 Exhibit B# 3 Exhibit D# 4 Exhibit D# 5 Exhibit G# 6 Exhibit H)(Bertschi, Craig) (Entered: 01/18/2006) |
| 01/18/2006 | 203 | AFFIDAVIT in Support re [167] MOTION for Sanctions *Declaration of Craig Bertschi (attaching Ex. C)* filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit C# 2 Exhibit C)(Bertschi, Craig) (Entered: 01/18/2006) |

| 01/18/2006 | 204 | AFFIDAVIT in Support re [167] MOTION for Sanctions *Declaration of Craig E. Bertschi (attaching pages to Ex. C)* filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit C)(Bertschi, Craig) (Entered: 01/18/2006) |
| 01/19/2006 | 205 | RESPONSE in Opposition re 170 MOTION to Amend *Answers* filed by Robbie Hillis. (Attachments: # 1 Exhibit 1 - 9)(McGlamry, Michael) (Entered: 01/19/2006) |
| 01/19/2006 | 206 | NOTICE Of Filing by Equifax Consumer Services, Inc. (Bertschi, Craig) (Entered: 01/19/2006) |
| 01/19/2006 | 207 | AFFIDAVIT in Support re [167] MOTION for Sanctions *Declaration of Craig E. Bertschi* filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Errata C# 4 Exhibit D# 5 Exhibit G# 6 Exhibit H)(Bertschi, Craig) (Entered: 01/19/2006) |
| 01/19/2006 | 208 | APPENDIX in support of the 198 Response to Motion filed by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Bertschi, Craig) Modified on 1/20/2006 to edit text. (aaq). (Entered: 01/19/2006) |
| 01/20/2006 | | Submission of the 170 MOTION to Amend *Answers* to District Judge Beverly B. Martin. ( (aaq) (FILE IN CHAMBERS) (Entered: 01/20/2006) |
| 01/23/2006 | 209 | Consent MOTION for Extension of Time to File Reply Briefs by Robbie Hillis. (Attachments: # 1 Exhibit "A" - Proposed Order)(Tomlinson, Wade) (Entered: 01/23/2006) |
| 01/24/2006 | 210 | ORDER granting 209 Plaintiff's Consent Motion for Extension of Time to File Reply Briefs until February 10, 2006. --see Order for specifics-- Signed by Judge Beverly B. Martin on 1/24/2006. (pdw) (Entered: 01/24/2006) |
| 01/27/2006 | 211 | RESPONSE in Opposition re 175 MOTION for Extension of Time Motion for Summary Judgment filed by Robbie Hillis. (Tomlinson, Wade) (Entered: 01/27/2006) |
| 01/30/2006 | | Submission of the 174 Consent MOTION for Leave to File Excess Pages, 175 MOTION for Extension of Time Motion for Summary Judgment and [188] MOTION for Leave to File to file documents under seal to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 01/30/2006) |
| 02/06/2006 | 212 | REPLY BRIEF re 170 MOTION to Amend *Answers* filed by Fair Isaac, Inc.. (Rein, Samantha) (Entered: 02/06/2006) |
| 02/09/2006 | 213 | Consent MOTION for Leave to File Excess Pages *To File Consolidated Reply* by Robbie Hillis. (Attachments: # 1 Exhibit ORDER)(Tomlinson, Wade) (Entered: 02/09/2006) |
| 02/10/2006 | 214 | REPLY BRIEF re 175 MOTION for Extension of Time Motion for |

| | | |
|---|---|---|
| | | Summary Judgment filed by Fair Isaac, Inc.. (Rein, Samantha) (Entered: 02/10/2006) |
| 02/10/2006 | 215 | NOTICE by Robbie Hillis *of Manually Filing Documents Under Seal* (McGlamry, Michael) (Entered: 02/10/2006) |
| 02/10/2006 | 216 | NOTICE Of Filing Depositions in Support of Plaintiff's Motion for Class Certification, Plaintiff's Motion for Summary Judgment and Plaintiff's Motion for Sanctions by Robbie Hillis (McGlamry, Michael) (Entered: 02/10/2006) |
| 02/10/2006 | 217 | DEPOSITION of David Medine taken on 11/30/05 filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 218 | DEPOSITION of Andrew Jolls taken on 10/26/05 filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 219 | DEPOSITION of Michelle Lenich taken on 10/12/05 filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 220 | REPLY MEMORANDUM in support of the [167] MOTION for Sanctions filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 221 | CONSOLIDATED REPLY MEMORANDUM of plaintiffs in support of the 127 MOTION to Certify Class filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 222 | SECOND SUPPLEMENTAL APPENDIX in support of the [167] MOTION for Sanctions, 127 MOTION to Certify Class and 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL--- (aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 223 | RESPONSE to defendant Equifax's Statement of Material Facts filed with the [190] RESPONSE in Opposition to the 129 MOTION for Partial Summary Judgmentfiled by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 224 | RESPONSE to defendant Fair Isaac Corporation's Statement of Material Disputed Facts filed with the [193] BRIEF in Opposition to the 129 MOTION for Partial Summary Judgment filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 02/13/2006) |
| 02/10/2006 | 225 | CONSOLIDATED REPLY BRIEF in support of the 129 MOTION for Partial Summary Judgment *in Favor of the Class* filed by Robbie Hillis. ---DOCUMENT FILED UNDER SEAL---(aaq) (Entered: 02/13/2006) |
| 02/14/2006 | 226 | ORDER granting 213 Plaintiff's Consent Motion for Leave to File a Consolidated Reply Memorandum in Support of his Motion for Class Certification. Signed by Judge Beverly B. Martin on 2/13/2006. (pdw) (Entered: 02/14/2006) |

| 02/17/2006 | 227 | NOTICE by Fair Isaac, Inc. *of Supplemental Authority* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Rein, Samantha) (Entered: 02/17/2006) |
|---|---|---|
| 02/28/2006 | 228 | NOTICE OF FILING Supplemental Authority by Fair Isaac, Inc. in support of the [221] Reply Brief (Attachments: # 1 Exhibit A)(Rein, Samantha) Modified on 2/28/2006 to edit event and text. (aaq). (Entered: 02/28/2006) |
| 03/01/2006 | 229 | ORDER granting the 174 Motion for Leave to File Excess Pages. Defendant Equifax Consumer Services, Inc. is hereby grantedleave to file a brief not exceeding 75 pages in length in opposition to Plaintiff's Motion for Partial Summary Judgment, and plaintiff is hereby granted leave to filea reply brief not exceeding 45 pages in length. Signed by Judge Beverly B. Martin on 03/01/06. (aaq) (Entered: 03/02/2006) |
| 03/07/2006 | 230 | RESPONSE re 228 Notice (Other) *To Defendant Fair Isaac Corporation's notice Of Supplemental Authority* filed by Robbie Hillis. (Tomlinson, Wade) (Entered: 03/07/2006) |
| 03/08/2006 | 231 | NOTICE by Robbie Hillis re 230 Response (Non-Motion) *Notice Of Clarification and Filing Of Omitted Exhibit* (Attachments: # 1 Exhibit Order Designating Interim Counsel)(Tomlinson, Wade) (Entered: 03/08/2006) |
| 04/03/2006 |  | Case Reassigned to District Judge Timothy C. Batten, Sr. for all further proceedings. (aaq) (Entered: 04/03/2006) |
| 04/03/2006 | 232 | NOTICE of Case Reassignment to District Judge Timothy C. Batten, Sr. (aaq) (Entered: 04/03/2006) |
| 04/03/2006 |  | Submission of the 175 MOTION for Extension of Time Motion for Summary Judgment, [188] MOTION for Leave to File to file documents under seal, 122 MOTION to Stay *Consideration of the Underlying Merits of Plaintiff's Claims Pending a Decision on Class Certification*, [167] MOTION for Sanctions, 127 MOTION to Certify Class, 129 MOTION for Partial Summary Judgment *in Favor of the Class* and 170 MOTION to Amend *Answers* to District Judge Timothy C. Batten. (aaq) (Entered: 04/03/2006) |
| 04/05/2006 | 233 | Emergency MOTION for Reconsideration *of Reassignment of Case from Honorable Berverly B. Martin to Honorable Timothy C. Batten, Sr.* by Robbie Hillis. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Pope, Charles) (Entered: 04/05/2006) |
| 04/06/2006 | 234 | ORDER denying Plaintiff's 233 Emergency Motion for Reconsideration of Case Reassignment. Signed by Judge Timothy C. Batten Sr. on 4/5/06. (mas) (Entered: 04/06/2006) |
| 04/06/2006 |  | Remark: E-mail sent to all counsel regarding attorneys not registered for CM/ECF by CRD. (jgs) (Entered: 04/06/2006) |
| 04/14/2006 |  | NOTICE of Hearing: Status Conference and motion argument Hearing set for 5/3/2006 10:00 AM in Courtroom 1708 before Judge Timothy C. |

| | | |
|---|---|---|
| | | Batten Sr. (by docket entry only)(jgs) (Entered: 04/14/2006) |
| 04/17/2006 | 235 | APPLICATION for Admission of Brad N. Friedman Pro Hac Viceby Robbie Hillis.Filing Fee received \$150, Receipt #550082. (Attachments: # 1 proposed order)(mas) (Entered: 04/21/2006) |
| 04/24/2006 | | MINUTE ORDER granting 235 Application for Admission Pro Hac Vice for Brad N. Friedman by direction of the Court by CRD. Approved by Judge Timothy C. Batten Sr. on 4/24/06. (jgs) (Entered: 04/24/2006) |
| 04/24/2006 | 236 | MOTION for Leave to File Supplemental Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment with Brief In Support by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 04/24/2006) |
| 05/03/2006 | 237 | NOTICE by Equifax Consumer Services, Inc., Fair Isaac, Inc. re 170 MOTION to Amend *Answers , of Supplemental Authority* (Rein, Samantha) (Entered: 05/03/2006) |
| 05/03/2006 | 239 | Minute Entry for proceedings held before Judge Timothy C. Batten Sr.: Status Conference and Motions Hearing held on 5/3/2006. The Court heard from counsel regarding the case status. Equifax's Motions to seal documents [188] and for leave to file a supplemental brief 236 are GRANTED. Plaintiff will have 10 days thereafter to file a response to the supplemental brief and the Court asks counsel to keep the briefs under 5 pages. (Court Reporter Elise Evans.)(mas) (Entered: 05/05/2006) |
| 05/03/2006 | | ORAL ORDER granting [188] Motion to Seal Documents, and granting 236 Motion for Leave to File Supplemental Brief. Ruled on by Judge Timothy C. Batten Sr. on 5/3/06 at 239 Status Conference. (mas) (Entered: 05/05/2006) |
| 05/05/2006 | 238 | RESPONSE in Opposition re 129 MOTION for Partial Summary Judgment *in Favor of the Class and SUPPLEMENTAL authority* filed by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 05/05/2006) |
| 05/09/2006 | 240 | MOTION for Leave to File Supplemental Brief on Issue of Judicial Estoppel and Brief in Support Thereof with Brief In Support by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 05/09/2006) |
| 05/10/2006 | 241 | ORDER granting Defendant's 240 Motion for Leave to File a Sur-Reply. Plaintiff may respond to that sur-reply on or before 5/22/06. The response shall not be longer than 5 pages. Signed by Judge Timothy C. Batten Sr. on 5/10/06. (mas) (Entered: 05/11/2006) |
| 05/15/2006 | | Remark: CRD contacted attorneys Brad Friedman and Michael Spencer via telephone and advised registration for electronic filing is required. (jgs) (Entered: 05/15/2006) |
| 05/17/2006 | 242 | RESPONSE re 237 Notice (Other) *of Supplemental Authority and Supplemental Brief* filed by Robbie Hillis. (McGlamry, Michael) (Entered: 05/17/2006) |
| 05/17/2006 | 243 | RESPONSE re 237 Notice (Other) *of Defendants' of Supplemental* |

| | | |
|---|---|---|
| | | *Authority Regarding Their Motion for Leave to Amend Answer* filed by Robbie Hillis. (Attachments: # 1 Exhibit A# 2 Exhibit B)(McGlamry, Michael) (Entered: 05/17/2006) |
| 05/19/2006 | 244 | NOTICE by Fair Isaac, Inc. re 170 MOTION to Amend *Answers of Supplemental Submission* (Rein, Samantha) (Entered: 05/19/2006) |
| 05/22/2006 | 245 | NOTICE Of Filing Manually Filing Document Under Seal by Robbie Hillis (McGlamry, Michael) (Entered: 05/22/2006) |
| 05/23/2006 | 246 | NOTICE Of Filing Substitution of Counsel by Robbie Hillis (McGlamry, Michael) (Entered: 05/23/2006) |
| 05/23/2006 | 248 | RESPONSE re 170 MOTION to Amend *Answers (Plaintiff Robbie Hillis' Objection and Supplemental Response Concerning Fair Isaac's Motion to Amend Answer)* filed by Robbie Hillis. (Attachments: # 1 Exhibit A) (Tomlinson, Wade) (Entered: 05/23/2006) |
| 05/25/2006 | 249 | REPLY TO RESPONSE TO [167] MOTION for Sanctions filed by Fair Isaac, Inc. (Rein, Samantha) Modified text on 6/1/2006 to accurately reflect e-filed pleading (mas). (Entered: 05/25/2006) |
| 06/09/2006 | 250 | REPLY BRIEF re 240 MOTION for Leave to File Supplemental Brief on Issue of Judicial Estoppel and Brief in Support Thereof *on the Issue of Judicial Estoppel* filed by Equifax Consumer Services, Inc.. (Bertschi, Craig) (Entered: 06/09/2006) |
| 06/20/2006 | 251 | REPLY to Response to Motion re [167] MOTION for Sanctions filed by Robbie Hillis. (Tomlinson, Wade) (Entered: 06/20/2006) |
| 07/13/2006 | 252 | Unopposed Motion to Modify Motion for Class Certification and Brief in Support by Robbie Hillis. (Tomlinson, Wade) Modified text on 7/14/2006 to remove all capitalization (mas). (Entered: 07/13/2006) |
| 07/14/2006 | 253 | ORDER granting Plaintiff's 252 Unopposed Motion to Modify 127 Motion for Class Certification. The motion is modified to reflect that Milberg Weiss Bershad & Shulman, LLP no longer seeks to serve as Class Counsel in this case. Signed by Judge Timothy C. Batten Sr. on 7/14/06. (mas) Modified text on 7/17/2006 to correct document link (mas). (Entered: 07/17/2006) |
| 07/17/2006 | | Notification of Docket Correction re 253 Order on Motion. Modified entry to correct document link. (mas) (Entered: 07/17/2006) |
| 08/18/2006 | 254 | ORDER denying Defendants' 122 Motion to Stay Consideration of Plaintiff's Claims Pending a Decision on Class Certification, denying Plaintiff's 127 Motion for Class Certification, denying Plaintiff's 129 Motion for Partial Summary Judgment, denying Plaintiff's [167] Motion for Sanctions, denying Defendants' 170 Motion to Amend their answers, and denying Defendants' 175 Motion for Extension of Time to File a Motion for Summary Judgment. Signed by Judge Timothy C. Batten Sr. on 8/18/06. (Attachments: # 1 Order continued) (mas) (Entered: 08/18/2006) |
| | | |

| 08/21/2006 | 255 | ORDER modifying 254 Order of August 18, 2006. The Court hereby modifies its 254 Order by deleting the final paragraph regarding the Rule 54(b) direction of the entry of final judgment. Signed by Judge Timothy C. Batten Sr. on 8/21/06. (ddm) (Entered: 08/21/2006) |
| --- | --- | --- |
| 09/01/2006 | 256 | DOCUMENT FILING ERROR MOTION for Reconsideration *(partial) of August 18, 2006 Order* with Brief In Support by Robbie Hillis. (McGlamry, Michael) Modified on 9/5/2006 (mas). (Entered: 09/01/2006) |
| 09/01/2006 | 257 | MOTION for Partial Reconsideration re 254 Order on Motion to Stay with Brief In Support by Robbie Hillis. (Attachments: # 1 Memorandum of Law in Support)(McGlamry, Michael) Modified text on 9/5/2006 (mas). (Entered: 09/01/2006) |
| 09/01/2006 | 258 | AFFIDAVIT *of Michael L. McGlamry in Support of Memorandum of Law in Support of Plaintiff's 257 Motion for Reconsideration of August 18, 2006 Order* by Robbie Hillis. (McGlamry, Michael) Modified text on 9/5/2006 (mas). (Entered: 09/01/2006) |
| 09/01/2006 | 259 | NOTICE Of Filing Under Seal - Unredacted Memorandum of Law in Support of Plaintiff's Motion for Partial Reconsideration of August 18, 2006 Order by Robbie Hillis (McGlamry, Michael) (Entered: 09/01/2006) |
| 09/01/2006 | 260 | Memorandum of Law in Support of 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay filed by Robbie Hillis. (---FILED UNDER SEAL---) (mas) Modified on 9/5/2006 (mas). Additional attachment(s) added on 9/5/2006 (mas). (Verified 9/5/06 by fmm) (Original document returned to filer on 9/5/06) (Entered: 09/05/2006) |
| 09/20/2006 | 261 | CONSENT ORDER Extending Time through 9/25/06 for Defendants to Respond to Plaintiff's 257 MOTION for Partial Reconsideration. Signed by Judge Timothy C. Batten Sr. on 9/20/06. (mas) (Entered: 09/20/2006) |
| 09/25/2006 | 262 | RESPONSE in Opposition re 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay filed by Equifax Consumer Services, Inc., and Fair Isaac, Inc. (Hanson, Cindy) Modified text on 9/27/2006 (mas). (Entered: 09/25/2006) |
| 09/26/2006 | 263 | ORDER Setting Hearing on Plaintiff's 257 MOTION for Partial Reconsideration. Motion Hearing set for 10/13/2006 at 10:00 AM in Courtroom 1708 before Judge Timothy C. Batten Sr. Signed by Judge Timothy C. Batten Sr. on 9/26/06. (mas) (Entered: 09/27/2006) |
| 10/02/2006 | | Submission of 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay, submitted to District Judge Timothy C. Batten. (mas) (Entered: 10/02/2006) |
| 10/06/2006 | 264 | TRANSCRIPT of Motions Proceedings held on 5/3/06 before Judge Timothy C. Batten, Sr. Court Reporter: Elise Smith Evans. (mas) (Entered: 10/06/2006) |

| 10/10/2006 | 266 | APPLICATION for Admission of Jayesh S. Hines-Shah Pro Hac Vice by Fair Isaac, Inc.Filing Fee received $150, Receipt #556752. (Attachments: # 1 proposed order)(mas) (Entered: 10/13/2006) |
| 10/12/2006 | 265 | NOTICE by Equifax Consumer Services, Inc. *Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Clay, Alexander) (Entered: 10/12/2006) |
| 10/13/2006 | | ORDER granting 266 Application for Admission Pro Hac Vice for Jayesh S. Hines-Shah by CRD by direction of the Court. Approved by Judge Timothy C. Batten Sr. on 10/13/06. (jgs) (Entered: 10/13/2006) |
| 10/13/2006 | 267 | Minute Entry for proceedings held before Judge Timothy C. Batten Sr.: Motion Hearing held on 10/13/2006 re 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay. Parties are asked to submit supplemental briefs in 12 pages or less by 10/27/06. (Court Reporter Elise Evans.)(mas) (Entered: 10/16/2006) |
| 10/13/2006 | 268 | ORAL ORDER taking under advisement Plaintiff's 257 Motion for Partial Reconsideration. Ruled on by Judge Timothy C. Batten Sr. on 10/13/06 at 267 Motion Hearing. (mas) (Entered: 10/16/2006) |
| 10/17/2006 | 269 | NOTICE of Appearance by Samantha M. Rein on behalf of Fair Isaac, Inc. (Rein, Samantha) (Entered: 10/17/2006) |
| 10/19/2006 | 270 | TRANSCRIPT of Motion for Reconsideration Proceedings held on 10/13/06 before Judge Timothy C. Batten, Sr. Court Reporter: Elise Smith Evans. (rth) (Entered: 10/19/2006) |
| 10/25/2006 | 271 | Consent MOTION for Extension of Time Parties to File Supplemental Briefs on Plaintiff's Motion for Partial Reconsideration re: 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay by Equifax Consumer Services, Inc.. (Hanson, Cindy) (Entered: 10/25/2006) |
| 10/26/2006 | 272 | CONSENT ORDER granting 271 Motion for Extension of Time throgh 11/3/06 for parties to file supplemental briefs on Plaintiff's 257 MOTION for Partial Reconsideration. Signed by Judge Timothy C. Batten Sr. on 10/26/06. (mas) (Entered: 10/26/2006) |
| 11/02/2006 | 273 | PROPOSED CONSENT ORDER Second Consent Order Extending Time for the Parties to File Supplemental Briefs on Plaintiff's Motion for Partial Reconsideration re: 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay. (Hanson, Cindy) (Entered: 11/02/2006) |
| 11/03/2006 | 274 | SECOND CONSENT ORDER Extending Time through 11/10/06 for Parties to File Supplemental Briefs on Plaintiff's 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay. Signed by Judge Timothy C. Batten Sr. on 11/3/06. (mas) (Entered: 11/03/2006) |
| 11/10/2006 | 275 | PROPOSED CONSENT ORDER Defendant Equifax Consumer Services, Inc.'s Consent Order To Extend Time To File Supplemental Briefs On Plaintiff's Motion For Partial Reconsideration. (Hanson, Cindy) (Entered: 11/10/2006) |

| 11/13/2006 | 276 | THIRD CONSENT ORDER Extending Time through 12/1/06 for Parties to File Supplemental Briefs on Plaintiff's 257 MOTION for Partial Reconsideration re 254 Order. Signed by Judge Timothy C. Batten Sr. on 11/13/06. (mas) (Entered: 11/13/2006) |
|---|---|---|
| 11/30/2006 | 277 | Minute Entry for proceedings held before Judge Timothy C. Batten Sr.: In Chambers Conference held on 11/30/2006. Parties report that they believe they are in the final stages of settling this case and requested that the Court set a preliminary approval hearing. The hearing is set for 12/19/06 at 2:30 pm. Counsel indicated that they intend to transfer a companion case from the Northern District of California to this Court and complete settlement of both those cases at the same time. (Court Reporter Elise Evans.)(mas) (Entered: 12/01/2006) |
| 12/04/2006 |  | Submission of 257 MOTION for Partial Reconsideration re 254 Order on Motion to Stay, submitted to District Judge Timothy C. Batten. (mas) (Entered: 12/04/2006) |
| 12/15/2006 | 278 | TRANSCRIPT of Telephone Conference Proceedings held on 11/30/06 before Judge Timothy C. Batten, Sr. Court Reporter: Elise Smith Evans. (mas) (Entered: 12/15/2006) |
| 12/19/2006 | 279 | Minute Entry for proceedings held before Judge Timothy C. Batten Sr.: Settlement Conference held via telephone conference on 12/19/2006. Counsel summarized, in general, terms and outline of the proposed settlement, none of which was objectionable to the Court. Counsel shall notify the Court in January as to counsel's preferred time and date for a preliminary hearing on approval of the proposed class settlement. (Court Reporter None.)(mas) (Entered: 12/28/2006) |
| 12/21/2006 |  | NOTICE of Hearing: Hearing set for 1/23/2006 02:00 PM in Courtroom 2306 before Judge Timothy C. Batten Sr. (jgs) (Entered: 12/21/2006) |
| 01/16/2007 |  | NOTICE of Hearing: Hearing re-set for 1/23/2007 03:00 PM in Courtroom 1906 before Judge Timothy C. Batten Sr. (by docket entry only)(jgs) (Entered: 01/16/2007) |
| 01/23/2007 |  | NOTICE of Hearing: Hearing re-set for 2/8/2007 04:30 PM in Courtroom 1906 before Judge Timothy C. Batten Sr. (jgs) (Entered: 01/23/2007) |
| 02/05/2007 | 289 | APPLICATION for Admission of Harlan F. Winn, III Pro Hac Vice filed by Robbie Hillis, Christy Slack.Filing Fee received $150, Receipt #561137. (Attachments: # 1 proposed order)(mas) (Entered: 02/13/2007) |
| 02/05/2007 | 290 | APPLICATION for Admission of Wilson F. Green Pro Hac Vice filed by Robbie Hillis, Christy Slack.Filing Fee received $150, Receipt #561137. (Attachments: # 1 proposed order)(mas) (Entered: 02/13/2007) |
| 02/06/2007 | 280 | Unopposed MOTION to Certify Class *for Settlement Purposes* with Brief In Support by Robbie Hillis. (Tomlinson, Wade) (Entered: 02/06/2007) |
| 02/06/2007 | 281 | Joint MOTION to Consolidate Cases *, for Preliminary Approval of Class Action Settlement, and for Approval of Notice Plan* by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 |

| | | |
|---|---|---|
| | | Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Brief Memorandum of All Parties in Support of Motion for Preliminary Approval of Class Action Settlement and of Notice Plan)(Hanson, Cindy) (Entered: 02/06/2007) |
| 02/06/2007 | 282 | AFFIDAVIT re 281 Joint MOTION to Consolidate Cases , *for Preliminary Approval of Class Action Settlement, and for Approval of Notice Plan of Jennifer M. Keough Regarding the Qualifications of The Garden City Group, Inc. to Provide Settlement Administration Services* by Equifax Consumer Services, Inc.. (Hanson, Cindy) (Entered: 02/06/2007) |
| 02/07/2007 | 283 | Withdrawal of Motion 281 Joint MOTION to Consolidate Cases , *for Preliminary Approval of Class Action Settlement, and for Approval of Notice Plan* filed by Equifax Consumer Services, Inc., Fair Isaac, Inc., Robbie Hillis. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Brief Memorandum of all Parties in Suppport of Motion for Preliminary Approval of Class Action Settlement and of Notice Plan)(Hanson, Cindy) Modified on 2/7/2007 to include all filers (hfm). (Entered: 02/07/2007) |
| 02/07/2007 | 284 | Joint MOTION to Consolidate Cases , *for Preliminary Approval of Class Action Settlement, and for Approval of Notice Plan* with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Brief Memorandum of all Parties in Support of Motion for Preliminary Approval of Class Action Settlement and of Notice Plan# 9 Affidavit Declaration of Jennifer M. Keough regarding the Qualifications of The Garden City Group, Inc. to Provide Settlement Administrative Services)(Hanson, Cindy) (Entered: 02/07/2007) |
| 02/08/2007 | | NOTICE of Hearing: Court Approval of SettlementHearing set for 2/8/2007 04:00 PM in Courtroom 1906 before Judge Timothy C. Batten Sr. (jgs) (Entered: 02/08/2007) |
| 02/08/2007 | 285 | ORDER granting 284 Joint Motion to Consolidate Cases 1:04-cv-3400-TCB and 1:07-cv-314-TCB for purposes of settlement. Docketing shall occur only on case 1:04-cv-3400-TCB, and the docket for case 1:07-cv-314-TCB shall reflect this order. Additionally, the Court ORDERS the Clerk of the Court to Administratively CLOSE case 1:07-cv-314-TCB. Signed by Judge Timothy C. Batten Sr. on 2/8/07. (mas) (Entered: 02/09/2007) |
| 02/08/2007 | 286 | Minute Entry for proceedings held before Judge Timothy C. Batten Sr.: Settlement Conference held on 2/8/2007. Counsel appear and present to the Court the preliminary approval of settlement and a proposed order granting the motions for consolidation, for class certification and preliminary approval of settlement. The fairness hearing is set for 6/4/07 at 10:00 am in Courtroom 1708. The Court executes the proposed orders. (Court Reporter Elise Evans.)(mas) (Entered: 02/09/2007) |
| 02/08/2007 | 287 | ORDER granting parties' 284 Motion to Consolidate Cases, for |

| | | |
|---|---|---|
| | | Preliminary Approval of Class Action Settlement, and for Approval of Notice Plan, granting 280 Motion for Certification of Settlement Class, and denying as moot 257 Motion for Reconsideration. The Court hereby VACATES the class certification portions of its 8/18/06 Order. Class Counsel shall submit their papers in support of their application for attorney fees and reimbursement of litigation expenses by no later than 4/20/07. Class Counsel and/or Defendants shall submit their papers in support of final approval of the Settlement by 5/25/07. A Final Fairness Hearing is set for 6/4/07 at 10:00 am in Courtroom 1708 of the United States District Court for the Northern District of Georgia. See Order for more details. Signed by Judge Timothy C. Batten Sr. on 2/8/07. (Attachments: # 1 Exhibits part 1# 2 Exhibits part 2# 3 Exhibits part 3# 4 Exhibits part 4) (mas) (Entered: 02/09/2007) |
| 02/12/2007 | 288 | NOTICE by Equifax Consumer Services, Inc. *Pursuant to Rule 23(E)(2)* (Hanson, Cindy) (Entered: 02/12/2007) |
| 02/14/2007 | | MINUTE ORDER granting [289 & 290] Application for Admission Pro Hac Vice for Harlan F. Winn, III, Wilson F. Green by CRD by direction of the Court. Approved by Judge Timothy C. Batten Sr. on 2/14/07. (by docket entry only) (jgs) CM/ECF ltr sent. Modified on 2/14/2007 (jgs). (Entered: 02/14/2007) |
| 03/09/2007 | 291 | Letter from Administration to Attorneys Jeff S. Westerman, Sabrina S. Kim, Melvyn I. Weiss, Michael C. Spencer, Arthur R. Miller, Brad Friedman, E. Neal Pope, Harlan F. Winn, III, and Wilson F. Green regarding PHV applications and admittance to the Bar of this Court. (Entered: 03/12/2007) |
| 03/09/2007 | 292 | OBJECTION to the Settlement filed by Robert C. Rollings. (mas) (Entered: 03/13/2007) |
| 03/15/2007 | | Remark re 291 Letter to Attorneys. Attorneys Wilson Green and Harlan F. Winn have already been admitted pro hac vice in this case. (it is not necessary for them to be admitted phv in 1:07-cv-314-TCB since that case has been closed and consolidated) (mas) (Entered: 03/15/2007) |
| 03/19/2007 | 293 | Consent MOTION to Amend *Settelement Class Definition and for Approval of Supplemental Notice Plan* with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Text of Proposed Order Supplemental Preliminary Approval Order)(Hanson, Cindy) (Entered: 03/19/2007) |
| 03/19/2007 | 294 | Supplemental Preliminary Approval Order. Signed by Judge Timothy C. Batten Sr. on 3/19/07. (mas) (Entered: 03/19/2007) |
| 04/06/2007 | 295 | MOTION *and Brief of All Parties for Approval of Second Supplemental Notice Plan* by Equifax Consumer Services, Inc.. (Attachments: # 1 Text of Proposed Order [Proposed] Order Approving Second Supplemental Notice Plan)(Hanson, Cindy) (Entered: 04/06/2007) |
| 04/09/2007 | 296 | ORDER granting 295 Motion for Order Approving the Second Supplemental Notice Plan. Signed by Judge Timothy C. Batten Sr. on |

| | | |
|---|---|---|
| | | 4/9/07. (mas) (Entered: 04/10/2007) |
| 04/20/2007 | 297 | MOTION for Attorney Fees with Brief In Support by Robbie Hillis. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(McGlamry, Michael) (Entered: 04/20/2007) |
| 04/26/2007 | 298 | OBJECTION to the Settlement and Attorneys' Fee Request and Notice of Intent to Appear filed by Steven F. Helfand. (Attachments: # 1 Declaration)(mas) (Entered: 04/30/2007) |
| 04/30/2007 | 299 | Third MOTION to Supplement *Notice Plan* with Brief In Support by Equifax Consumer Services, Inc.. (Attachments: # 1 Text of Proposed Order Approving Third Supplemental Notice Plan)(Hanson, Cindy) (Entered: 04/30/2007) |
| 04/30/2007 | 300 | ORDER granting 299 Motion for Approval of Third Supplemental Notice Plan. Signed by Judge Timothy C. Batten Sr. on 4/30/07. (mas) (Entered: 04/30/2007) |
| 04/30/2007 | 301 | OBJECTION to Class Action Settlement and Request for Attorney's Fees filed by Karen Shapiro. (mas) (Entered: 05/03/2007) |
| 05/04/2007 | 302 | OBJECTION *to Proposed Settlement* by Craig Friedberg, Diana Poulson, Richard D. Adams, Velma Lawson, Richard Lawson, Panina Aviles, Janice Tate, Nathan Lang, Melissa Huelsman, Andy Ogilvie. (Stubbs, A. Thomas) (Entered: 05/04/2007) |
| 05/04/2007 | 303 | OBJECTION to the Proposed Settlement filed by Meredith Whittington, Taren Hill. (mas) (Entered: 05/07/2007) |
| 05/04/2007 | 304 | OBJECTION to Settlement and Attorneys' Fee Request filed by Christine Baker. (Attachments: # 1 Declaration in Support)(mas) (Entered: 05/07/2007) |
| 05/10/2007 | | Submission of 297 MOTION for Attorney Fees, submitted to District Judge Timothy C. Batten. (mas) (Entered: 05/10/2007) |
| 05/25/2007 | 305 | MOTION Approval of Incentive Award for Class Representatives by Robbie Hillis, Christy Slack. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Tomlinson, Wade) (Entered: 05/25/2007) |
| 05/25/2007 | 306 | REPLY BRIEF re 297 MOTION for Attorney Fees filed by Robbie Hillis, Christy Slack. (Attachments: # 1 Exhibit 1# 2 Exhibit a# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Tomlinson, Wade) (Entered: 05/25/2007) |
| 05/25/2007 | 307 | REPLY to Response to Motion re 297 MOTION for Attorney Fees filed by Robbie Hillis, Christy Slack. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Errata E# 7 Exhibit F) (Tomlinson, Wade) (Entered: 05/25/2007) |
| 05/25/2007 | 308 | AFFIDAVIT *Second Declaration of Jennifer M. Keough Regarding Settlement Website, Email Notice, Postcard Notice, Telephone Assistance Program and Exclusions* by Equifax Consumer Services, Inc.. (Hanson, |

| | | Cindy) (Entered: 05/25/2007) |
|---|---|---|
| 05/25/2007 | 309 | NOTICE Of Filing Defendant Equifax Consumer Services, Inc.'s Notice of Filing Declaration by Equifax Consumer Services, Inc. (Hanson, Cindy) (Entered: 05/25/2007) |
| 05/25/2007 | 310 | MOTION for Leave to File Excess Pages with Brief In Support by Fair Isaac, Inc., Fair Isaac Corporation. (Attachments: # 1 Brief Brief in Support of Final Approval of Settlement - Part 1 of 3# 2 Brief Brief in Support of Final Approval of Settlement - Part 2 of 3# 3 Brief Brief in Support of Final Approval of Settlement# 4 Appendix Appendix to Brief in Support of Final Approval of Settlement - Part 1 of 2# 5 Appendix Appendix to Brief in Support of Final Approval of Settlement)(Lazarus, Rebecca) (Entered: 05/25/2007) |
| 05/25/2007 | 311 | CERTIFICATE OF SERVICE re 310 MOTION for Leave to File Excess Pages filed by Fair Isaac, Inc., Fair Isaac Corporation & *Brief in Support of Final Approval of Settlement, with Appendix in Support Thereof* (Lazarus, Rebecca) (Entered: 05/25/2007) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/30/2007 10:58:12 | | |
| **PACER Login:** pm0158 | **Client Code:** | hillis |
| **Description:** | Docket Report | **Search Criteria:** 1:04-cv-03400-TCB |
| **Billable Pages:** 23 | **Cost:** | 1.84 |

# EXHIBIT 2

ADRMOP, CLOSED, E-Filing, MEDTERM, TRANSF

## U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00257-MHP

Slack v. Fair Isaac Corporation et al
Assigned to: Hon. Marilyn H. Patel
Cause: 28:1331 Fed. Question

Date Filed: 01/18/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

### Plaintiff

**Christy Slack**

represented by **Jeff S. Westerman**
Milberg Weiss & Bershad LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
213-617-1200
Fax: 213-617-1975
Email: jwesterman@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvyn I. Weiss**
Milberg Wiss & Bershad LLP
One Pennsylvania Plaza
New York, NY 10119-1063
212-594-5300
Fax: 212-868-1229
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Spencer**
Milberg Weiss Bershad Hynes &
Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-1065
212-594-5300
Fax: 212-868-1229
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina S. Kim**
Milberg Weiss Bershad & Schulman
LLP
One California Plaza
300 South Grand Avenue
Suite 3900

Los Angeles, CA 90071
213-617-1200
Fax: 213-617-1975
Email: skim@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan G. Snipes**
Pope McGlamry Kilpatrick Morrison &
Norwood LLP
P.O. Box 2128
Columbus, GA 31902-2128
706-324-0050
Fax: 706-327-1536
Email: alansnipes@pmkm.com
*ATTORNEY TO BE NOTICED*

**Arthur R. Miller**
Areeda Hall 225
Cambridge, MA 02138
617-495-4111
*ATTORNEY TO BE NOTICED*

**Brad N. Friedman**
Milberg Weiss Bershad & Schulman
LLP
One Pennsylvania Plaza
New Yorkl, NY 10119
212-594-5300
Fax: 212-868-1229
*ATTORNEY TO BE NOTICED*

**E. Neal Pope**
Pope McGlamry Kilpartrick Morrison
& Norwood LLP
P.O. Box 2128
Columbus, GA 31902-2128
*ATTORNEY TO BE NOTICED*

**Harlan F. Winn, III**
Battle, Fleenor, Green, Winn &
Clemmer, LLP
The Financial Center
Suite 1150
404 North 20th Street
Birmingham, Al 35203
US
(205) 397-8160
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-Shah**
Gibson Dunn & Crutcher LLP
One Montogmery St
San Francisco, CA 94104
415/393-8200
Email: jhinesshah@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Michael L. McGlamry**
Pope McGlamry Kilpatrick Morrison &
Norwood LLP
3455 Peachtree Road
Suite 925
Atlanta, GA 30326
404-523-7706
Email: efile@pmkm.com
*ATTORNEY TO BE NOTICED*

**Wade H. Tomlinson**
Pope McGlamry Kilpatrick Morrison &
Norwood LLP
P.O. Box 2128
Columbus, GA 31902-2128
706-324-0050
Fax: 706-327-1536
Email: triptomlinson@pmkm.com
*ATTORNEY TO BE NOTICED*

**Wilson F Green**
Battle Fleenor Green Winn & Clemmer
LLP
505 North 20th Street
Suite 1150
Birmingham, AL 35203
205-397-8160
Fax: 205-397-8179
Email: wgreen@bfgwc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fair Isaac Corporation**          represented by **Frederick Brown**
Gibson Dunn & Crutcher LLP
One Montgomery Street
Montgomery Tower
Suite 3100
San Francisco, CA 94104
415-393-8204
Email: fbrown@gibsondunn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
Gibson, Dunn & Crutcher
1 Montgomery Street
Suite 3100
San Francisco, CA 94104
415-393-8296
Email: rjustice@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Myfico Consumer Services Inc.**         represented by **Frederick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2005 | 1 | COMPLAINT /issued summons against Fair Isaac Corporation, Myfico Consumer Services Inc. ( Filing fee $ 150, receipt number 3368248.). Filed byChristy Slack. (ga, COURT STAFF) (Filed on 1/18/2005) Additional attachment(s) added on 1/31/2005 (ga, COURT STAFF). (Entered: 01/19/2005) |
| 01/18/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/12/2005. Case Management Conference set for 5/19/2005 10:00 AM.. Signed by Judge Maria-Elena James on 1/18/05. (Attachments: # 1 Standing Order# 2 Consent/Decline Form)(ga, COURT STAFF) (Filed on 1/18/2005) (Entered: 01/19/2005) |
| 01/18/2005 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 1/18/2005) (Entered: 01/19/2005) |
| 01/18/2005 | 3 | Certificate of Interested Entities re 1 Complaint (ga, COURT STAFF) |

|  |  |  |
|---|---|---|
|  |  | (Filed on 1/18/2005) Additional attachment(s) added on 1/31/2005 (ga, COURT STAFF). (Entered: 01/19/2005) |
| 02/18/2005 | 4 | STIPULATION *Regarding Extension of Time to Answer or Otherwise Respond to Complaint* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1)(Lazarus, Rebecca) (Filed on 2/18/2005) (Entered: 02/18/2005) |
| 02/22/2005 | 5 | CERTIFICATE OF SERVICE by Fair Isaac Corporation, Myfico Consumer Services Inc. re 4 Stipulation *Regarding Extension of Time to Answer or Otherwise Respond to Complaint* (Lazarus, Rebecca) (Filed on 2/22/2005) (Entered: 02/22/2005) |
| 02/25/2005 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 02/28/2005 | 7 | CERTIFICATE OF SERVICE by Fair Isaac Corporation, Myfico Consumer Services Inc. re 6 Declination to Proceed Before a U.S. Magistrate Judge (Lazarus, Rebecca) (Filed on 2/28/2005) (Entered: 02/28/2005) |
| 03/07/2005 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 3/7/2005) (Entered: 03/07/2005) |
| 03/08/2005 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Marilyn H. Patel for all further proceedings. Judge Maria-Elena James no longer assigned to case. Signed by Executive Committee on 03/08/05. (mab, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/08/2005) |
| 03/09/2005 | 10 | CLERK'S NOTICE: Case Management Conference set for 5/23/2005 04:00 PM before the honorable Marilyn Hall Patel; Case Management Statement due by 5/13/2005. (awb, COURT-STAFF) (Filed on 3/9/2005) (Entered: 03/09/2005) |
| 03/10/2005 | 11 | MOTION to Appoint Counsel *Interim* filed by Christy Slack. Motion Hearing set for 4/18/2005 02:00 PM. (Kim, Sabrina) (Filed on 3/10/2005) (Entered: 03/10/2005) |
| 03/10/2005 | 12 | Declaration of Sabrina S. Kim in Support of 11 MOTION to Appoint Counsel *Interim* filed byChristy Slack. (Attachments: # 1 Exhibit A Firm Resume for Pope McGlamry# 2 Exhibit B Firm Resume for Milberg Weiss)(Related document(s)11) (Kim, Sabrina) (Filed on 3/10/2005) (Entered: 03/10/2005) |
| 03/10/2005 | 13 | Proposed Order re 11 MOTION to Appoint Counsel *Interim*, 12 Declaration in Support, by Christy Slack. (Kim, Sabrina) (Filed on 3/10/2005) (Entered: 03/10/2005) |
| 03/10/2005 | 14 | AMENDED COMPLAINT *FOR VIOLATION OF CREDIT REPAIR ORGANIZATIONS ACTION, CREDIT SERVICES ACT, AND FOR UNJUST ENRICHMENT* against all defendants. Filed byChristy Slack. (Kim, Sabrina) (Filed on 3/10/2005) (Entered: 03/10/2005) |
|  |  |  |

| 03/11/2005 | 15 | CERTIFICATE OF SERVICE by Christy Slack *on Fair Isaac Corporation* (Kim, Sabrina) (Filed on 3/11/2005) (Entered: 03/11/2005) |
|---|---|---|
| 03/11/2005 | 16 | CERTIFICATE OF SERVICE by Christy Slack *on MyFico Consumer Services, Inc.* (Kim, Sabrina) (Filed on 3/11/2005) (Entered: 03/11/2005) |
| 03/17/2005 | 17 | MOTION for Admission of Attorney Alan G. Snipes Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/21/2005) |
| 03/17/2005 | 18 | MOTION for Admission of Attorney C. Neal Pope Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/21/2005) |
| 03/17/2005 | 19 | MOTION for Admission of Attorney Michael L. McGlamry Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/21/2005) |
| 03/17/2005 | 20 | MOTION for Admission of Attorney Wade H. Tomlinson Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/21/2005) |
| 03/21/2005 | 21 | NOTICE by Christy Slack *of Case Management Conference* (Kim, Sabrina) (Filed on 3/21/2005) (Entered: 03/21/2005) |
| 03/24/2005 | 22 | ORDER by Judge Marilyn Hall Patel granting [19] plaintiffs' Motion for attorney Michael L. McGlamry to appear Pro Hac Vice (awb, COURT-STAFF) (Filed on 3/24/2005) (Entered: 03/24/2005) |
| 03/24/2005 | 23 | ORDER by Judge Marilyn Hall Patel granting [20] plaintiffs' Motion for attorney Wade H. Tomlinson to appear Pro Hac Vice (awb, COURT-STAFF) (Filed on 3/24/2005) (Entered: 03/24/2005) |
| 03/24/2005 | 24 | ORDER by Judge Marilyn Hall Patel granting [17] plaintiffs' Motion for attorney Alan G Snipes to appear Pro Hac Vice (awb, COURT-STAFF) (Filed on 3/24/2005) (Entered: 03/24/2005) |
| 03/24/2005 | 25 | ORDER by Judge Marilyn Hall Patel granting [18] plaintiffs' Motion for attorney C. Neal Pope to appear Pro Hac Vice (awb, COURT-STAFF) (Filed on 3/24/2005) (Entered: 03/24/2005) |
| 03/29/2005 | 26 | STIPULATION *Regarding Extension of Time To Answer Or Otherwise Respond to Amended Complaint* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Lazarus, Rebecca) (Filed on 3/29/2005) (Entered: 03/29/2005) |
| 03/29/2005 | 27 | CERTIFICATE OF SERVICE by Fair Isaac Corporation, Myfico Consumer Services Inc. re 26 Stipulation, *Regarding Extension of Time to Answer or Otherwise Respond to Amended Complaint* (Lazarus, Rebecca) (Filed on 3/29/2005) (Entered: 03/29/2005) |
| 03/30/2005 | 28 | STIPULATION AND ORDER extending time, to and including 4/7/2005, for defendants to file a responsive pleading; Signed by Judge |

| | | |
|---|---|---|
| | | Marilyn Hall Patel on 3/30/2005. (awb, COURT-STAFF) (Filed on 3/30/2005) (Entered: 03/30/2005) |
| 03/30/2005 | 34 | MOTION for Admission of Attorney Brad N. Friedman Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 03/30/2005 | | Received Order re [34] MOTION for Admission of Attorney Brad N. Friedman Pro Hac Vice by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 03/30/2005 | 35 | MOTION for Admission of Attorney Arthur R. Miller Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 03/30/2005 | | Received Order re [35] MOTION for leave to appear in Pro Hac Vice by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 03/30/2005 | 36 | MOTION for Admission of Attorney Melvyn I. Weiss Pro Hac Vice filed by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 03/30/2005 | | Received Order re [36] MOTION for leave to appear in Pro Hac Vice by Christy Slack. (gba, COURT STAFF) (Filed on 3/30/2005) (Entered: 04/04/2005) |
| 04/01/2005 | 29 | STIPULATION *Regarding Extension of Time to Answer or Otherwise Respond to Amended Complaint* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Lazarus, Rebecca) (Filed on 4/1/2005) (Entered: 04/01/2005) |
| 04/01/2005 | 30 | ORDER granting plaintiff's application for attorney Melvyn Weiss to appear pro hac vice; Signed by Judge Marilyn Hall Patel on 4/1/2005. (awb, COURT-STAFF) (Filed on 4/1/2005) (Entered: 04/01/2005) |
| 04/01/2005 | 31 | ORDER granting plaintiff's application for attorney Arthur R Miller to appear pro hac vice; Signed by Judge Marilyn Hall Patel on 4/1/2005. (awb, COURT-STAFF) (Filed on 4/1/2005) (Entered: 04/01/2005) |
| 04/01/2005 | 32 | ORDER granting plaintiff's application for attorney Brad N Friedman to appear pro hac vice; Signed by Judge Marilyn Hall Patel on 4/1/2005. (awb, COURT-STAFF) (Filed on 4/1/2005) (Entered: 04/01/2005) |
| 04/04/2005 | 33 | CERTIFICATE OF SERVICE by Fair Isaac Corporation, Myfico Consumer Services Inc. re 29 Stipulation, *Regarding Extension of Time to Answer or Otherwise Respond to Amended Complaint* (Lazarus, Rebecca) (Filed on 4/4/2005) (Entered: 04/04/2005) |
| 04/06/2005 | 37 | STIPULATION AND ORDER extending time, to and including 4/22/2005, for defendants to file responsive pleadings; Signed by Judge Marilyn Hall Patel on 4/5/2005. (awb, COURT-STAFF) (Filed on 4/6/2005) (Entered: 04/06/2005) |

| 04/13/2005 | 38 | CLERK'S NOTICE VACATING Motion Hearing date of 4/18/2005; Motion Hearing (limited) set for 5/23/2005 04:00 PM in Courtroom 15, 18th Floor, San Francisco (awb, COURT-STAFF) (Filed on 4/13/2005) (Entered: 04/13/2005) |
|---|---|---|
| 04/22/2005 | 39 | MOTION for Leave to File *Partial Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Points and Authorities In Support Thereof* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. Motion Hearing set for 6/1/2005 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Lazarus, Rebecca) (Filed on 4/22/2005) (Entered: 04/22/2005) |
| 04/22/2005 | 40 | MOTION to Dismiss *(Partial) Plaintiff's Amended Complaint* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. Motion Hearing set for 6/1/2005 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Lazarus, Rebecca) (Filed on 4/22/2005) (Entered: 04/22/2005) |
| 04/26/2005 | 41 | Proposed Order *Granting Defendants' Motion for Leave to File Partial Motion To Dismiss Plaintiff's Amended Complaint* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 4/26/2005) (Entered: 04/26/2005) |
| 04/27/2005 | 42 | ORDER by Judge Marilyn Hall Patel granting 39 defendant's Motion for Leave to File motions to dismiss (awb, COURT-STAFF) (Filed on 4/27/2005) (Entered: 04/27/2005) |
| 04/28/2005 | 43 | STIPULATION *Selecting ADR Process/ ADR Certification* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations) # 2 Proposed Order)(Lazarus, Rebecca) (Filed on 4/28/2005) (Entered: 04/28/2005) |
| 05/03/2005 | 44 | STIPULATION *AND [PROPOSED] ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE* by Christy Slack. (Kim, Sabrina) (Filed on 5/3/2005) (Entered: 05/03/2005) |
| 05/06/2005 | 45 | ORDER REFERRING CASE to Mediation.. Signed by Judge Mariilyn Hall Patel on 5/5/05. (tdm, COURT STAFF) (Filed on 5/6/2005) (Entered: 05/06/2005) |
| 05/06/2005 | 46 | ORDER approving 44 Stipulation to Continue Case Management Conference to 6/6/2005 04:00 PM. Signed by Judge Marilyn Hall Patel on 5/5/05. (kcw, COURT STAFF) (Filed on 5/6/2005) Additional attachment(s) added on 5/6/2005 (kcw, COURT STAFF). (Entered: 05/06/2005) |
| 05/12/2005 | 47 | MOTION to Dismiss *(Corrected Notice)* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. Motion Hearing set for 6/6/2005 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Lazarus, Rebecca) (Filed on 5/12/2005) (Entered: 05/12/2005) |
| 05/12/2005 | 48 | NOTICE by Christy Slack *Plaintiff's Initial Disclosures* (Attachments: # 1 Attachment A# 2 Attachment C)(Kim, Sabrina) (Filed on 5/12/2005) |

| | | |
|---|---|---|
| | | (Entered: 05/12/2005) |
| 05/13/2005 | 49 | Memorandum in Opposition *to Defendants' Motion to Dismiss Plaintiff's Amended Complaint* filed byChristy Slack. (Kim, Sabrina) (Filed on 5/13/2005) (Entered: 05/13/2005) |
| 05/13/2005 | 50 | Declaration of Sabrina S. Kim *in Support of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint* filed byChristy Slack. (Attachments: # 1 Exhibit A)(Kim, Sabrina) (Filed on 5/13/2005) (Entered: 05/13/2005) |
| 05/23/2005 | 51 | JOINT CASE MANAGEMENT STATEMENT filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Lazarus, Rebecca) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 52 | Reply to Opposition *to Defendants' Partial Motion to Dismiss* filed byFair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/27/2005 | 53 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byChristy Slack. (Kim, Sabrina) (Filed on 5/27/2005) (Entered: 05/27/2005) |
| 06/06/2005 | 54 | Minute Entry: Motion Hearing held on 6/6/2005 before Judge Marilyn Hall Patel (Date Filed: 6/6/2005) re 40 47 MOTION to Dismiss; Motion deemed submitted; Court to issue order(Court Reporter Leo Mankiewicz.) (awb, COURT-STAFF) (Date Filed: 6/6/2005) (Entered: 06/06/2005) |
| 06/07/2005 | 55 | ADR Clerks Notice Appointing David J. Meadows as Mediator. (bt, COURT STAFF) (Filed on 6/7/2005) (Entered: 06/07/2005) |
| 06/07/2005 | 56 | NOTICE of Appearance by Frederick Brown *and Joel S. Sanders* (Brown, Frederick) (Filed on 6/7/2005) (Entered: 06/07/2005) |
| 06/15/2005 | 57 | TRANSCRIPT of Proceedings held on 6/6/05 before Judge Marilyn H. Patel. Court Reporter: Leo T. Mankiewicz. (gba, COURT STAFF) (Filed on 6/15/2005) (Entered: 06/15/2005) |
| 06/27/2005 | 58 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel granting in part and denying in part 4047 defendant's Motions to Dismiss (awb, COURT-STAFF) (Filed on 6/27/2005) (Entered: 06/27/2005) |
| 07/05/2005 | | Set/Reset Hearings: Mediation Hearing set for 8/29/2005 09:00 AM in the offices of Mr. Brown and Ms. Lazarus. Briefs 10days before the mediation haaring. (bt, COURT STAFF) (Filed on 7/5/2005) (Entered: 07/05/2005) |
| 07/06/2005 | 59 | STIPULATION *Regarding Extension of Time to Answer or Otherwise Respond to Amended Complaint* by Fair Isaac Corporation. (Lazarus, Rebecca) (Filed on 7/6/2005) (Entered: 07/06/2005) |
| 07/11/2005 | 60 | STIPULATION re 59 Stipulation *[Corrected] Regarding Extension of* |

| | | *Time to Answer or Otherwise Respond to Amended Complaint* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 7/11/2005) (Entered: 07/11/2005) |
|---|---|---|
| 07/28/2005 | 61 | ANSWER to Amended Complaint byFair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/19/2005 | 62 | STIPULATION *and [Proposed] Order: (1) Setting a New Mediation Deadline and (2) Setting a New Date for the Initial Case Management Conference* by Christy Slack. (Kim, Sabrina) (Filed on 8/19/2005) (Entered: 08/19/2005) |
| 08/23/2005 | 63 | STIPULATION AND ORDER extending mediation deadline to 10/21/2005; Initial Case Management Conference reset for 11/21/2005 04:00 PM; Signed by Judge Marilyn Hall Patel on 8/22/2005. (awb, COURT-STAFF) (Filed on 8/23/2005) (Entered: 08/23/2005) |
| 10/03/2005 | | Set/Reset Hearings: Mediation Hearing set for 10/27/2005 09:00 AM. (af, COURT STAFF) (Filed on 10/3/2005) (Entered: 10/03/2005) |
| 11/07/2005 | 64 | CERTIFICATION OF MEDIATION Session on 10/27/2005, case did not settle, no follow up contemplated. ADR process completed, filed by Mediator, David J. Meadows, dated 11/2/2005. (af, COURT STAFF) (Filed on 11/7/2005) (Entered: 11/07/2005) |
| 11/07/2005 | 65 | JOINT CASE MANAGEMENT STATEMENT *AND [PROPOSED] ORDER* filed by Christy Slack. (Kim, Sabrina) (Filed on 11/7/2005) (Entered: 11/07/2005) |
| 11/17/2005 | 66 | CASE MANAGEMENT STATEMENT *(Defendants' Supplement)* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 11/18/2005 | 67 | NOTICE by Christy Slack *Plaintiff's Request for Status of Pending Motion for the Appointment of Interim Counsel* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Kim, Sabrina) (Filed on 11/18/2005) (Entered: 11/18/2005) |
| 11/21/2005 | 68 | RESPONSE to re 66 Case Management Statement *Plaintiff's Response in Opposition to Defendants' Supplement to Joint Case Management Statement* by Christy Slack. (Attachments: # 1 Exhibit 1)(Kim, Sabrina) (Filed on 11/21/2005) (Entered: 11/21/2005) |
| 11/22/2005 | 69 | Minute Entry: Further Case Management Conference held on 11/21/2005 before Judge Marilyn Hall Patel (Date Filed: 11/22/2005). Joint status report due by 4/6/2006; Status Conference set for 4/10/2006 03:00 PM in Courtroom 15, 18th Floor, San Francisco; (Court Reporter Sahar McVicker.) (awb, COURT-STAFF) (Date Filed: 11/22/2005) (Entered: 11/22/2005) |
| 11/22/2005 | 70 | ORDER granting 11 plaintiffs' MOTION to Appoint Interim Counsel; Signed by Judge Marilyn Hall Patel on 11/21/2005. (awb, COURT-STAFF) (Filed on 11/22/2005) (Entered: 11/22/2005) |

| 01/03/2006 | 71 | STIPULATION *and [Proposed] Order Re Coordination of Discovery* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Lazarus, Rebecca) (Filed on 1/3/2006) (Entered: 01/03/2006) |
| --- | --- | --- |
| 01/04/2006 | 72 | STIPULATION AND ORDER re COORDINATION OF DISCOVERY; Signed by Judge Marilyn Hall Patel on 1/4/2006. (awb, COURT-STAFF) (Filed on 1/4/2006) (Entered: 01/04/2006) |
| 01/05/2006 | 73 | Letter from Plaintiff's counsel *re: Synopsis of Dispute for January 6, 2006 Conference Call.* (Kim, Sabrina) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/05/2006 | 74 | Letter from Defendants - Statement Concerning Discovery-Related Issues. (Lazarus, Rebecca) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/06/2006 | 75 | Minute Entry: Telephonic Discovery Hearing held on 1/6/2006 before Judge Marilyn Hall Patel (Date Filed: 1/6/2006). (Court Reporter Catherine Edwards.) (awb, COURT-STAFF) (Date Filed: 1/6/2006) (Entered: 01/06/2006) |
| 01/11/2006 | 76 | STIPULATION *and Protective Order Governing Discovery Materials* by Fair Isaac Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations) Plaintiff Counsel Signature Page to "Retention of Exhibit A Documents")(Lazarus, Rebecca) (Filed on 1/11/2006) (Entered: 01/11/2006) |
| 01/17/2006 | 79 | MOTION for Admission of Attorney Wilson F. Green Pro Hac Vice (Fee $210.00, Receipt Number 3380497) filed by Christy Slack. (gba, COURT STAFF) (Filed on 1/17/2006) (Entered: 01/20/2006) |
| 01/17/2006 | 80 | MOTION for Admission of Attorney Harlan F. Winn, III Pro Hac Vice (Fee $210.00, Receipt Number 3380498) filed by Christy Slack. (gba, COURT STAFF) (Filed on 1/17/2006) (Entered: 01/20/2006) |
| 01/18/2006 | 77 | ORDER granting defendants' request for attorney Harlan Winn III to appear pro hac vice; Signed by Judge Marilyn Hall Patel on 1/18/2006. (awb, COURT-STAFF) (Filed on 1/18/2006) (Entered: 01/18/2006) |
| 01/18/2006 | 78 | ORDER granting defendants' request for attorney Wilson F. Green to appear pro hac vice; Signed by Judge Marilyn Hall Patel on 1/18/2006. (awb, COURT-STAFF) (Filed on 1/18/2006) (Entered: 01/18/2006) |
| 03/30/2006 | 81 | STIPULATION *(JOINT) and [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE* by Christy Slack. (Kim, Sabrina) (Filed on 3/30/2006) (Entered: 03/30/2006) |
| 04/03/2006 | 82 | STIPULATION AND ORDER Further Case Management Conference set for 5/8/2006 03:00 PM; NO FURTHER CONTINUANCES; Signed by Judge Marilyn Hall Patel on 4/3/2006. (awb, COURT-STAFF) (Filed on 4/3/2006) (Entered: 04/03/2006) |
| 04/27/2006 | 83 | CASE MANAGEMENT STATEMENT *[PLAINTIFF'S SUPPLEMENTAL]* filed by Christy Slack. (Kim, Sabrina) (Filed on |

| | | |
|---|---|---|
| | | 4/27/2006) (Entered: 04/27/2006) |
| 04/27/2006 | 84 | CASE MANAGEMENT STATEMENT *of Defendants* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Lazarus, Rebecca) (Filed on 4/27/2006) (Entered: 04/27/2006) |
| 05/04/2006 | 85 | TRANSCRIPT of Proceedings held on 11/21/05 before Judge Marilyn H. Patel. Court Reporter: Sahar McVickar. (gba, COURT STAFF) (Filed on 5/4/2006) (Entered: 05/04/2006) |
| 05/09/2006 | 86 | Minute Entry: Status Conference (Date Filed: 5/9/2006), Set Deadlines/Hearing as to (Date Filed: 5/9/2006); Motions for Class Cert/Partial Summary Judgment to be filed by 7/3/2006; Responses due by 8/21/2006; Replies due by 9/5/2006; Motion Hearing set for 9/25/2006 02:00 PM in Courtroom 15, 18th Floor, San Francisco; All discovery to be completed by 11/30/2006;(Court Reporter Sahar McVickar.) (awb, COURT-STAFF) (Date Filed: 5/9/2006) (Entered: 05/09/2006) |
| 05/15/2006 | 87 | *Stipulation to Amend* ANSWER to Complaint *(First Amended) and Defendants' Amended Answer* byFair Isaac Corporation, Myfico Consumer Services Inc.. (Attachments: # 1 Defendants' Amended Answer)(Lazarus, Rebecca) (Filed on 5/15/2006) (Entered: 05/15/2006) |
| 05/18/2006 | 88 | STIPULATION AND ORDER permitting defendants to file amended answer to 1st amended complaint; Signed by Judge Marilyn Hall Patel on 5/18/2006. (awb, COURT-STAFF) (Filed on 5/18/2006) (Entered: 05/18/2006) |
| 06/27/2006 | 89 | TRANSCRIPT of Proceedings held on 5/8/06 before Judge Marilyn H. Patel. Court Reporter: Sahar McVickar. (gba, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 06/29/2006 | 90 | MOTION to Seal Document filed by Christy Slack. (McGlamry, Michael) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/29/2006 | 91 | Declaration of Wade H. Tomlinson, III *in Support of Administrative Motion to File Under Seal* filed byChristy Slack. (McGlamry, Michael) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/29/2006 | 92 | STIPULATION *and Proposed Order Granting Motion to File Under Seal* by Christy Slack. (McGlamry, Michael) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/30/2006 | 93 | NOTICE of Filing Depositions Under Seal in support of Motion for Class Certification and Motion for Partial Summary Judgment by Christy Slack (gba, COURT STAFF) (Filed on 6/30/2006) Additional attachment(s) added on 7/13/2006 (gba, COURT STAFF). (Entered: 06/30/2006) |
| 06/30/2006 | 94 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #93 Notice of Filing Depositions Under Seal (gba, COURT STAFF) (Filed on 6/30/2006) (Entered: 06/30/2006) |
| 07/03/2006 | 95 | MOTION for Partial Summary Judgment *Concerning Plaintiff's Punitive* |

| | | |
|---|---|---|
| | | *Damages Claims; Memorandum of Points & Authorities in Support* filed by Fair Isaac Corporation. Motion Hearing set for 9/25/2006 02:00 PM. (Attachments: # 1 Proposed Order Granting Defendants' Motion for Partial Summary Judgment)(Lazarus, Rebecca) (Filed on 7/3/2006) (Entered: 07/03/2006) |
| 07/03/2006 | 96 | Declaration of Rebecca Justice Lazarus in Support of 95 MOTION for Partial Summary Judgment *Concerning Plaintiff's Punitive Damages Claims; Memorandum of Points & Authorities in Support* filed byFair Isaac Corporation. (Related document(s)95) (Lazarus, Rebecca) (Filed on 7/3/2006) (Entered: 07/03/2006) |
| 07/19/2006 | 97 | Joint MOTION to Seal *Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* filed by Fair Isaac Corporation. (Attachments: # 1 Proposed Order Granting Joint Administrative Motion to Seal)(Lazarus, Rebecca) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/19/2006 | 98 | Declaration of Andrew Jolls in Support of 97 Joint MOTION to Seal *Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* filed byFair Isaac Corporation. (Related document(s)97) (Lazarus, Rebecca) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/19/2006 | 99 | MOTION to Certify Class *and Brief in Support* filed by Christy Slack. Motion Hearing set for 9/25/2006 02:00 PM. (Tomlinson, Wade) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/19/2006 | 100 | MOTION for Partial Summary Judgment *in Favor of the Class and Brief in Support* filed by Christy Slack. Motion Hearing set for 9/25/2006 02:00 PM. (Tomlinson, Wade) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/19/2006 | 101 | Appendix re 99 MOTION to Certify Class *and Brief in Support*, 100 MOTION for Partial Summary Judgment *in Favor of the Class and Brief in Support* filed byChristy Slack. (Attachments: # 1 Exhibit part 1 of 10# 2 Exhibit part 2 of 10# 3 Exhibit part 3 of 10# 4 Exhibit part 4 of 10# 5 Exhibit part 5 of 10# 6 Exhibit part 6 of 10# 7 Exhibit part 7 of 10# 8 Exhibit part 8 of 10# 9 Exhibit 9 of 10# 10 Exhibit part 10 of 10)(Related document(s)99, 100) (Snipes, Alan) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/26/2006 | 102 | NOTICE of Change of Address by Sabrina S. Kim (Kim, Sabrina) (Filed on 7/26/2006) (Entered: 07/26/2006) |
| 08/21/2006 | 103 | STIPULATION *for an Order Changing Time* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 104 | Declaration of Jayesh Hines-Shah in Support of 103 Stipulation filed byFair Isaac Corporation, Myfico Consumer Services Inc.. (Related document(s)103) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |

| 08/21/2006 | 105 | Memorandum in Opposition re 95 MOTION for Partial Summary Judgment *Concerning Plaintiff's Punitive Damages Claims; Memorandum of Points & Authorities in Support* filed byChristy Slack. (Tomlinson, Wade) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| --- | --- | --- |
| 08/21/2006 | 106 | Statement of Facts re 100 MOTION for Partial Summary Judgment *in Favor of the Class and Brief in Support* filed byChristy Slack. (Related document(s)100) (Snipes, Alan) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 107 | *** **FILED IN ERROR. PLEASE SEE DOCKET #167.** *** Memorandum in Opposition *to Plaintiff's Motion for Partial Summary Judgment* filed byFair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 8/21/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/21/2006) |
| 08/21/2006 | 108 | *** **FILED IN ERROR. PLEASE SEE DOCKET #164.** *** Memorandum in Opposition *to Plaintiff's Motion for Class Certification* filed byFair Isaac Corporation. (Attachments: # 1 Proposed Order Proposed Order Denying Plaintiff's Motion for Class Certification) (Hines-Shah, Jayesh) (Filed on 8/21/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/21/2006) |
| 08/21/2006 | 109 | Proposed Order *Denying Plaintiff's Motion for Summary Judgment* by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 110 | Declaration of Jayesh Hines-Shah in Support of 108 Memorandum in Opposition, *to Plaintiff's Motion for Class Certification* filed byFair Isaac Corporation. (Related document(s)108) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 111 | Declaration of Andrew Jolls in Support of 108 Memorandum in Opposition, *Plaintiff's Motions for Class Certification & Motion for Summary Judgment* filed byFair Isaac Corporation. (Related document(s) 108) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 112 | *** **FILED IN ERROR. PLEASE SEE DOCKET #169.** *** MOTION to Transfer Case *Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* filed by Fair Isaac Corporation. (Attachments: # 1 Proposed Order Proposed Order - Granting Motion to Transfer Venue) (Hines-Shah, Jayesh) (Filed on 8/21/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/21/2006) |
| 08/21/2006 | 113 | OBJECTIONS to *Plaintiff's Exhibits Submitted in Support of Plaintiff's Motions for Class Certification and Partial Summary Judgment* by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 114 | EXHIBITS re 110 Declaration in Support *Part 1 of 3 - Exhibit D-1* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |

| 08/21/2006 | 115 | EXHIBITS re 110 Declaration in Support *Part 2 of 3 - Exhibit D-1* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 116 | EXHIBITS re 110 Declaration in Support *Part 3 of 3 - Exhibit D-1* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 117 | EXHIBITS re 110 Declaration in Support *Exhibit D-2* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 118 | EXHIBITS re 110 Declaration in Support *Exhibit D-3* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 119 | EXHIBITS re 110 Declaration in Support *Exhibit D-4* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 120 | EXHIBITS re 110 Declaration in Support *Exhibit D-5* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 121 | EXHIBITS re 110 Declaration in Support *Exhibit D-6* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 122 | EXHIBITS re 110 Declaration in Support *Exhibit D-7* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 123 | EXHIBITS re 110 Declaration in Support *Exhibit D-8* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 124 | EXHIBITS re 110 Declaration in Support *Exhibit D-9* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 125 | EXHIBITS re 110 Declaration in Support *Part 1 of 2 - Exhibit D-10* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 126 | EXHIBITS re 110 Declaration in Support *Part 2 of 2 - Exhibit D-10* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 127 | EXHIBITS re 110 Declaration in Support *Exhibit D-11* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 128 | EXHIBITS re 110 Declaration in Support *Exhibit 12* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on |

| | | |
|---|---|---|
| | | 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 129 | EXHIBITS re 110 Declaration in Support *Exhibit 13* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 130 | EXHIBITS re 110 Declaration in Support *Exhibit 14* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 131 | EXHIBITS re 110 Declaration in Support *Exhibit D-15* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 132 | EXHIBITS re 110 Declaration in Support *Exhibit D-18* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 133 | EXHIBITS re 110 Declaration in Support *Exhibit D-19* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 134 | EXHIBITS re 110 Declaration in Support *Part 1 of 2 - Exhibit D-20* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 135 | EXHIBITS re 110 Declaration in Support *Part 2 of 2 - Exhibit D-20* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 136 | EXHIBITS re 110 Declaration in Support *Exhibit D-21* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 137 | EXHIBITS re 110 Declaration in Support *Exhibit D-22* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 138 | EXHIBITS re 110 Declaration in Support *Exhibit D-23* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 139 | EXHIBITS re 110 Declaration in Support *Exhibit D-24* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 140 | EXHIBITS re 110 Declaration in Support *Exhibit D-25* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 141 | EXHIBITS re 110 Declaration in Support *Exhibit D-26* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 142 | EXHIBITS re 110 Declaration in Support *Exhibit D-27* filed byFair Isaac |

| | | |
|---|---|---|
| | | Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 143 | EXHIBITS re 110 Declaration in Support *Exhibit D-28* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 144 | EXHIBITS re 110 Declaration in Support *Exhibit D-29* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 145 | EXHIBITS re 110 Declaration in Support *Exhibit D-30* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 146 | EXHIBITS re 110 Declaration in Support *Exhibit D-31* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 147 | EXHIBITS re 110 Declaration in Support *Exhibit D-32* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 148 | EXHIBITS re 110 Declaration in Support *Exhibit D-33* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 149 | EXHIBITS re 110 Declaration in Support *Exhibit D-34* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 150 | EXHIBITS re 110 Declaration in Support *Exhibit D-35* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 151 | EXHIBITS re 110 Declaration in Support *Part 1 of 5 - Exhibit D-16* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 152 | EXHIBITS re 110 Declaration in Support *Part 2 of 5 - Exhibit D-16* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 153 | EXHIBITS re 110 Declaration in Support *Part 3 of 5 - Exhibit D-16* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 154 | EXHIBITS re 110 Declaration in Support *Part 4 of 5 - Exhibit D-16* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 155 | EXHIBITS re 110 Declaration in Support *Part 5 of 5 - Exhibit D-16* filed byFair Isaac Corporation. (Related document(s)110) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |

| 08/21/2006 | 156 | SEALED MOTION *Defendants' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* filed by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
|---|---|---|
| 08/21/2006 | 157 | Declaration of Andrew Jolls in Support of 156 SEALED MOTION *Defendants' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* filed byFair Isaac Corporation. (Related document(s)156) (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 158 | Proposed Order re 156 SEALED MOTION *Defendants' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 159 | NOTICE by Fair Isaac Corporation re 156 SEALED MOTION *Defendants' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5 Exhibits D-10, D-14, D-17 and D-24 to Declaration of Jayesh Hines-Shah in Support of Defendants' Opposition to Plaintiff's Motions for Class Certification & Partial Summary Judgment* (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 160 | NOTICE by Fair Isaac Corporation re 156 SEALED MOTION *Defendants' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5 Defendants' Opposition to Plaintiff's Motion for Class Certification* (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 161 | NOTICE by Fair Isaac Corporation re 110 Declaration in Support *of Manual Filing of Exhibit D-31* (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/21/2006 | 162 | CERTIFICATE OF SERVICE by Fair Isaac Corporation (Hines-Shah, Jayesh) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 08/22/2006 | 163 | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULES AS TO 99 100 112; Oppositions to be filed not later than 8/28/2006; Replies to be filed not later than 9/12/2006; Motion(s) Hearing reset for 10/2/2006 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Signed by Judge Phyllis J. Hamilton (for MHP) on 8/21/2006. (awb, COURT-STAFF) (Filed on 8/22/2006) (Entered: 08/22/2006) |
| 08/28/2006 | 164 | Memorandum in Opposition *to Plaintiff's Motion for Class Certification - Correction of Docket #108* filed byFair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/28/2006) |
| 08/28/2006 | 165 | Proposed Order *Denying Plaintiff's Motion for Class Certification* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |

| 08/28/2006 | 166 | NOTICE by Fair Isaac Corporation, Myfico Consumer Services Inc. *Manual Filing under Seal Notification of Defendants' Corrected Opposition to Plaintiff's Motions for Class Certification* (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
|---|---|---|
| 08/28/2006 | 167 | Memorandum in Opposition *to Plaintiff's Motion for Partial Summary Judgment - Correction of Docket #107* filed byFair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/28/2006) |
| 08/28/2006 | 168 | Proposed Order re 167 Memorandum in Opposition *to Plaintiff's Motion for Partial Summary Judgment* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 169 | NOTICE by Fair Isaac Corporation, Myfico Consumer Services Inc. *Corrected Notice of Motion and Motion to Transfer Venue Pursuant to 28 U.S.C.1404(A); Memorandum of Authorities in support thereof (Correction of Docket #112)* (Hines-Shah, Jayesh) (Filed on 8/28/2006) Modified on 8/29/2006 (ewn, COURT STAFF). (Entered: 08/28/2006) |
| 08/28/2006 | 170 | Proposed Order *Granting Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 171 | MOTION to Seal Document *Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5* filed by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 172 | Declaration of Andrew Jolls *in support of Defendants' Administrative Motion to Seal Portions of Documents* filed byFair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 173 | Proposed Order *Granting Administrative Motion to Seal* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/28/2006 | 174 | CERTIFICATE OF SERVICE by Fair Isaac Corporation, Myfico Consumer Services Inc. (Hines-Shah, Jayesh) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/31/2006 | 175 | ORDER by Judge Marilyn Hall Patel granting 171 defendants Motion to Seal Document (awb, COURT-STAFF) (Filed on 8/31/2006) (Entered: 08/31/2006) |
| 09/01/2006 | 176 | STIPULATION re 163 Order Setting Hearing on Motion, *Stipulation For An Order Changing Time* by Christy Slack. (Tomlinson, Wade) (Filed on 9/1/2006) (Entered: 09/01/2006) |
| 09/01/2006 | 177 | AFFIDAVIT re 163 Order Setting Hearing on Motion,, 176 Stipulation |

| | | |
|---|---|---|
| | | Declaration of Wade H. Tomlinson, III In Support Of Plaintiff's Stipulation For An Order Changing Time by Christy Slack. (Tomlinson, Wade) (Filed on 9/1/2006) (Entered: 09/01/2006) |
| 09/07/2006 | 178 | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULES: Oppositions to be filed by 10/6/2006; Replies to be filed by 10/16/2006; Motion for transfer of venue to be heard 10/16/2006 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Signed by Judge Marilyn Hall Patel on 9/6/2006. (awb, COURT-STAFF) (Filed on 9/7/2006) (Entered: 09/07/2006) |
| 09/19/2006 | 179 | Joint MOTION to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5 filed by Christy Slack. (Attachments: # 1 Proposed Order # 2 Exhibit Declaration of Andrew Jolls)(McGlamry, Michael) (Filed on 9/19/2006) (Entered: 09/19/2006) |
| 09/21/2006 | 180 | ORDER by Judge Marilyn Hall Patel granting 179 Motion to Seal Exhs E, G (excerpts), F, and K of deposition of Andrew Jolls (awb, COURT-STAFF) (Filed on 9/21/2006) (Entered: 09/21/2006) |
| 09/25/2006 | 181 | RESPONSE in Support re 100 MOTION for Partial Summary Judgment in Favor of the Class and Brief in Support filed byChristy Slack. (Tomlinson, Wade) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/25/2006 | 182 | MEMORANDUM in Opposition re 112 MOTION to Transfer Case Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) filed byChristy Slack. (Related document(s)112) (Tomlinson, Wade) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/25/2006 | 183 | RESPONSE in Support re 99 MOTION to Certify Class and Brief in Support filed byChristy Slack. (Tomlinson, Wade) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/25/2006 | 184 | Declaration of Michael L. McGlamry in Support of 182 Memorandum in Opposition, 183 Response in Support, 181 Response in Support filed byChristy Slack. (Attachments: # 1 Exhibit A# 2 B# 3 C# 4 D# 5 E# 6 F# 7 G# 8 H# 9 I# 10 J# 11 K# 12 L - 1 OF 2# 13 L - 2 OF 2# 14 M# 15 N) (Related document(s)182, 183, 181) (Tomlinson, Wade) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/25/2006 | 185 | NOTICE by Christy Slack filing Unredacted Declaration of Michael L. McGlamry in Support of Reply in Support of Plaintiff's Motion for Partial Summary Judgment; Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a); and Reply in Support of Plaintiff's Motion for Class Certification Under Seal (Tomlinson, Wade) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/25/2006 | 186 | Reply Memorandum re 95 MOTION for Partial Summary Judgment Concerning Plaintiff's Punitive Damages Claims; Memorandum of Points & Authorities in Support filed byFair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| | | |

| 10/04/2006 | 187 | ORDER by Judge Marilyn Hall Patel granting 156Motion to seal AS AMENDED BY COURT ORDER (awb, COURT-STAFF) (Filed on 10/4/2006) (Entered: 10/04/2006) |
|---|---|---|
| 10/04/2006 | 188 | ORDER by Judge Marilyn Hall Patel granting 97 Motion to Seal AS AMENDED BY COURT ORDER (awb, COURT-STAFF) (Filed on 10/4/2006) (Entered: 10/04/2006) |
| 10/06/2006 | 189 | Reply Memorandum re 112 MOTION to Transfer Case *Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) Reply Brief in Support of Motion to Transfer Venue* filed byFair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 10/6/2006) (Entered: 10/06/2006) |
| 10/06/2006 | 190 | Declaration of Jayesh Hines-Shah in Support of 189 Reply Memorandum *in Support of Defendants' Motion to Transfer Venue* filed byFair Isaac Corporation. (Attachments: # 1 Exhibit Exhibit A - Declaration of Jayesh Hines-Shah in Support of Motion to Transfer Venue# 2 Exhibit Exhibit B - Declaration of Jayesh Hines-Shah in Support of Motion to Transfer Venue# 3 Exhibit Exhibit C - Declaration of Jayesh Hines-Shah in Support of Motion to Transfer Venue)(Related document(s)189) (Hines-Shah, Jayesh) (Filed on 10/6/2006) (Entered: 10/06/2006) |
| 10/06/2006 | 191 | OBJECTIONS to *Plaintiff's Exhibits Submitted in Support of Reply Briefs on Plaintiff's Motions for Class Certification & Partial Summary Judgment and Plaintiff's Opposition to Defendants' Motion to Transfer Venue* by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 10/6/2006) (Entered: 10/06/2006) |
| 10/17/2006 | 192 | Minute Entry: Motion Hearing held on 10/16/2006 before Hon. Marilyn Hall Patel (Date Filed: 10/17/2006) re 112 99 100 95 (Court Reporter Joan Columbini.) (awb, COURT-STAFF) (Date Filed: 10/17/2006) (Entered: 10/17/2006) |
| 10/25/2006 | 193 | STIPULATION *and [Proposed] Order Extending Discovery Cutoff by 60 Days* by Fair Isaac Corporation. (Hines-Shah, Jayesh) (Filed on 10/25/2006) (Entered: 10/25/2006) |
| 10/26/2006 | 194 | NOTICE by Fair Isaac Corporation *Joint Notice of Extension of Time in Hillis Proceeding* (Hines-Shah, Jayesh) (Filed on 10/26/2006) (Entered: 10/26/2006) |
| 10/27/2006 | 195 | STIPULATION AND ORDER re: 193. Discovery cut-off of 11/30/06 extended to and due by 1/29/2007. Signed by Judge Marilyn Hall Patel on 10/27/06. (epb, COURT STAFF) (Filed on 10/27/2006) (Entered: 10/27/2006) |
| 11/03/2006 | 196 | NOTICE by Fair Isaac Corporation *Joint Notice of Extension of Time in Hillis Proceeding* (Hines-Shah, Jayesh) (Filed on 11/3/2006) (Entered: 11/03/2006) |
| 11/13/2006 | 197 | NOTICE by Fair Isaac Corporation *Joint Notice of Extension of Time in Hillis Proceeding* (Hines-Shah, Jayesh) (Filed on 11/13/2006) (Entered: 11/13/2006) |

| 12/08/2006 | 198 | TRANSCRIPT of Proceedings held on 10/16/06 before Judge Marilyn H. Patel. Court Reporter: Joan Marie Columbini. (gba, COURT STAFF) (Filed on 12/8/2006) (Entered: 12/08/2006) |
|---|---|---|
| 12/26/2006 | 199 | CLERK'S NOTICE - status conference is set for 1/5/07 at 10:00 a.m, in Courtroom 15, 18th Floor. (epb, COURT STAFF) (Filed on 12/26/2006) (Entered: 12/26/2006) |
| 12/26/2006 | | Set/Reset Hearings: Status Conference set for 1/5/2007 10:00 AM in Courtroom 15, 18th Floor, San Francisco. (sis, COURT STAFF) (Filed on 12/26/2006) (Entered: 01/04/2007) |
| 01/05/2007 | 200 | Minute Entry: Status Conference. Parties to submit proposed Order to Transfer case by 1/22/07. (Date Filed: 1/5/2007). (Court Reporter Jim Yeomans.) (epb, COURT STAFF) (Date Filed: 1/5/2007) (Entered: 01/05/2007) |
| 01/18/2007 | 201 | NOTICE by Christy Slack *of Change of Firm Name* (Kim, Sabrina) (Filed on 1/18/2007) (Entered: 01/18/2007) |
| 01/22/2007 | 202 | STIPULATION *and [Proposed] Order Transferring Action for Settlement Purposes* by Fair Isaac Corporation, Myfico Consumer Services Inc.. (Hines-Shah, Jayesh) (Filed on 1/22/2007) (Entered: 01/22/2007) |
| 01/24/2007 | 203 | STIPULATION AND ORDER TRANSFERRING CASE re: 202. Action to be transferred to Northern Dist. of Georgia, on an expedited basis. Action to be transferred back in event transferee court rejects settlement or denies certification of proposed Settlement Class. Signed by Judge Marilyn Hall Patel on 1/24/07. ***Civil Case Terminated.(epb, COURT STAFF) (Filed on 1/24/2007) Additional attachment(s) added on 1/24/2007 (epb, COURT STAFF). (Entered: 01/24/2007) |
| 02/01/2007 | 204 | Certified copy of transfer order and docket sheet along with the original case file sent to USDC for the Northern District of Georgia. (gba, COURT STAFF) (Filed on 2/1/2007) (Entered: 02/01/2007) |
| 02/12/2007 | 205 | Acknowledgement Receipt from USDC for the Northern District of Georgia of transferred case (1:07-CV-0329). (gba, COURT STAFF) (Filed on 2/12/2007) (Entered: 02/22/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/24/2007 09:25:00 | | |
| **PACER Login:** pm0158 | **Client Code:** | 04-023 |
| **Description:** | Docket Report | **Search Criteria:** 3:05-cv-00257-MHP |
| **Billable Pages:** 14 | **Cost:** | 1.12 |

CLOSED, CONSOL

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00314-TCB

Slack v. Fair Isaac Corporation et al
Assigned to: Judge Timothy C. Batten, Sr
Lead case: 1:04-cv-03400-TCB
Member case: (View Member Case)
Case in other court: USDC ND California, 3:05-cv-00257-MHP
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 02/06/2007
Date Terminated: 02/08/2007
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

### Plaintiff

**Christy Slack**
*Individually and On Behalf of All Persons Similarly*

represented by **Alan G. Snipes**
Pope McGlamry Kilpatrick, Morrison & Norwood, LLP
P.O. Box 2128
1111 Bay Avenue (Zip Code 31901-2412)
Suite 450
Columbus, GA 31902-2128
706-324-0050
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Neal Pope**
Pope McGlamry Kilpatrick, Morrison & Norwood, LLP
P.O. Box 2128
1111 Bay Avenue (Zip Code 31901-2412)
Suite 450
Columbus, GA 31902-2128
706-324-0050
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harlan F. Winn, III**
Battle, Fleenor, Green, Winn & Clemmer, LLP
1150 Financial Center
505 North 20th Street
Birmingham, AL 35203
205-397-8160

Email: hwinn@bfgwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeff S. Westerman**
Milberg, Weiss, Bershad & Schulman
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071
213-617-1200
Fax: 213-617-1975
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvyn I. Weiss**
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165
212-594-5300
Email: mweiss@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
Pope McGlamry Kilpatrick Morrison &
Norwood
925 The Pinnacle
P.O. Box 191625
3455 Peachtree Road, N.E.
Atlanta, GA 31119-1625
404-523-7706
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Spencer**
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165
212-594-5300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina S. Kim**
Milberg, Weiss, Bershad & Schulman
One California Plaza
300 South Grand Avenue

Suite 3900
Los Angeles, CA 90071
213-617-1200
Fax: 213-617-1975
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wade H. Tomlinson, III**
Pope McGlamry Kilpatrick, Morrison
& Norwood, LLP
P.O. Box 2128
1111 Bay Avenue (Zip Code 31901-
2412)
Suite 450
Columbus, GA 31902-2128
706-324-0050
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fair Isaac Corporation**            represented by **Frederick A. Brown**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8204
Email: fbrown@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh S. Hines-Shah**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8212
Email: jhinesshah@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S. Sanders**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8268
Email: jsanders@gibsondunn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
Gibson, Dunn & Crutcher, LLP
One Montgomery Street
31st Floor
San Francisco, CA 94104
415-393-8296
Email: rjustice@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Myfico Consumer Services, Inc.**         represented by **Frederick A. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh S. Hines-Shah**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S. Sanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2007 | 1 | COMPLAINT with Jury Demand filed by Christy Slack; and Summon(s) issued. ( Filed 1/18/05 in USDC ND CA (San Francisco; Filing fee paid $ 150.00 receipt number 3368248.) (Attachments: # 1 Exhibit A# 2 Summons # 3 Civil Cover Sheet)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 02/07/2007) |
| 02/06/2007 | 14 | AMENDED COMPLAINT against Myfico Consumer Services, Inc. and Fair Isaac Corporation, filed by Christy Slack. (Filed 3/10/05 in USDC ND CA)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/07/2007) |
| 02/06/2007 | 61 | ANSWER to Amended Complaint by Myfico Consumer Services, Inc., |

| | | |
|---|---|---|
| | | Fair Isaac Corporation. Discovery ends on 7/6/2007. (Filed 7/28/05 in USDC ND CA)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/07/2007) |
| 02/06/2007 | 90 | MOTION to Seal Document by Christy Slack. (Filed 6/29/06 in USDC ND CA) (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/07/2007) |
| 02/06/2007 | 91 | Declaration of Wade H. Tomlinson, III in Support of re 90 MOTION to Seal Document by Christy Slack. (Filed 6/29/06 in USDC ND CA) (epm) Additional attachment(s) added on 2/7/2007 (epm). Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/07/2007) |
| 02/06/2007 | 92 | PROPOSED STIPULATION and PROPOSED ORDER Granting re: 90 MOTION to Seal Document. (epm) Modified text on 2/12/2007 (epm). Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/07/2007) |
| 02/06/2007 | 95 | MOTION for Partial Summary Judgment Concerning Plaintiff's Punitive Damages Claims with Brief In Support and Proposed Order by Myfico Consumer Services, Inc. and Fair Isaac Corporation. (Attachments: # 1 Text of Proposed Order)(epm) (Filed 7/3/06 in USDC ND CA) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (epm). Modified text on 2/12/2007 (epm). Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 96 | DECLARATION of Rebecca Justice Lazarus in Support re 95 MOTION for Partial Summary Judgment filed by Myfico Consumer Services, Inc. and Fair Isaac Corporation. (Filed 7/3/06 in USDC ND CA) (epm) Modified text on 2/12/2007 (epm). Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 99 | MOTION to Certify Class with Brief in Support by Christy Slack. (Filed 7/19/06 in USDC ND CA) (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 100 | MOTION for Partial Summary Judgment with Brief In Support filed by Christy Slack. (Filed 7/19/06 in USDC ND CA) (epm) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 101 | APPENDIX in Support of re 99 MOTION to Certify Class and 100 MOTION for Partial Summary Judgment filed by Christy Slack. (Voluminous Exhibits 1-10 placed in file) (Filed 7/19/06 in USDC ND CA) (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 105 | RESPONSE in Opposition re 95 MOTION for Partial Summary Judgment filed by Christy Slack. (Filed 8/21/06 in USDC ND CA) (epm) |

| | | |
|---|---|---|
| | | Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 106 | Joint Statement of Material Facts re 100 MOTION for Partial Summary Judgment filed by Christy Slack, Myfico Consumer Services, Inc. and Fair Isaac Corporation. (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 169 | CORRECTED MOTION to Transfer Venue Pursuant to 28 U.S.C. ? 1404(A)by Myfico Consumer Services, Inc. and Fair Isaac Corporation. (Filed 8/28/06 in USDC ND CA)(epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 181 | REPLY in Support of re 100 MOTION for Partial Summary Judgment filed by Christy Slack. (Filed 9/25/06 in USDC ND CA) (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 182 | RESPONSE in Opposition re 169 MOTION to Transfer Case to Venue Pursuant to 28 U.S.C.§ 1404(A) filed by Christy Slack. (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 183 | REPLY in Support of re 99 MOTION for Class Certification filed by Christy Slack. (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 186 | REPLY in Support of re 95 MOTION for Partial Summary Judgment Concerning Plaintiff's Punitive Damages Claim filed by Myfico Consumer Services, Inc. and Fair Isaac Corporation. (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 189 | REPLY BRIEF in Support of re 169 MOTION to Transfer Venue Pursuant to 28 U.S.C. §1404(A) filed by Myfico Consumer Services, Inc. and Fair Isaac Corporation. (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 203 | ORDER Transferring Action from USDC ND California to USDC ND GA; signed by Judge Marilyn Hall Patel. (Filed 1/2407 in USDC ND CA) (epm) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/12/2007) |
| 02/06/2007 | 205 | Case transferred in from USDC ND of California; Case Number 3:05-cv-257-MHP. Original file with documents numbered 1-204, certified copy of transfer order and docket sheet received. (epm) (Entered: 02/12/2007) |
| 02/08/2007 | 207 | ORDER Consolidating cases 1:04-cv-3400-TCB and 1:07-cv-314-TCB for purposes of settlement. Docketing shall occur only on case 1:04-cv-3400-TCB, and the docket for case 1:07-cv-314-TCB shall reflect this order. Additionally, the Court ORDERS the Clerk of the Court to Administratively CLOSE case 1:07-cv-314-TCB. Signed by Judge Timothy C. Batten Sr. on 2/8/07. (mas) Modified on 2/12/2007 to change pleading number (epm). (Entered: 02/09/2007) |
| 02/08/2007 | | Civil Case Terminated. (mas) (Entered: 02/09/2007) |
| | | |

| 02/12/2007 | 206 | CLERK'S NOTICE to Parties: re 205 Case Transferred In from USDC ND California (epm) (Entered: 02/12/2007) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/24/2007 12:23:43 | | |
| **PACER Login:** pm0158 | **Client Code:** | 04-023 |
| **Description:** Docket Report | **Search Criteria:** | 1:07-cv-00314-TCB |
| **Billable Pages:** 3 | **Cost:** | 0.24 |

# EXHIBIT 3

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 08 2007

JAMES N. HATTEN, Clerk

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBBIE HILLIS, individually and on behalf of all persons similarly situated, | CASE NO. 1:04-CV-3400-TCB |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| EQUIFAX CONSUMER SERVICES, INC. and FAIR ISAAC CORPORATION, | |
| Defendants. | |

RECEIVED
FEB 9 2007
P.M.K.M. & N.

AND

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,, | CASE NO. 1:07-CV-314-TCB |
| Plaintiffs, | |
| vs. | **CLASS ACTION** |
| FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., | |
| Defendants. | |

## ORDER

The parties in the above–styled cases have filed a Motion to Consolidate

Cases, for Preliminary Approval of Class Action Settlement, and for Approval of

1

Notice Plan and, in addition, a Motion for Certification of Settlement Class.[1]
Having read and considered the Motions and accompanying materials, and for
the reasons set forth below, the Motions are GRANTED. For purposes of this
Preliminary Approval Order, the Court adopts all defined terms as set forth in
the Settlement Agreement.

## BACKGROUND

Plaintiff Robbie Hillis filed a putative class action in the United States
District Court for the Northern District of Georgia (1:04-CV-3400-TCB) on
November 19, 2004, naming as Defendants Equifax Consumer Services, Inc. and
Fair Isaac Corporation. Shortly thereafter, Plaintiff Christy Slack filed a putative
class action in the United States District Court for the Northern District of
California (No. 3:05-CV-00257-MHP), naming as Defendants Fair Isaac
Corporation and MyFICO Consumer Services, Inc. The claims in both cases
arose out of the purchase of certain offerings made available on the Defendants'

---

[1] As this Order is in contemplation of settlement, Defendants Equifax
Consumer Services, Inc., Fair Isaac Corporation and MyFICO Consumer
Services, Inc. do not move for but do not oppose the motion for
certification of a settlement class. All parties reserve their respective
arguments regarding the appropriateness of class certification in the event
this settlement is not finally approved.

2

websites, www.equifax.com and www.myfico.com, and out of the statements
and representations made thereon in other promotional materials. Both cases
allege violations of the Credit Repair Organizations Act, 15 U.S.C. §§ 1679 et seq.
(the "CROA"), and further allege the Defendants were unjustly enriched. In
Slack, the Plaintiff also alleged violations of the California Credit Services Act of
1985, Cal. Civ. Code §§ 1789.10 et seq.

Both of these cases have been vigorously and fully litigated. In Hillis, the
parties engaged in extensive written and deposition discovery, including and/or
resulting in multiple sets of interrogatories and requests for admission, the
production of tens of thousands of pages of documents, and over 15 depositions.
Discovery concluded, and Plaintiff Hillis moved for class certification and for
partial summary judgment. The parties in the Slack case engaged in similarly
extensive discovery, and in addition, they agreed that a significant amount of the
documents, depositions and other discovery developed in Hillis could be used in
Slack. As in Hillis, Plaintiff Christy Slack moved for class certification and for
partial summary judgment. In both cases, the respective Courts conducted
numerous hearings and issued numerous Orders.

## CONSOLIDATION FOR SETTLEMENT

Actions can be consolidated where any issue of fact or law is common. See Fed.R.Civ.P. 42. Because these two cases involve a common Defendant (Fair Isaac), offerings that in many instances contain the Score Power component jointly developed and provided by Equifax and Fair Isaac and which can be purchased both on www.equifax.com and www.myfico.com, some overlap in the classes each Plaintiff seeks to represent, and at least one common issue of law and fact concerning the Defendants' status as credit repair organizations, the Court hereby GRANTS the parties' motion to consolidate for settlement. Such consolidation will further both the interests of judicial economy and the policy favoring settlement. See In re Oil and Gas Litig., 967 F.2d 489 (11th Cir. 1992); accord Cotton v. Hinton, 559 F.2d 1326 (5th Cir. 1977). If the proposed Settlement is not finally approved, these two cases will, upon either Plaintiff's motion, be severed, and, upon Christy Slack's motion, the Slack case will be transferred back to Judge Patel in the Northern District of California.

## CERTIFICATION OF A SETTLEMENT CLASS

The Plaintiffs have moved for, and the Defendants do not oppose, the certification of a settlement class. In so doing, the parties request that the Court first vacate the class certification portions of the Court's ruling on Plaintiff Hillis'

4

Motion for Class Certification. See Hillis v. Equifax Consumer Services, Inc. and Fair Isaac Corporation, 237 F.R.D. 491 (N.D. Ga. 2006). In light of the parties' proposed settlement and Plaintiff Hillis' Motion for Reconsideration filed on September 1, 2006 (which was argued on October 13, 2006 and which is hereby DENIED as Moot, subject to reinstatement if the settlement is not finally approved), the Court hereby VACATES the class certification portions of its August 18, 2006 Order.

Even in the settlement context, this Court must determine whether, in the proper exercise of its discretion, this action should proceed as a class action. See Anchem Prods., Inc. v. Windsor, 521 U.S. 591 (1997); Bennett v. Behring Corp., 737 F.2d 982 (11th Cir. 1984). See also Fed.R.Civ.P. 23. Having presided over the Hillis action, and upon review of the motion and supporting papers, the Court hereby GRANTS Plaintiffs' unopposed motion to certify a settlement class. Pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), the Court certifies the following class.

"All consumers residing in the United States who, between November 19, 1999 and February 8, 2007, entered into an agreement with any of the Defendants to purchase any of the Offerings, paid

5

any of the Defendants for that Offering but did not later obtain a complete refund from any source, and received said Offering."

a.      "Offering" as used above is defined as "those products or services that are offered by Equifax or Fair Isaac for sale to consumers in return for the payment of money and are further identified as one of the following (including all components, features, content and variants thereof, regardless of the website from which the purchase is made): Score Power; Credit Watch; Score Watch; 3-in-1 Monitoring; Credit Rankings with Score Power; Credit Rankings with 3 in 1 with Score Power; Credit Rankings with Credit Report; Credit Rankings with 3 in 1; 3-in-1 with Score Power; Score Power by mail; Credit Watch by mail; FICO® Score (with Equifax, TransUnion or Experian reports); FICO® Deluxe; Suze Orman FICO® Kit; CreditSync; and Credit Advantage."

b.      Exclusions from the Settlement Class shall include: "(i) all judicial officers in the United States and their families through the third degree of relationship; (ii) all officers, directors, employees or counsel of the Released Parties; (iii) all persons who have already settled or otherwise compromised their claims against the Defendants; (iv) all persons who Opt-Out; and (v) all persons who have pending against any of the

6

Defendants on the date of entry of the Preliminary Approval Order any action wherein the recovery sought is encompassed by the Released Claims."

The Court finds and concludes, for purposes of settlement only, that the prerequisites to class action certification under Fed. R. Civ. P. 23(a) have been satisfied in that: (a) the number of Class Members is so numerous that joinder thereof is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims of the proposed Class Representatives Robbie Hillis and Christy Slack are typical of the claims of the Class they seek to represent; and (d) the proposed Class Representatives and Class Counsel have and will fairly and adequately represent the interests of the Class. "Class Counsel" means: Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP, who are the attorneys of record for Hillis, Slack and the Settlement Class in the *Hillis* and *Slack* actions; and Battle, Fleenor, Green, Winn & Clemmer LLP, who are the attorneys of record for Slack and the Settlement Class in the *Slack* action.

The above-described class includes several million persons. Clearly, that number of persons makes joinder impracticable. There exist common questions of law and fact. Both Defendants have admitted they do not comply with certain statutory requirements that apply to credit repair organizations – while denying

7

that they fall within the definition of a credit repair organization under the CROA, denying all claims alleged and denying that Plaintiffs' claims could be certified as a class action for trial purposes. This common fact and common defense means that certain questions of law and fact are common, including but not limited to, whether the Defendants are credit repair organizations under the CROA and whether the Defendants' statements about the offerings made available for sale on their websites are untrue and/or misleading. Plaintiff Hillis and Plaintiff Slack's claims are typical of those of the absent class members. Plaintiff Hillis purchased Score Power on www.equifax.com, and Plaintiff Slack purchased the Suze Orman FICO Kit on www.myfico.com. Both Plaintiffs' claims, as well as those of all absent class members, arise out of similar internet transactions. Finally, Plaintiff Hillis and Plaintiff Slack will fairly and adequately represent the interests of absent settlement class members. Neither has any interest antagonistic to the interests of absent settlement class members. Both Plaintiffs have been working with their attorneys in the preparation and prosecution of these cases. Both Plaintiffs have been deposed. Both Plaintiffs have retained competent and experienced counsel to represent them and the putative class. The Court hereby finds and concludes that Robbie Hillis and

8

Christy Slack are adequate pursuant to Fed.R.Civ.P. 23(a)(4) and that Pope,
McGlamry and Battle, Fleenor are adequate to serve as Class Counsel.

The Court finds and concludes, for purposes of the settlement only, that
the prerequisites to class action certification pursuant to Fed. R. Civ. P. 23(b)(3)
have been satisfied in that: (a) the questions of law and fact common to Class
Members predominate over any questions affecting only individual Class
Members; and (b) a class action is superior to other available methods for the fair
and efficient adjudication of the controversy. As discussed above, the common
question predominating over any others is whether the Defendants are credit
repair organizations pursuant to the CROA. For settlement purposes, class
action resolution of the claims here at issue is a superior means to resolve the
dispute. The Court's initial concerns about the potentially disproportionate
damages as compared to the harm sustained are addressed through the
proposed settlement. In light of the proposed settlement, the Court need not
address the question of manageability. See Amchem Prods., Inc. v. Windsor,
supra, 521 U.S. at 619.

## PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

This Court must approve any disposition of this action, and in particular,
the Court must examine the proposed settlement of a class action for its fairness,

9

reasonableness and adequacy, and must ensure that the settlement is not the product of collusion. See Fed.R. Civ. P. 23. See also Bennett v. Behring Corp., supra, 737 F.2d at 986. The Court can consider the stage of the proceedings at which the settlement was achieved, the likelihood of Plaintiff's success at trial, the range of possible recoveries, the complexity and expense and likely duration of continued litigation, any opposition to the settlement and the opinions of class representatives and class counsel. See In re Motorsports Merchandise Antitrust Litig., 112 F.Supp.2d 1329 (N.D. Ga. 2000); In re Domestic Airlines Antitrust Litig., 148 F.R.D. 297 (N.D. Ga. 1993); Bennett, 737 F.2d at 986. At this stage of the proceedings, and pending consideration of filings in support of final approval and a hearing on said final approval, the Court must consider whether to issue an order preliminarily approving the settlement and the procedures associated therewith, including but not limited to, notice to the proposed settlement class. Having read and considered the materials presented, and for the reasons set forth below, the Court hereby GRANTS the motion for preliminary approval of settlement.

The proposed settlement provides that class members will receive at no cost or other obligation to them either 3 months or 6 months of an offering called Score Watch, which is offered for sale by both Equifax and Fair Isaac. It monitors

10

a consumer's Equifax credit file and FICO® score, and provides up to two Equifax Score Power reports. The current retail value of Score Watch™ is approximately $7.95-$8.95 per month. This relief is worth approximately $24.00 (3 months) or $48.00 (6 months). Those class members who purchased a qualified offering from only Equifax or Fair Isaac will receive Score Watch free for 3 months; those who purchased two qualified offerings, one from Equifax and one from Fair Isaac, will receive Score Watch free for 3 months from each of the Defendants (for a total of 6 free months). Considering the risks associated with this litigation, which are substantial considering the Court's expressed views on the construction of the CROA, and the range of possible recoveries, which range from $0 to the cost of the offering purchased (which in many instances here is less than the proposed free relief), the Court preliminarily finds the proposed relief within the range of possible recoveries.

To receive the free Score Watch, the class member need only authenticate his or her personal information to assure the privacy of each class member. The Court finds this procedure, as described in the Agreement and as explained in the proposed Notice, to be reasonable.

In addition to the free Score Watch, the Defendants also have agreed to change their websites and, in some situations, the offerings available thereon.

11

The Court finds preliminarily that these changes address the Plaintiffs' claims and inure to the benefit of the certified Class and future purchasers. Some of the changes are as follows:

    a.    Defendants have agreed to restrictions on terms used in the Offerings and marketing and advertising literature for the Offerings.

    b.    Defendants have agreed to provide an explanation regarding the general nature of the simulated score associated with the Score Simulator.

    c.    Defendants have agreed to provide a disclaimer that Defendants are not credit repair organizations or similarly regulated organizations.

    d.    Defendants have agreed to notify Contractual Associates of the terms of the injunctive relief, and to modify contracts with those Contractual Associates to incorporate the terms of the injunctive relief.

    e.    Defendants have agreed to provide specified links to free consumer information on their websites.

    f.    Fair Isaac has agreed to make certain changes to the Suze Orman FICO® Kit and to the marketing and advertising literature for this offering.

As stated previously, the Court has presided over the Hillis action, and thus, the Court is aware of the litigation efforts of the parties and their counsel. The Court also regularly has been informed of the ongoing settlement negotiations and of the hard fought and sometimes contentious nature of those negotiations. The Court preliminarily finds that there is no evidence of fraud or collusion, and further finds that all of the factors identified previously favor preliminary approval.

## APPROVAL OF NOTICE AND SETTLEMENT ADMINISTRATOR

Also, the Court finds the proposed Notice plan – involving E-mail Notice, a Long Form Notice posted on the settlement website, follow-up Postcard Notice, and a reminder Notice – to be reasonable, to satisfy due process, and to constitute the best notice practicable under the circumstances of this litigation. See Fed.R.Civ.P. 23. Virtually all of the transactions at issue in these two cases were consummated on the Internet. The law is increasingly supporting the use of e-mail to disseminate class notice, particularly where the conduct at issue was conducted via the internet. See, e.g., Fine v. America Online, Inc., No. 97CV118102 (Ct. of Common Pleas, Lorain County, Ohio); Frank Chavez v. Netflix, Inc., CGC-04-434885 (Superior Ct., San Francisco, California); Brian

13

Walters, "Best Notice Practicable" in the Twenty-First Century, 2003 UCLA J.L. & TECH. 4 (2003); Jordan S. Ginsberg, Comment, Class Action Notice: The Internet's Time Has Come, 2003 U. CHI. LEGAL.F. 739; Jennifer Mingus, Note, E-Mail: A Constitutional (and Economical) Method of Transmitting Class Action Notice, 47 CLEV.ST.REV. 87 (1999). Thus, the Court approves the form, substance and requirements of: Exhibit "2" (the "Email Notice"), Exhibit "3" (the "Postcard Notice"); and Exhibit "4" (the "Long Form Notice"); and Exhibit "5" (the "Notice of Eligibility", or "Reminder Notice"). The Court also approves Exhibit "6" (the "Authentication Form").

The Court also approves the selection of Garden City by Defendants as the Settlement Administrator. The Settlement Administrator and Defendants shall construct and maintain the Settlement Website, on which copies of the Settlement Agreement, the Long-Form Notice, and other documents important to the case shall be kept. The documents will be available for Settlement Class Members to view and print, but Class Members will not be able to post their own materials on the website. The Settlement Administrator and Defendants will cause the Settlement Website to be registered with Google so that appropriate queries on Google will yield a link to the Settlement Website. The Settlement Administrator must ensure the website is operational by March 5, 2007.

14

The Settlement Administrator and Defendants shall cause the approved Email Notice, in a form substantially similar to that attached as Exhibit "2" to the joint Motion, to be sent by email to each Settlement Class Member at each member's last known email address in the customer databases of Equifax and/or Fair Isaac, to the extent such address is available.  The approved Email Notice will direct recipients to the Settlement Website, www.hillisslacksettlement.com, which will display the entire approved Long-Form Notice (Exhibit "4").  Sending of the approved Email Notice must be completed by March 9, 2007.    The Settlement Administrator will monitor the transmissions of the Email Notice, and if an email is returned to the sender because it could not be delivered ("bounced-back"), Defendants and the Settlement Administrator may, if they deem it useful, cause the Email Notice to be re-sent.

In the event that each Email Notice sent to a particular Settlement Class Member is "bounced back," or no email address is located, the Settlement Administrator and Defendants shall cause the approved Postcard Notice, in a form substantially similar to that attached as Exhibit "3" to the joint Motion, to be sent via first class known mailing address.  The Defendants shall cause the last known mailing addresses to be updated by the Settlement Administrator utilizing the National Change of Address ("NCOA") process as licensed by the

15

U.S. Postal Service.   The Settlement Administrator will re-mail the Postcard Notice via first class to updated addresses of Settlement Class Members to the extent that it receives address change notifications from the U.S. Postal Service. The emailing and mailing of notices pursuant to this subsection will be completed by March 30, 2007.   The Settlement Administrator is directed to preserve the email and postal mail tapes used in the notice program.

The Court specifically finds that neither the Slack case nor the Hillis case is governed by the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. §§ 1332, 1446, and 1453.   In that regard, the CAFA became effective on February 18, 2005. Id.   The Hillis case was filed on November 14, 2004; the Slack case was filed on January 18, 2005.   Accordingly, both cases were filed prior to the CAFA's effective date.   Neither case was amended to add new parties or claims, accordingly, the CAFA and its additional notice provisions do not apply to the settlement of these consolidated cases.

## PROCEDURE FOR EXCLUSION, OBJECTION, AND INTERVENTION

Any Person falling within the definition of the Class may, upon request, be excluded from the Class, in the manner set forth in the Long-Form Notice.   All Members of the Class who do not timely request exclusion from the Class in the form and manner set forth in the Long-Form Notice will be bound by the

16

Settlement provided for in the Settlement Agreement, and by any judgment or determination of the Court affecting the Class, whether favorable or unfavorable to the Class. Class Members requesting exclusion from the Class shall not be entitled to receive the free Score Watch described in the Settlement Agreement and Notice.

Any Member of the Class who has not requested exclusion from the Class may appear at the Final Fairness Hearing to show cause why the proposed Settlement should not be approved as fair, reasonable and adequate; why a judgment should not be entered thereon; or why Class Counsel's application for an award of attorney fees and reimbursement of litigation expenses should not be granted; provided, however, that no member of the Class shall be heard or entitled to contest the approval of the terms and conditions of the proposed Settlement, the Judgment to be entered approving the same, or the attorney fees and reimbursement of litigation expenses requested, unless by May 4, the Class Member files with the Clerk of the Court and serves upon Class Counsel and Defendants' Counsel written objections and copies of any supporting papers and briefs as provided in the Long-Form Notice. Persons who intend to object to the Settlement and/or Class Counsel's application for an award of attorney fees and litigation expenses, and desire to present evidence at the Final Fairness Hearing,

17

must include in their written objections the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Final Fairness Hearing.

Any Class Member who does not object in the manner prescribed above shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, adequacy or reasonableness of the Settlement, the Judgment to be entered approving the Settlement, or the attorney fees and reimbursement of litigation expenses requested.

Class Counsel shall submit their papers in support of their application for attorney fees and reimbursement of litigation expenses by no later than April 20, 2007. Class Counsel and/or Defendants shall submit their papers in support of final approval of the Settlement by May 25, 2007.

## FINAL FAIRNESS HEARING

A Final Fairness Hearing shall be held before the undersigned on June 4, 2007, at 10:00 A.M. in the United States District Court for the Northern District of Georgia, Atlanta Division, Courtroom 1708, Richard B. Russell Federal Building and Courthouse, 75 Spring Street SW, Atlanta, Georgia 30303-3361, on the fairness, reasonableness, and adequacy of the proposed settlement set forth in the Settlement Agreement and on the request of Class Counsel for attorneys' fees

18

and costs. Settlement Class Members who have not excluded themselves from the class but who have timely filed a proper written objection and complied with the other requirements set forth in the Long-Form Notice and this Order may appear at the Final Fairness Hearing in person or by counsel and be heard. The Court will also consider any properly filed written objections.

The Court expressly reserves the right to adjourn the Final Fairness Hearing, or any adjournment thereof, without any further notice other than an announcement at the Final Fairness Hearing, or any adjournment thereof, and to approve any modification requested by the parties to the Settlement Agreement and without further notice to Class Members.

The Court retains exclusive jurisdiction over the Litigation to consider all further matters arising out of or connected with the Settlement Agreement.

Neither the Settlement Agreement, nor any of its terms or provisions, nor any of the submissions or negotiations or proceedings connected with it, shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Litigation, or of any liability, fault or wrongdoing of any kind.

If any of the specified conditions in the Settlement Agreement relating to the Effective Date of the Settlement are not satisfied or if the Plaintiffs or Defendants terminate the Settlement Agreement for any reason provided in that

19

document, then the Settlement Agreement and this Order shall be null and void, of no further force and effect, and without prejudice to any party, and may not be introduced as evidence or referred to in any action or proceeding by any person or entity, and each party shall stand in the same procedural position as if the Settlement and the Settlement Agreement had not been negotiated, made, or filed with the Court.

IT IS SO ORDERED, this ___8th___ day of February, 2007.

TIMOTHY C. BATTEN, SR.
United States District Judge

20

Order Prepared By:

ATTORNEYS FOR PLAINTIFF

**POPE, McGLAMRY,
KILPATRICK, MORRISON &
NORWOOD, LLP**
C. Neal Pope
Georgia Bar No. 583769
Wade H. Tomlinson, III
Georgia Bar No. 714605
1111 Bay Avenue, Suite 450
Columbus, Georgia 31901
Telephone: (706) 324-0050
Facsimile: (706) 327-1536

Michael L. McGlamry
Georgia Bar No. 492515
The Pinnacle, Suite 925
2455 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

**BATTLE FLEENOR GREEN
WINN & CLEMMER LLP**

Wilson Green
The Financial Center
505 North 20th St., Suite 1150
Birmingham, AL 35203
Telephone: (205) 397-8160
Facsimile: (205) 397-8179

ATTORNEYS FOR DEFENDANT
EQUIFAX CONSUMER SERVICES, INC.

**KILPATRICK STOCKTON LLP**
A. Stephens Clay
Georgia Bar No. 129400
Craig E. Bertschi
Georgia Bar No. 055739
Cindy D. Hanson
Georgia Bar No. 323920
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4536
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

**HOWREY, LLP**

Kenneth M. Kliebard
Todd L. McLawhorn
321 N. Clark Street, Suite 3400
Chicago, Illinois 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

ATTORNEYS FOR DEFENDANT
FAIR ISAAC CORPORATION

**GIBSON, DUNN & CRUTCHER, LLP**
Frederick Brown
Jayesh Hines-Shah
Rebecca Justice Lazarus
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415)393-8204

21

**MCKENNA LONG & ALDRIDGE LLP**

Phillip A. Bradley
Georgia Bar No: 075137
Samantha M. Rein
Georgia Bar No: 600285
303 Peachtree St., Suite 5300
Atlanta, GA  30308
Telephone:  404-527-8408

22

RECEIVED

**MAR 19** 2007

P.M.K.M. & N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBBIE HILLIS, individually and on behalf of all persons similarly situated, | CASE NO. 1:04-CV-3400-TCB |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| EQUIFAX CONSUMER SERVICES, INC. and FAIR ISAAC CORPORATION, | |
| Defendants. | |

AND

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,, | CASE NO. 1:07-CV-314-TCB |
| Plaintiffs, | |
| vs. | **CLASS ACTION** |
| FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., | |
| Defendants. | |

## ▓▓▓▓▓ SUPPLEMENTAL PRELIMINARY APPROVAL ORDER

The Parties in the above–styled cases have filed a Motion to Amend

Settlement Class Definition and for Approval of Supplemental Notice Plan.

US2000 9853816.1

Having read and considered the Motion and accompanying materials, and for the reasons set forth below, the Motion is GRANTED. For purposes of this Supplemental Preliminary Approval Order, the Court adopts all defined terms as set forth in the Settlement Agreement.

### BACKGROUND

On February 5, 2007, the Parties executed a Settlement Agreement in the referenced matters. In accordance with the Settlement Agreement, the Parties filed a Motion for Preliminary Approval of the Settlement and for Approval of the Notice Plan. On February 8, 2007, the Court issued an Order granting the Parties' Motions, which approved the Parties' proposed Settlement Class Definition and the proposed Notice Plan (the "Preliminary Approval Order").

In accordance with the Preliminary Approval Order, the Parties caused the Email Notice previously approved by the Court to be sent to the Class Members. The Parties have advised the Court that potential confusion has arisen with respect to the status of a small number of the Class Members and thus seek an amendment to the Class Definition and approval of the Supplemental Notice Plan. The Court GRANTS the Motion and Orders the following:

2

US2000,9851816.1

## AMENDMENT TO CLASS DEFINITION

The court hereby amends the Class Definition contained on pages 5-7 of the Preliminary Approval Order to:

"All consumers residing in the United States who, between November 19, 1999, and February 8, 2007, (i) entered into an agreement with any of the Defendants to purchase any of the Offerings, (ii) paid any of the Defendants for that Offering but did not later obtain a complete refund from any source or had a third party pay any of the Defendants on the consumers' behalf for that Offering, and (iii) received said Offering."

     a.     "Offering" as used above is defined as "those products or services that are offered by Equifax or Fair Isaac for sale to consumers in return for the payment of money and are further identified as one of the following (including all components, features, content and variants thereof, regardless of the website from which the purchase is made): Score Power; Credit Watch; Score Watch; 3-in-1 Monitoring; Credit Rankings with Score Power; Credit Rankings with 3 in 1 with Score Power; Credit Rankings with Credit Report; Credit Rankings with 3 in 1; 3-in-1 with Score Power; Score

3

Power by mail; Credit Watch by mail; FICO® Score (with Equifax,

TransUnion or Experian reports); FICO® Deluxe; Suze Orman

FICO® Kit; CreditSync; and Credit Advantage."

      b.      Exclusions from the Settlement Class shall include: "(i)

all judicial officers in the United States and their families through

the third degree of relationship; (ii) all officers, directors, employees

or counsel of the Released Parties; (iii) all persons who have already

settled or otherwise compromised their claims against the

Defendants; (iv) all persons who Opt-Out; and (v) all persons who

have pending against any of the Defendants on the date of entry of

the Preliminary Approval Order any action wherein the recovery

sought is encompassed by the Released Claims."

### APPROVAL OF SUPPLEMENTAL NOTICE PLAN

The Court having reviewed the Motion and the proposed and revised

Notices finds the proposed Supplemental Notice plan to be reasonable, to satisfy

due process, and to constitute the best notice practicable under the circumstances

of this litigation. See Fed.R.Civ.P. 23. The Supplemental Notice Plan (as detailed

below) provides for the sending of a Supplemental Notice to the subset of

individuals who may have been confused about their status because they

4

themselves had never directly paid the defendants for an Offering, rather a third party paid the Defendants for the Offering on the consumer's behalf. The Parties have termed this group of consumers the "Third-Party Payor Consumers." The Parties believe that this group of consumers represents approximately 2.5% of the overall Class. In addition, the Supplemental Notice Plan provides for the sending of a Revised Email Notice to a group of consumers (equal to less than 1% of the original class size) who had not been previously identified by the Parties.

Thus, the Court approves the form, substance and requirements of: Exhibit A (the "Supplemental Notice"), Exhibit B (the "Revised Email Notice"), Exhibit C, (the "Revised Long-Form Notice") and Exhibit D (the "Revised Postcard Notice"). The Revised Email Notice shall replace the Email Notice previously approved by the Court and shall be used, posted and distributed by the Parties and Settlement Administrator from the date of this Order forward. The Revised Long-Form Notice shall replace the Long-Form Notice previously approved by the Court and shall be used, posted and distributed by the Parties and Settlement Administrator from the date of this Order forward. The Revised Postcard Notice shall replace the Postcard Notice previously approved by the Court and shall be used, posted and distributed by the Parties and Settlement Administrator from the date of this Order forward.

5

US2000 945581&1

The Settlement Administrator and Defendants shall cause the approved
Supplemental Notice, in a form substantially similar to that attached as Exhibit A
to the Motion, to be sent by email to each individual: (i) who was previously on
the Defendants' Consumer Lists; (ii) who was previously sent an Email Notice
and that Email Notice did not bounce back or was not otherwise undeliverable
and (iii) who has been identified by the Defendants as a Third-Party Payor
Consumer. Sending of the approved Supplemental Notice by email must be
completed by April 3, 2007. The Settlement Administrator will monitor the
transmissions of the Supplemental Notice, and if an email is returned, the
Settlement Administrator and the Defendants will immediately cause the
Supplemental Notice to be sent via first class mail in accordance with the
procedures identified on pages 15 and 16 of the Preliminary Approval Order.

The Settlement Administrator and Defendants shall cause the approved
Revised Email Notice, in a form substantially similar to that attached as Exhibit B
to the Motion, to be sent by email to each individual who has been identified as a
Class Member and who was not previously listed on the Defendants' Consumer
Lists. Sending of the approved Revised Email Notice must be completed by
March 23, 2007. The Settlement Administrator will monitor the transmissions of
the Revised Email Notice, and if an email is returned, the consumer will be sent

6

US2000 9953116.1

the approved Postcard Notice (as revised) in accordance with and within the

time frame set by pages 15 and 16 of the Preliminary Planning Order.

IT IS SO ORDERED, this __194k__ day of March, 2007.


TIMOTHY C. BATTEN, SR.
United States District Judge

US2000 9187081.1