**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

June 5, 2007

**VIA CM/ECF and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Lock Box 27
Wilmington, DE 19801

> Re: **Robert V. Townes, IV v. TransUnion, LLC and TrueLink, Inc., D. Del., Case No. 04-1488-JJF**

Dear Judge Farnan:

As Your Honor is aware, Steven G. Millett and Melody J. Millett filed a Motion for Leave to Intervene on May 15, 2007 (D.I. 72), the opposition to which my firm filed on Monday, June 4, 2007 (D.I. 75). The proposed intervenors have requested oral argument on the motion, but in light of the scheduled hearing on the proposed settlement and issues of expediency, plaintiff's counsel respectfully request that the matter be resolved on the papers.

Counsel are available at the Court's convenience to respond to any questions Your Honor may have in this regard.

Respectfully submitted,

/s/ Carmella P. Keener

Carmella P. Keener (DSBA No. 2810)
ckeener@rmgglaw.com
*Attorneys for Plaintiff, Robert V. Townes, IV*

CPK/jls

cc: William M. Lafferty, Esquire (via CM/ECF)
Christoper J. Curtin, Esquire (via CM/ECF)
Michael L. McGlamry, Esquire (via CM/ECF)