Tuesday July 10th 2007

04-1488

Dear Clerk of Courts

Hello and how are you doing today? Really Well I hope and pray.

I recently received this card in the mail concerning a class action Lawsuit of which I would choose to "opt out" as first of all I don't know what these persons supposedly may have done to me and since it hasn't drastically affected my life (as I'm sure if it had I would remember) so I'm not interested in pursuing this.

The suit is Robert V. Townes IV. v. Trans Union, LLC and True Link Inc., Case Number 04-1488-JJF (U.S. D.C., De.) and again I'm not interested in involving myself in this Suit which I'm sending You the U.S. District Court Clerk this notice as I have pending Civil Suits in front of the Honorable Chief U.S. District Court Judge Sue L. Robinson at present.

Thank You very much for Your time and concern, God Bless You and have a wonder-ful day.

FILED

JUL 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Most Respectfully,
Richard Mark Turner 07-0108
Centre Co. Con. Facility A2 #7
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

Richard "Mark" Turner 07-0108
Centre Co. Con. Facility A2 #7
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

ALTOONA PA 165

11 JUL 2007 PM

USA 41

The Honorable Chief U.S. District Court Judge Sue X. Robinson
To United States District Court Clerk
844 N. King St. Lockbox 18
Wilmington, De.
19801

19801+3519