IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, <br> Individually and on behalf of <br> all persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC, AND <br> TRUELINK, INC., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. 04-1488-JJF <br><br><br> CLASS ACTION <br> **REDACTED VERSION** <br> Original Filing Date: July 30, 2007 <br> Redacted Filing Date: August 1, 2007 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THE ATTACHED SUPPLEMENTAL
BRIEF IN OPPOSITION TO MOTION FOR LEAVE TO INTERVENE**

Defendants Trans Union LLC and TrueLink, Inc. (now known as TransUnion Interactive, Inc. and referred to herein as "TrueLink") (collectively, the "Defendants") move for leave to file their Supplemental Brief in Opposition to Motion for Leave to Intervene attached hereto as Exhibit 1. Defendants request leave to file a supplemental brief in order to advise the Court of facts only obtained since Defendants filed their original opposition brief, and which are relevant to the pending Steven and Melody Millett's (the "Proposed Intervenors") Motion for Leave to Intervene in the above-captioned action in order to challenge the class settlement reached here.

First, the federal district court in the related <u>Equifax/Fair Isaac</u> Litigation[1] has recently granted final approval to a nationwide class settlement agreement that is nearly identical to the nationwide class settlement agreement reached by the parties in the above-captioned action and preliminarily approved by this Court.                                    [REDACTED]

---

[1] All undefined terms contained herein which were defined in Defendants' original Brief in Opposition to Motion for Leave to Intervene have the same meaning as used in the earlier brief.

[REDACTED]

The Defendants request leave to file the attached eight-page supplemental brief in order to provide this Court with these new facts, which are directly relevant to arguments and facts originally cited in Defendants' initial Brief in Opposition to Motion for Leave to Intervene.

Pursuant to D. Del. LR 7.1.1, counsel for the Defendants certifies that the subject of this motion has been discussed with counsel for plaintiff Robert V. Townes IV and that Townes does not oppose the Motion. In addition, pursuant to D. Del. LR 7.1.1, counsel for the Defendants certifies that the subject of this motion has been discussed with counsel for the Proposed Intervenors and that the Proposed Intervenors oppose this Motion.

WHEREFORE, Defendants Trans Union LLC and TrueLink, Inc. (now known as TransUnion Interactive, Inc.) respectfully request that this Court enter an Order granting Defendants leave to file the attached Supplemental Brief in Opposition to Motion for Leave to Intervene.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/

William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Defendants*

OF COUNSEL:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000


July 30, 2007