CERTIFICATE OF SERVICE

I, Jay Moffitt, hereby certify that on August 1, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 North Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE 19801

I further certify that copies were caused to be served on August 1, 2007 upon the following individuals in the manner indicated:

**BY FEDERAL EXPRESS**

Michael L. McGlamry
Wade H. Tomlinson, III
Pope, McGlamry Kilpatrick, Morrison & Norwood LLP
The Pinnacle, Suite 925
345 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243

Wilson F. Green
Harlan F. Winn III
Battle Fleenor Green Winn & Clemmer
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203

**BY HAND**

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 North Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE 19801

Jay Moffitt (#4742)
jmoffitt@mnat.com