IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all Persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 04-1488-JJF |
| TRANS UNION, LLC and TRUELINK, INC., | ) ) ) | |
| Defendant, | ) ) | |
| STEVEN G. MILLETT and MELODY J. MILLETT, Individually and on behalf of all Persons similarly situated, | ) ) ) ) ) | |
| Intervenors | ) | |

**BRIEF IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF**

Christopher J. Curtin
ERISMAN & CURTIN
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

COUNSEL FOR STEVEN G. MILLETT
AND MELODY J. MILLETT, INTERVENORS

FILED:  August 1, 2007

**TABLE OF CONTENTS**

     **Page**

**TABLE OF CONTENTS.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **i**

**ARGUMENT.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**CONCLUSION.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

**ARGUMENT**

Defendants have filed a motion seeking leave to file a supplemental brief in opposition to the Milletts' Motion to Intervene. The Milletts oppose Defendants' motion on the following bases: (1) Defendants cite no authority in support of their request for leave to file a supplemental brief, and (2) the issues that Defendants seek to address by virtue of their supplemental brief are wholly collateral to the issues before this Court in relation to the Milletts' Motion to Intervene.

Defendants do not cite any authority in support of their motion for leave to file a supplemental brief. The only items identified in Defendants' Table of Authorities are general case references for two other class actions. Defendants do not cite any actual cases or other authorities in their Table of Authorities. Nor are Defendants treating the two cases that they refer to as "authorities" in the legal sense.

Defendants are essentially arguing that this Court should base its determination regarding the Milletts' Motion to Intervene upon the actions that the Milletts have taken in separate lawsuits. As the Milletts have already explained in prior briefing, their actions in separate lawsuits are wholly inapposite to the instant proceedings. The standards for intervention have been fully set forth and discussed in the Milletts' prior briefing. Acts that parties have engaged in during the course of separate litigation are not one of the factors to be considered.

In short, Defendants' motion for leave to file a supplemental brief is nothing more than an attempt to divert this Court's attention from the issues that are actually pertinent to the determination regarding intervention. This Court has been fully briefed regarding the pertinent issues and there is no need for additional briefing.

**CONCLUSION**

For the reasons stated herein, Intervenors respectfully request that this Court deny Defendants' motion for leave to file a supplemental brief.

Respectfully submitted,

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

/s/ Barry R. Grissom
Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR INTERVENORS

**CERTIFICATE OF SERVICE**

I, Christopher J. Curtin, Esq., hereby certify that on August 1, 2007, I electronically filed the foregoing Reply Brief In Support of Motion for Leave to Intervene with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

                              ERISMAN & CURTIN

                              /s/ Christopher J. Curtin
                              Christopher J. Curtin
                              DE Bar Id. No. 0226
                              Erisman & Curtin
                              629 Mount Lebanon Road
                              Wilmington, Delaware 19803
                              Phone: (302) 478-5577
                              Facsimile: (302) 478-5494
                              Email: ccurtin659@aol.com

DATE: August 1, 2007