John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Ph: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

July 30, 2007

Clerk of the Court
USDC for the District of Delaware
J. Caleb Boggs Fed. Bldg.
844 N. King Street
Wilmington, DE 19801

Re:   Townes v. TransUnion LLC, No. 04-1488

Dear Sir/Madam:

    Enclosed for filing please find the Objection to Class Action Settlement and Request for Attorney's Fees of Debbie Ashley.

    Thank you.

Sincerely,

John Pentz

enclosure



FILED
AUG -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court
U.S. Dist. Ct. for Jon. D. Delaware
Caleb Boggs Fed. Bldg.
J. N. King St.
844 N. King St.
Wilmington, DE 19801

Scanned
FILED
AUG -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

John J. Pentz, Esq.
2 Clock Tower Place
Suite 260G
Maynard, MA 01754