UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1488-JJF |
| | ) |
| TRANS UNION LLC, and | ) |
| TRUELINK, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OBJECTION

COMES NOW Class Member Debbie Ashley, 3607 Tidalwood Drive, Manvel, Texas 77578, telephone # (281) 489-9877, and hereby moves the Court to dismiss her objection to the proposed Settlement and request for attorney's fees in this matter.

Mrs. Ashley filed an objection to the proposed Settlement, which she now moves to dismiss. Mrs. Ashley was not paid for moving to dismiss her objection.

WHEREFORE premises considered, Class Member Debbie Ashley prays that the Court dismiss her objection to the proposed Settlement of this matter.

Respectfully submitted,

*/s/ Debbie Ashley*
Debbie Ashley

FILED
AUG 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

08-09-07   11:01am   From-Doyle, Restrepo, Harvin & Robbins, L.L.P   7132296138        T-851   P.004/004   F-076

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1488-JJF |
| | ) |
| TRANS UNION LLC, and | ) |
| TRUELINK, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER DISMISSING OBJECTION OF CLASS MEMBER DEBBIE ASHLEY

On this day, the Court considered Class Member Debbie Ashley's Motion to Dismiss her Objection to the proposed Settlement and award of attorney's fees in this matter. After considering the Motion, and all other matters before it, the Court is of the opinion that the Motion should be in all things GRANTED. It is therefore,

ORDERED that Class Member Debbie Ashley's Objection to the proposed Settlement and award of attorney's fees in this matter is HEREBY DISMISSED.

SIGNED this _____ day of _____, 2007.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by first class U.S. Mail on August 15, 2007 upon the following:

C. Neal Pope
Pope McGlamry Kilpatrick
1111 Bay Avenue, Suite 450
Columbus, GA 31901

Michael O'Neil
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601

_____
John Pentz