John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Ph: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

August 12, 2007

Clerk of the Court
USDC for the District of Delaware
J. Caleb Boggs Fed. Bldg.
844 N. King Street
Wilmington, DE 19801

Re:   Townes v. TransUnion LLC, No. 04-1488

Dear Sir/Madam:

    Enclosed for filing please find a Notice of Dismissal of Objection to Class Action Settlement of Debbie Ashley.

    Thank you.

Sincerely,

John Pentz

enclosure

FILED
AUG 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

John J. Pentz, Esq.
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

CENTRAL-MA 015
13 AUG 2007 PM 4 T

Clerk of the Court
USDC for the Dist. of Delaware
J. Caleb Boggs Fed. Bldg.
844 N. King St.
Wilmington, DE 19801

FILED
AUG 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE