**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ROBERT V. TOWNES, IV,                        )
Individually and on behalf of all            )
Persons similarly situated,                  )
                                             )
                    Plaintiffs,              )
                                             )
          v.                                 )          Civil Action No. 04-1488-JJF
                                             )
TRANSUNION LLC  and                          )
TRUELINK, INC.                               )
                    Defendants.              )

**OBJECTION TO THE SETTLEMENT AND
REQUEST TO ATTEND THE FAIRNESS HEARING**

In response to the Court's Order dated April 16, 2007, titled, "NOTICE OF

SETTLEMENT OF CLASS ACTION, FAIRNESS HEARING AND

AUTHENTICATION PROCEDURE," (the "ORDER") a member of the class wishes to

object to the Settlement and attend the Fairness Hearing as respectively stipulated under

Article VII.C. and Article IX of said ORDER.

Under Article VII.C. of said ORDER, in order to object to the Settlement the

Court requires the following information:

(a)     Edward Daniel Korompai

        8900 Research Park Drive, Apt. 1023

        The Woodlands, Texas 77381  USA

        832-247-9720

(b)     Credit history services were purchased approximately between 2000 and 2003.

(c)    I am objecting because I derive no value from the offered settlement.   In particular, one-third of the offered settlement is already offered to the public by the defendants on their website.   When I read the proposed settlement, I feel that the interest of the individual class members have not been adequately represented in this settlement. I would prefer that the 1.3 million dollars in plaintiff attorney fees be equally divided among the class members and the plaintiff attorneys receive the equivalent value of free credit monitoring services.   In conclusion, as a class member, I neither support the proposed settlement nor do I want the Court to approve it.

(d)    No additional documents have been included.

(e)    I will testify in support of my objection.

(f)    I intend to appear at the Fairness Hearing and request to attend such hearing.

(g)    I have neither appeared as a settlement objector nor have I been counsel for settlement objectors.

Edward D. Korompai

Class Member