IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of<br>all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC and<br>TRUELINK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 04-1488-JJF<br>)<br>)<br>)<br>) CLASS ACTION<br>)<br>)<br>) |

### AFFIDAVIT OF CARMELLA P. KEENER, ESQUIRE

STATE OF DELAWARE   )
                    ) .ss.:
NEW CASTLE COUNTY   )

CARMELLA P. KEENER, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of Delaware and the firm of Rosenthal, Monhait & Goddess, P.A., which has served as Plaintiff's Delaware counsel in this matter since August 10, 2006. I submit this Affidavit in connection with Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Reasonable Expenses, filed contemporaneously herewith.

2. Since my firm's entry of its appearance as Plaintiff's counsel, my firm has expended in excess of 18.9 hours of attorney time and in excess of $260.82 in expenses in connection with the litigation and resolution of this matter, based on contemporaneous

records kept by my firm and compiled in anticipation of the Settlement hearing[1]: In recognition of my firm's role as Delaware counsel (as opposed to Lead Counsel), my hourly billing rate in this matter is $350.

**Time**

    Carmella P. Keener        18.9 @ $350 = **$6,615.00**

**Expenses**

| | |
|---|---|
| Court Costs (PACER) | $14.40 |
| Long Distance Telephone | $44.41 |
| Photocopying | $161.40 |
| Courier Service | $38.00 |
| Postage | $2.61 |

**Total Expenses**        $260.82

_/s/ Carmella P. Keener_
CARMELLA P. KEENER (DSBA No. 2810)

SWORN TO AND SUBSCRIBED before me this 20th day of August 2007.

CAROL M. SNYDER
NOTARY PUBLIC    _/s/ Carol M. Snyder_
                Notary Public

My Commission Expires: 2-27-09

---

[1] The time and expense figures detailed herein do not include time and expenses in connection with the preparation and filing of Class Counsel's submissions in support of the Motion for Award of Attorneys' Fees and Reasonable Expenses or the Brief in Support of Motion for Final Approval of Settlement, or time and expenses in connection with the settlement hearing.

2

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 20th day of August, 2007, I caused the foregoing Affidavit of Carmella P. Keener, Esquire to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mt. Lebanon Road
Wilmington, DE 19803

/s/ *Carmella P. Keener*
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank Building
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

*DELAWARE COUNSEL FOR PLAINTIFF*