IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, and TRUELINK, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 04-1488-JJF |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Robert V. Townes, IV ("Plaintiff") and Defendants Trans Union, LLC and TrueLink, Inc. ("Defendants") hereby move for final approval of the settlement reached by Plaintiff and Defendants in the above-captioned matter. The grounds for this motion are set forth in the Brief in Support of Joint Motion for Final Approval of Settlement filed contemporaneously herewith.

**ROBERT V. TOWNES, IV**

By: /s/ Carmella P. Keener
    Carmella P. Keener (#2810)
    ROSENTHAL, MONHAIT & GODDESS, P.A.
    Counsel for Plaintiff
    919 N. Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19801
    Phone: (302) 656-4433
    Fax: (302) 658-7567

OF COUNSEL:

C. Neal Pope
Georgia Bar No. 583769
Wade H. Tomlinson, III
Georgia Bar No. 714605
POPE, McGLAMRY, KILPATRICK, MORRISON
& NORWOOD, LLP
1111 Bay Avenue, Suite 450
Columbus, Georgia 31901
Phone: (706) 324-0050
Fax: (706) 327-1536

Michael L. McGlamry
Georgia Bar No. 492515
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
Atlanta, Georgia 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648

Wilson F. Green
Harlan F. Winn, III
BATTLE FLEENOR GREEN WINN &
CLEMMER LLP
The Financial Center, Suite 1150
505 N. 20th Street
Birmingham, Alabama 35203
Phone: (205) 397-8160
Fax: 205-397-8179

        **TRANS UNION, LLC and TRUELINK, INC.**

        By: /s/ William M. Lafferty

         William M. Lafferty (#2755)
         Jay N. Moffitt (#4742)
         **Morris, Nichols, Arsht & Tunnell LLP**
         1201 N. Market Street
         Wilmington, DE 19899
         Phone: (302) 658-9200
         Fax: (302) 658-3989

<u>Of Counsel:</u>
Michael O'Neil
Paula D. Friedman
**DLA Piper US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Phone: (312) 368-4000
Fax:    (312) 236-7516

Dated:  August 20, 2007

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 20, 2007 I caused the foregoing Joint Motion For Final Approval Of Settlement to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19899

Carmella P. Keener, Esquire
Rosenthal, Monhait, & Goddess, P.A.
919 Market Street
Suite 1401
P. O. Box 1070
Wilmington, Delaware 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jmoffitt@mnat.com
   Attorneys for Defendants

August 20, 2007