IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>Individually and on behalf of all<br>Persons similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>TRANSUNION, LLC and<br>TRANSLINK, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.  04-1488<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW co-counsel Barry R. Grissom, for interveners Steven and Melody Millett, and notifies the Court and opposing counsel of his change of address as of September 1, 2007.

Counsel's new address will be: 10990 Quivira, Suite 200, Overland Park, KS 66210.

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtin
DE Bar ID. No.:  226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

/s/Barry R. Grissom, Esquire, *Pro Hac Vice*
Barry R. Grissom, Esq.
KS Bar Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616
Fax: (913) 341-4780
E-mail: Bgrissom@sprintmail.com
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I, Christopher J. Curtin, Esquire, hereby certify that on this 23rd day of August, 2007, I electronically filed the above and foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

and

Michael O'Neil, Esquire
Paula Friedman, Esquire
DLA Piper, Rudnick, Gray & Cary, L.L.P.
203 North LaSalle, 14th Floor
Chicago, IL 60601
michael.oneil@dlapiper.com
paula.friedman@dlapiper.com

                                                       ERISMAN & CURTIN
                                                       /s/Christopher J. Curtin
                                                       Christopher J. Curtin
                                                       DE Bar ID. No.:  226
                                                       Erisman & Curtin
                                                       629 Mount Lebanon Road
                                                       Wilmington, Delaware 19803
                                                       Phone: (302) 478-5577
                                                       Facsimile: (302) 478-5577
                                                       E-mail: ccurtin659@aol.com

Date: August 23, 2007