IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>TRANS UNION, LLC and TRUELINK, INC., :<br><br>Defendant. : | Civil Action No. 04-1488-JJF |

## O R D E R

At Wilmington, this 30th day of August 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Stephen G. and Melody J. Millett's Motion For Leave To Intervene (D.I. 72) is **DENIED**.

2. Defendants' Motion For Leave To File The Attached Supplemental Brief In Opposition To Motion For Leave To Intervene (D.I. 84) is **GRANTED**. Defendants' Supplemental Brief attached to the Motion For Leave as Exhibit 1 is deemed filed.

3. Based on the Court's conclusion that the Millets have no interest in this litigation and that the Millets' individual action before Judge Robinson is not affected by the settlement in this case, the Court will not hear the Millets' Objections (D.I. 89) to the Settlement at the September 11, 2007 Hearing.

*[signature]*
UNITED STATES DISTRICT JUDGE