## CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 31, 2007 I caused the foregoing Reply Brief in Further Support of Joint Motion for Final Approval of Settlement and Response in Opposition to Objections to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Christopher J. Curtin, Esquire | Carmella P. Keener, Esquire |
| Erisman & Curtin | Rosenthal, Monhait, & Goddess, P.A. |
| 629 Mount Lebanon Road | 919 Market Street |
| Wilmington, DE  19899 | Suite 1401 |
| | P. O. Box 1070 |
| | Wilmington, Delaware 19899 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt

Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
jmoffitt@mnat.com
　　Attorneys for Defendants

August 31, 2007