CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on September 6, 2007 I caused the foregoing Amended Declaration of Jennifer M. Keough to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Christopher J. Curtin, Esq. | Carmella P. Keener, Esq. |
| Erisman & Curtin | Rosenthal, Monhait & Goddess, P.A. |
| 629 Mt. Lebanon Road | 919 North Market Street, Ste. 1401 |
| Wilmington, DE 19803 | Citizens Bank Building |
| | Wilmington, DE 19899 |

/s/ Jay N. Moffitt
Jay N. Moffitt (#4742)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
bgreen@mnat.com
  Attorneys for Defendants

September 6, 2007