NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

ROBERT V. TOWNES, IV, individually and on behalf of all persons similarly situated,

DISTRICT COURT
DOCKET NUMBER: 04-1488-JJF

v.

TRANS UNION, LLC and TRUELINK, INC.

DISTRICT COURT
JUDGE: Joseph J. Farnan, Jr.

Notice is hereby given that __Stephen G. and Melody J. Millett__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [XX] Order,

[ ] Other (specify) _____

entered in this action on __August 30, 2007__
(date)

Dated: __September 10, 2007__

_(signature)_
(Counsel for Appellant-Signature)

| | |
|---|---|
| Christopher J. Curtin | William M. Lafferty |
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| Erisman & Curtin, 629 Mount Lebanon Road | 1201 N. Market Street |
| (Address) | (Address) |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (City, State Zip) | (City, State Zip) |
| (302) 478-5577 | (302) 658-9200 |
| (Telephone Number) | (Telephone Number) |
| SEE ATTACHED | SEE ATTACHED |

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

*Counsel for Appellant Continued*:

Barry R. Grissom, Esq., *pro hac vice*
10990 Quivera, Suite 200
Overland Park, Kansas 66212
Phone: (913) 341-6616

Michael W. Blanton, *pro hac vice*
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

*Counsel for Appellee Continued:*

Michael O'Neil, Esq.
DLA Piper, Rudnick, et al.
203 North LaSalle, 14th Floor
Chicago, IL 60601
Phone: (312) 368-4000

Michael L. McGlamry
Pope, McGlamry, Kilpatrick, et al.
3455 Peachtree Road, N.E.
Suite 925
Atlanta, GA 30326

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Wilson F. Green
Battle, Fleenor, Green, et al.
505 N. 20th Street, Suite 1150
Birmingham, AL 35203