*Filed in Open Court this 11 day of September 2007*

*CK*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, Individually and on behalf of all persons similarly situated, <br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC, and TRUELINK, INC., <br> Defendants. | ) ) ) ) ) CIVIL ACTION No. 04-1488-JJF ) ) ) ) ) CLASS ACTION ) ) |

## ORDER AWARDING INCENTIVE AWARD FOR CLASS REPRESENTATIVE

Plaintiff has moved this Court for approval of an incentive award for Class Representative Robert V. Townes, IV. Plaintiff petitioned this Court to award an incentive award of $7,500.00 for Mr. Townes, as provided for by the Stipulation of Settlement Between Lead Plaintiffs and Defendants. Having considered Plaintiff's motion and heard oral argument at the Fairness Hearing on September 11, 2007, the Court finds as follows:

Incentive awards to class representatives are an accepted element of class action cases. See *In re Lupron Marketing and Sales Practices Litigation*, 228 F.R.D. 75 (D. Mass 2005); *Denney v. Jenkens Gilchrist*, R.I.C.O. Bus. Guide (CCH) P 10837, 2005 WL 388562 (S.D.N.Y. 2005); In re *Domestic Air Transp. Litig.*, 148 F.R.D. 297 (N.D. Ga. 1993) (granting incentive awards based on participation); *In re GNC S'holder Litig.*, 668 F. Supp. 450, 452 (W.D.Pa. 1987); see also *Women's Comm. For Equal Employment Opportunity v. Nat'l Broadcasting Co.*, 76 F.R.D. 173 (S.D.N.Y. 1977). Mr. Townes has been involved in the preparation and prosecution of this litigation since early 2005. He has been an active participant in the discovery process by providing information and

documents to his counsel. He has met with Plaintiff's Counsel to review and provide documents and discuss the status of the litigation. He traveled from Alabama to Wilmington, Delaware and participated in the Magistrate's mediation of this case. Mr. Townes undertook the responsibility of being Class Representative seriously, and pursued his claims against these Defendants on behalf of himself and all other persons similarly situated. He has fulfilled his duties as Class Representative, and the Court finds that he is entitled to an award of $7,500 for representing the Settlement Class.

SO ORDERED this 11 day of September, 2007.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE