08-09-07   11:01am   From-Doyle, Restrepo, Harvin & Robbins, L.L.P   7132286138   T-851   P.004/004   F-076

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1488-JJF |
| TRANS UNION LLC, and TRUELINK, INC., | ) |
| Defendants. | ) |

### ORDER DISMISSING OBJECTION OF CLASS MEMBER DEBBIE ASHLEY

On this day, the Court considered Class Member Debbie Ashley's Motion to Dismiss her Objection to the proposed Settlement and award of attorney's fees in this matter. After considering the Motion, and all other matters before it, the Court is of the opinion that the Motion should be in all things GRANTED. It is therefore,

ORDERED that Class Member Debbie Ashley's Objection to the proposed Settlement and award of attorney's fees in this matter is HEREBY DISMISSED.

SIGNED this 13 day of September, 2007.

_____
JUDGE PRESIDING