# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-3677

Townes v. Trans Union, et al

04-cv-01488

# ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

May 8, 2008

Michael W. Blanton, Esq.
Swanson Midgley
2420 Pershing Road
Suite 400
Kansas City, MO 64108-0000

Paula D. Friedman, Esq.
DLA Piper
203 North LaSalle Street
Suite 1800
Chicago, IL 60601-0000

Wilson L. Green, Esq.
Battle, Fleenor, Green, Winn & Clemmer
2316 University Boulevard

Suite 200
Tulscaloosa, AL 35401-0000

Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess
919 North Market Street
Suite 1401
Wilmington, DE 19801-0000

William M. Lafferty, Esq.Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-0000

Michael L. McGlamry, Esq.
Pope, McGlamry, Kilpatrick, Morrison & Norwood
3455 Peachtree Road N.E.
Suite 925
Atlanta, GA 30326-0000

Jay N. Moffitt, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-0000

Michael C. O'Neil, Esq.
DLA Piper
203 North LaSalle Street
Suite 1800
Chicago, IL 60601-0000

C. Neil Pope, Esq.
Pope, McGlamry, Kilpatrick, Morrison & Norwood
1111 Bay Avenue
Suite 450
Columbus, GA 31901-0000

Wade H. Tomlinson, Esq.
Pope, McGlamry, Kilpatrick, Morrison & Norwood
1111 Bay Avenue
Suite 450
Columbus, GA 31901-0000



A True Copy:

Marcia M. Waldron, Clerk